Exhibit 8

```
                      **NONE**
     12/22/06 1411   1441C STORRS, ROBERT
     NONE
     11/12/06 1205   1235C STORRS, ROBERT
     NONE
     10/31/06 1427   1457C STORRS, SHARON E
     NONE
     09/30/06 1356   1425  HEITZMANN, ALBERT KARL

     09/26/06 1929   1958  WOMBLE, SABRINA LYNN

     09/25/06 1316   1346C STORRS, ROBERT
     NONE


3270: Wait.......
MD: DVDV  KEY: _____
                  VISITS FOR BOOKING NUMBER

OOKING NUMBER: A794367  TYPE: _  FROM DATE: ___
AST                     FIRST        MIDDLE      SUF
PEER                    PAUL         B

YP DATE      START STOP  VISITOR NAME
     09/11/06 1300   1330C WILCOX, DAVID KENNETH

     09/09/06 1328   1358  HEITZMANN, ALBERT KARL

     08/15/06 1401   1431C BAYLESS, MICHAEL
                  **NONE**     30MIN
     08/14/06 1028   1058C BAYLESS, MICHAEL
                  **NONE** 30MIN
     08/13/06 1325   1354  TRUJILLO, CEDRIC

     08/13/06 1325   1354  TRUJILLO, VERONICA ANTI

     08/06/06 0901   0931C WILCOX, DAVID KENNETH


3270: Wait.......
```

# Exhibit 9

<u>DECLARATION OF DEBRA CORRAL</u>

I, DEBRA CORRAL, declare as follows:

1.     I am Paul Bradley Speer's paternal aunt.

2.     My brother, Paul Michael "Mike" Speer, is Paul's biological father.  I am six and a half years younger than Mike.  He and Sabrina Womble were married prior to Sabrina's marriage to William "Bill" Womble.

3.     I met Sabrina when she started dating my brother Mike.  Sabrina and Mike were together for five or six years.

4.     Mike was a drug addict.  He was addicted to heroin.  His drug use was much worse when he was with Sabrina.  He finally got clean in 1986 when he went to rehab and then spent a year and a half living in Maine with his second wife, Susie, and their son Aaron.

5.     Sabrina was a heroin addict the entire time I knew her.  She would take two or three Valium pills at a time while using heroin, along with methadone and anything else she could get her hands on.  She nodded off all the time.  Sabrina was using heroin while she was pregnant with Paul, and Paul was addicted to heroin when he was born.  Chris and Brian were also born addicted to opiates.

6.     I spent a lot of time with Mike and Sabrina when they were together.  When Mike and Sabrina were married, I would stay at their house on weekends while I was in school, and after Paul was born I helped Sabrina take care of him Monday through Friday during the summer.

7.     When Sabrina was pregnant with Paul, she tried to visit with her mom, who she had not seen since she was a child.  I went with Sabrina to the maternity shop to find a nice dress that she could wear.  Sabrina went to see her mom and her mom told her that she didn't want to be a part of Sabrina's life anymore.

1

Initials

8.      Sabrina was very violent.  I saw Sabrina throw things at Mike and slap him on several occasions.  Sabrina pulled a knife on him.  When Sabrina was pregnant with Paul, Sabrina grabbed a knife from her back pocket and pushed my head to the wall.  Sabrina hit me all the time.  I was between the ages of 13 and 16 when this was happening.

9.      Sabrina's three sons were born addicted to heroin and methadone.  She had to prove to the hospital that she could care for them before she took them home.  The day Paul was born, I saw his arms and legs jerking and he was dry crying.  My father and I saw baby Paul in the hospital and he was very fidgety.  His arms and legs regularly jerked after stillness from being born heroin-addicted.  Paul spent four or five days in the hospital in intensive care.  His brother's, Chris and Brian, and maybe his sister Delilah were born the same and spent up to two weeks in the hospital.

10.     I know that Sabrina never took Paul to well-baby visits.  She was always high on drugs.   Thelma Cates, Paul's maternal grandmother, sometimes took Paul to his doctor visits.

11.     I remember Sabrina being too sick withdrawing from drugs to drive, so she made me drive her car to South Phoenix to buy drugs, though I was too young for a driver's license.  Paul was in the front seat with her without a car seat.  When we returned home from the drug buy I accidently scratched Sabrina's car while trying to park it.  After Sabrina used the drugs, she was more alert and proceeded to beat me for scratching her car.  I had to hitchhike home to get away from Sabrina.

12.     When Sabrina was very pregnant with Paul, she beat up a girl who she thought was flirting with Mike.  She got another girl to help her chase down the girl, and pinned her down and cut off all of her long blond hair.  I remember seeing the pile of hair and blood in the street.

2


Initials

13.     When Mike was at work, Sabrina and her father, George Cates, would be hanging
~~Paul was Present when all of this took place. RC~~
out with bikers. We did this because the week prior I watched her punch out a window when she
~~She went to Flagstaff to get her off heroin when Paul~~
was high on drugs.  Even though she was standing in a rock garden, she used her own fist, rather
~~was 6 months old. RC~~
than a rock, to break the window because Mike had locked her out of the house.  She had to have

stitches in her arm.  The trip did not go well. Sabrina took drugs and hid them.  I saw new tracks

on Sabrina's arm.  Sabrina made me take out her stitches in the hotel room when she was high on

heroin because she didn't want to go back to the doctor.

14.     Mike owned a furniture store.  I saw Sabrina rob Mike's store three or four times

and steal furniture from Mike and our father's store.  I witnessed Sabrina go to Mike's furniture

store daily to get $80 to $100 per day from Mike.  I saw Sabrina forge work checks. As far as I

know, she used that money for drugs.

15.     Sabrina was very controlling and very greedy.  Paul always wanted Sabrina's love

all of his life.  But I never saw Sabrina show Paul any affection. Any new clothing Paul and his

brothers received, they got from my mother.  Sabrina never bought clothes for Paul.  When my

parents gave Paul new clothing, Sabrina requested receipts for the clothes and returned them to

the store for cash so she could buy drugs.  My parents bought Paul a black and white TV for one

Christmas, and Mike brought beds over for each of the boys, but Sabrina told my family the

house got broken into and the TV and beds were all stolen. We later learned that she had gotten

money for those items so she could get her drugs.

16.     Sabrina was really dishonest; for example, she told my mother Paul had straight

A's and she needed money to reward him, when she wanted money for drugs.  She asked for five

dollars for each A.

3


Initials

17.      Sabrina often shoplifted as well.  Even when Mike had given Sabrina money for groceries and things for the house, Sabrina would steal things anyway.  Years later, while I was working at Fry's grocery store, I saw Sabrina get arrested for shoplifting a roast, a bottle of peroxide, and a can of peppers.  She stuck the roast and other items in her purse and tried to tell the officer that she thought that Bill had paid for the items.  Bill had paid for some alcohol and cigarettes separately.  Bill got in trouble that day as well because he had a small amount of marijuana in his wallet.  Sabrina shoplifted openly in front of Paul and her other kids.

18.      Mike was afraid of Sabrina and so did not see Paul.  She was so hateful, you never knew what she was going to do.  The only times he ever heard from Sabrina about Paul, it was always about her needing money.  My parents fought for grandparents' rights, but Sabrina told the court that my father was a pimp, and that my mother and I were prostitutes.  Mike was not a good father; he was not there for Paul.

19.      Paul was three or four when I was pregnant with my oldest daughter, Nikki, who was born at Good Samaritan in 1981.  When Nikki was born, Paul crawled into the hospital bed with me and said to Sabrina, "I'm going home with Aunt Debbie, and the baby can go home with you."

20.      Over the years Sabrina dropped Paul off at my parents' house many times, as well as his siblings.  Sabrina always brought over Ritalin for Paul, and he was always pretty doped up.  My mom didn't want to give him the Ritalin.  Instead, she stopped giving him soda pop and candy and gave him healthy food like apples and peanut butter.  On the second day Paul was bouncing off the walls, but by the third day, after being off of Ritalin and eating healthier, he had calmed down and was just a normal kid.  My mom would give him sweet tarts cut in half instead, so that he wouldn't tell Sabrina that she hadn't given him his medicine.

4


Initials

21.     My mother, and Sabrina's grandmother, Thelma, taught Paul how to read and write his letters, because he was having a hard time learning at school.

22.     When Sabrina came over to my parents' house, things always turned up missing. My father got a padlock for his bedroom door so that whenever Sabrina came over he could lock her out.  My mom and I made sure to lock our purses in the room before she came over.  We also took most of the cigarettes out of our packs and only left two or three of them because otherwise she would take them all.  My mom always had washcloths ready to wash the children's' faces and hands because they were always filthy.  She also kept clean clothes for them to change into, as their clothes were always dirty and didn't fit.

23.     Paul told Mike's wife, Susie, that Sabrina's brother, Steven, as well as Bill, taught him to crawl into doggy doors so they could rob people.  When Paul was eight or nine years old and small enough to fit into the doggy doors, they would send him in to unlock the doors and let them in so they could rob the houses.

24.     Sabrina told me that while she was growing up, she had to revive her dad when he overdosed on heroin.  She had to pull needles out of his arm when she was just a kid.  He had a lot of friends who were a motorcycle gang who also supplied him with drugs.  He made Sabrina cook for them whenever they came over.

25.     When Paul came home from juvie at age 13 or 14, his mom welcomed him home with a syringe of heroin.  Paul told Mike about this and Mike saw the track marks.

26.     I do not know why Child Protective Services continued to let those children live with Sabrina.  In addition to all of the children being born addicted to heroin, if CPS had done a simple inspection of Sabrina's home, they would have seen that those children were not being


Initials

taken care of.  The house was filthy, there was no food in the cupboards, and the children didn't have proper beds or clean clothes that fit.

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.

DATED:  May 2, 2018

_Debra Corral_
DEBRA CORRAL

6

Initials

Exhibit 10

## DECLARATION OF JOHN WOMBLE, JR.

I, JOHN WOMBLE, JR., declare as follows:

    1.    I am Paul Speer's uncle. My brother, Bill Womble, married Paul's mother
Sabrina, when Paul was ~~about about three years old.~~ *quite young* (JW)

    2.    I own *(JW)* a roofing company *and have (JW)* for many years and Bill worked for me as a roofer for
about 20 years.

    3.    Paul was quiet and didn't talk much. I only saw Paul when I would go over to
their house to talk to Bill. When Paul was 4 or 5 years old, my wife at the time, Billie Kay, took
Paul in for a week. Sabrina gave us a bottle of pills and told us that if Paul didn't take them, he
went crazy and you couldn't control him. We didn't give him the pills and he was fine, just a
normal kid. I think Paul acted up at home because he was unhappy where he was.

    4.    Paul and his siblings never had much of an upbringing. Bill and Sabrina were
using drugs. I paid Bill well and yet they never had any money. They never had any car
payments or anything like that, just rent and utilities, and yet they were always broke. I
remember one time Bill asked me to give him a ride to the courthouse. It turned out that even
though Bill had just received $6,000 in May from his paycheck and tax refund, they were being
evicted in June. They hadn't paid rent for three months and their utilities getting were shut off as
well because they hadn't paid the bills. Our younger sister, Sue, tried to tell me that Bill was
spending all his pay on drugs. I started to notice that the more money I gave to Bill, the more
money it took to get through the week. I paid him on Friday, and the next Tuesday he was
already asking for money. Then I realized the more money he and Sabrina had to buy drugs, the
more they needed to buy even more drugs. This was the kind of home Paul and his siblings grew
up in.

1


Initials

5.      Sabrina never worked, except for maybe once for a short time at a gas station. Even though she stayed home, she never did much house cleaning. They had a refrigerator that didn't work properly. The inside was filthy, but that never seemed to bother anybody. I got them a newer refrigerator and when they were getting things out of the old one, I got immediately sick from the smell and had to leave the apartment.

6.      Sabrina was always weird. Her behavior was bizarre and she wasn't always in touch with reality. One time, she was screaming at a witch in the wall. She said something was in the wall and it was coming after her. I told Bill to take those kids and get out of there, but Bill wouldn't leave her.

7.      If Child Protective Services or Department of Economic Security had taken Paul and his siblings and put them in a different home, they would have been okay. If they had been put in a home with a good environment with people to teach them things, they would've been okay. But they grew up in an environment where they weren't taken care of and where they learned criminal and deviant behavior. When the Paul, Chris or Brian stole something, Bill would take them around to see who would buy the stolen goods. If my kids had stolen anything, I would've made them take it back and apologize.

8.      Bill and Sabrina would move themselves into my mother's house from time to time. She didn't want them there, but they did it anyway. Eventually mom moved to Camp Verde. I think she moved there to get away from them.

9.      Paul didn't seem like a bad kid to me. But when he started using drugs like his parents, he changed. One time he stole a .357 Magnum from me, and I learned later that he sold it to buy drugs. Another time he was on drugs and he picked up a rock and hit me. But I never disliked Paul and I don't hold it against him. I just thought that is the way he is because that is

2


Initials

how he was brought up. He was brought up in dysfunction. Whatever those kids were into is because of the way they were brought up by Sabrina and Bill.

10.     I was never contacted by anyone from Paul's defense team prior to his trial; I didn't even know he had a trial.  If I had been contacted by anyone, I would have been willing to provide this information and to testify at his trial.

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.

DATED: May 6, 2018                    JOHN WOMBLE, JR

3


Initials

Exhibit 11

<u>DECLARATION OF PAUL MICHAEL SPEER</u>

I, PAUL MICHAEL SPEER, declare as follows:

1.      I am Paul Bradley Speer's father.  People call me "Mike."  I married Paul's

mother, Sabrina.  Sabrina and I divorced when Paul was two years old.  I knew Sabrina from

elementary school.  We were one grade apart.  We didn't get to know each other until we were

both out of high school.  After high school, I owned a furniture store.  Sabrina and a mutual

friend, Yolanda, came to my furniture store.  At the time, Sabrina was ending her marriage with

her first husband, Mike Smith.

2.      Sabrina's dad, George Cates, had a house a block away from the Westwood

School, and a garage where he worked on motorcycles.  A motorcycle gang hung out at their

house.  Sabrina lived there with her dad and her brother, Steven.  Sabrina never talked to me

about her mother; she only said that she had walked out when Sabrina was quite young.

3.      George was a lifelong heroin addict.  Sabrina learned to tend to George's

overdoses.  George would lock himself in the bathroom and shoot up and not come out because

he had overdosed.  Sabrina and Steven would have to kick the door down and pull needles out of

his arm and call the paramedics.

4.      Sabrina told me that George ended up trading his house for heroin.  After he lost

his house, he moved Sabrina and her brother Steven into his mother Thelma Cates' house.

George kept the drugs from the trade stashed outside by the swing set.

5.      Sabrina was raped by a truck driver when she was a teenager.  Sabrina hitched a

ride on a truck, and the truck driver drove her to a dark area and raped her.  She was under 18 at

the time.  She said she had gotten the license plate number and could identify the man who raped

her, but her father did not support her reporting it and told her to just let it go.

1


Initials

6.    At the time that Sabrina and I got married, we were both using heroin.  I used heroin about once a week.  Sabrina and I broke up because both she and her father, George, were daily drug users and constantly after my money.  Sabrina was on drugs the whole time we were married and I couldn't trust her.  I had a furniture store, "Mike's Large Houses," which was comprised of three commercially zoned houses.  Sabrina took money from the store to buy drugs every day.  She took an average of $50 a day, which bought enough drugs for both her and her dad to get high.  George and Sabrina were always together.

7.    Sabrina was also violent and short tempered; she got set off pretty quick, and she would just swing at me.  She was such a horrible, nasty woman.  And she didn't cook, clean or wash for Paul or me.

8.    When Paul was born, Sabrina had to see a special doctor.  Paul was born strung out on heroin.  He had to stay in the hospital because he had to detox.  I was still using heroin when Paul was born, but I ended up on methadone while in the process of divorcing Sabrina.  On my third attempt at using methadone, I was able to wean down and get off methadone completely.

9.    After Sabrina and I separated, she was seeing a guy named Vince who knew something about divorce law and was telling her she should go after the furniture store as part of the divorce.  I was finally able to get a divorce from Sabrina when she called me one day and it was obvious that she was dope sick.  I told her that if she would meet me right then and sign divorce papers that day, I would give her $1000 cash.  She signed the papers for a no-fault divorce because she was dope sick and desperate and willing to settle for less.

2



Initials

10.     After I divorced Sabrina, I married a woman named Susie.  Susie and I took Paul on weekends for a while, but after Sabrina got pregnant by Bill, they decided that it was better for Sabrina to raise her family, and "me mine."

11.     Sabrina and Bill were horrible role models for Paul.  I heard from Bill that when my child support payment was due, Sabrina set it up so that she could pick it up early from the post office, rather than wait one more day for it to arrive in the mail.  She only drove Bill to work on Fridays, so that she could pick up his paycheck and cash it so she could get drugs.  She didn't drive him to work any of the other days of the week.

12.     Even after we were separated, Sabrina came to my furniture store and stole three checks out of my desk and cashed them for a total of $3,300.  She stole them out of my desk drawer and tore them from the back of the checkbook so I wouldn't notice right away.  I got calls saying my account was overdrawn.  I couldn't believe it.

13.     At Christmas time and on other occasions, I, along with my mother and sister, would buy presents for Paul and his siblings.  My mother would buy the clothes, and leave the tags on and include the receipts in case they didn't fit.  Sabrina would just head straight back to the store and return the clothes and spend the money on drugs.  She did this with anything we gave the children—TV's, bikes, everything.  My mom and sister brought stuff over for all of Sabrina's kids, not just Paul.

14.     Bill made good money.  He'd said they could eat steak every night if they wanted, but Sabrina always needed more money for drugs.  Bill used drugs too, but he might've wanted to slow things down; but Sabrina didn't want to.  She called the shots in that marriage.  Sabrina told me about an affair she was having; Bill knew about it and put up with it.

3



Initials

15.     My sister Debra tried to do a lot for Paul. She would buy toys and food for Paul. One day, Sabrina called my mom and sister and told them that if they didn't give her money, she'd go to the cops and tell them that Debra had molested Paul. This was all an attempt to extort money; nothing came of it. Sabrina started by asking for $500 and eventually increased it to $10,000. I went with Debra to the police station when they took the report; nothing came of it.

16.     Bill and Sabrina should not have been parents. The Department of Economic Security should have taken those kids away. I don't think they ever had dinner on the table, or anything that a normal family had. The kids had to fend for themselves. Paul told me that anytime my mom bought him new shoes, they were immediately returned to the store for drug money. The first time I saw Sabrina's daughter, she was wearing a bunch of makeup. She looked like she was 19 or 20 years old, but she was only 12.

17.     The first time Paul got out of prison, I gave him a little bit of money to help him get back on his feet. Sabrina welcomed him home with a hit of heroin. When Paul was arrested the last time, Sabrina walked the cops in and showed them where Paul and Chris were hiding. She was angry at them because they had gotten some heroin for themselves and didn't give her any. After Paul was locked up, he would call and tell Susie these things. Susie had a shoulder anybody could cry on.

18.     I was never able to have much of a relationship with Paul. Anytime I ever heard from Sabrina or Paul, it was always only about money. Anytime Paul contacted me, it was only to ask me for money, and Sabrina had probably put him up to it. The last time I saw him, I told him we should go fishing some time. He just didn't respond.

19.     If I had been contacted, I would have been willing to provide this information and to testify at his trial.

P.S.
Initials

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.

DATED: May ___6___, 2018            _____
                                    PAUL MICHAEL SPEER



Initials

Exhibit 12

<u>DECLARATION OF WILLIAM WOMBLE</u>

I, WILLIAM WOMBLE, declare as follows:

1.      I am the stepfather of Paul Speer.  People call me "Bill."  I married Paul's mother,

Sabrina, when Paul was 3 years old.

2.      I knew Sabrina from growing up in the same neighborhood.  She was about six

years younger than me.  I first saw her, when she was about 9 or 10 years old, when I mowed her

grandmother's lawn.  She had an above ground swimming pool.  I only mowed the lawn once;

she wanted the area by their chain link fence trimmed and I didn't know about weed eaters back

then.

3.      Sabrina ~~and I both~~ attended Maryvale High School at ~~59~~th and ~~Indian School~~ W. Thomas Rd.

Sabrina's grandmother's house was about a quarter mile from the school.

4.      Drugs were readily available in our neighborhood.  A Phoenix police officer, who

lived four houses down from me, got busted for selling speed in the neighborhood.  his oldest son  The son of

this cop got busted crossing the border with heroin.  The cop's sons were my age.

5.      When I first knew Sabrina, she lived with her father, George Cates, and her

brother, Steven Cates.  At some point they moved in with her grandmother, Thelma Cates.

Sabrina's mother, Sylvia, had left when Sabrina was quite young.  When Sabrina's mom left,

George followed her to Texas with a machine gun.  When he got there, the cops caught him and

sent him back.

6.      George was addicted to pain pills.  He had a warped idea of people's lives.

George taught Steven that women are "basically even with dogs.  Dogs are a little more faithful."

George would padlock his wife and daughter in the house.  George let Steve do whatever he

wanted and made Sabrina keep the house clean and have dinner ready.

1

Initials

7.     George had been a truck driver, made money and had a home.  Then he got in a motorcycle accident and got his leg run over.  He got addicted to pain meds.  George built motorcycles and had a reputation among bikers around town.  George bought the heroin and Dilaudid that he used from bikers.

8.     People were always coming by Sabrina's house to get drugs from her dad.  She also lived by the public swimming pool, where kids congregated to buy and use drugs.  This was in the late 60's, 1970's.

9.     When I was 18 years old, I rented my own apartment.  Not many people had their own apartment at that age at that time.  Some guys from the neighborhood would come over to my apartment with their drugs.  I got involved in heroin and pain pills through them.  Both Sabrina and I have used heroin, quit, and started up again over the years.  We have tried methadone programs that worked for a while, but we've also picked heroin back up while on methadone.  Sabrina was also addicted to valium.  We have been addicted to heroin and narcotics for most of our lives.

10.     Before I got together with Sabrina, she was married to Mike Speer, who is Paul's dad.  Mike's dad was a real asshole.  Sabrina and Mike had furniture store and Mike's dad often hung out there.  If any black people came into the store, Mike's dad wouldn't talk to them.  Mike's dad had loaned him money for at truck and came by often to collect on the loan and check on the business.  Mike's dad would insist that Mike go to the bar with him after closing the store.  They often stayed out really late, which made Sabrina angry, and put a strain on their marriage.

11.     Sabrina's having a baby (Paul) destroyed the marriage to Mike.  Mike was screwing with other women and they divorced when Paul was a year or two old.

2



Initials

12.     After separating from Mike, Sabrina moved in with a guy named Vince.  She then moved in with her grandmother Thelma and brother Steven.  Steven would scream about Paul's crying.  I think Steven was asleep in his room and little Paul woke Steven up.  Steven got mad and told Sabrina to "Shut up your kid."  I think Sabrina pulled a knife on Steven.  Sabrina would resort to knives; she had stabbed her first husband, Mike Smith.  A fight ensued and Sabrina was injured.  Steve split Sabrina's head open with nunchucks.  George wouldn't let Sabrina call the police.  The paramedics showed up and she ended up with stitches.  I heard from a friend, Lonnie that Sabrina got her head split open and we went to visit her.  By then, Sabrina's head was bandaged.  I asked Sabrina out and that's how Sabrina and I got together.  They probably didn't call for help, as George was afraid Steven would get arrested.  George had the attitude that you treat your dog better than you treat your women.

13.     Steven would get money from Thelma and strong armed his dad for pain meds. Steve had worked at a foundry for a year.  He didn't have kids.

14.     The cops went to Thelma's house once with a warrant for Steven's arrest.  George was there and he pulled a gun on the cops.  Steven told George it was okay, and went peacefully with the cops.  The cops never did anything about George pulling a gun on them.

15.     Sabrina and I had three children together.  Christopher was born on May 7,m 1982, Brian was born on May 15, 1983, and Delilah was born on March 1, 1988.  Paul was born addicted to opiates.  So were Christopher, Brian and Delilah.

16.      I called Paul "Little Man" as a child because Paul was so smart and remembered everything.  Paul was very verbal, even at age 3-4.  As a young child, Paul always wanted to go fishing; he had a lot of energy, and loved to go to the park and run around.  I usually took Paul to

3


Initials

Encanto Park, where Paul would fish in the canal and feed the geese and ducks.  There were also playgrounds near where they lived and I would sometimes take Paul there.

17.     I vividly remembered times when Mike Speer, Paul's father, would say he was going to come and pick Paul up, but then Mike would fail to show up. This was very upsetting to Paul.  On one occasion, Paul and I were waiting once again for Mike to show up for a visit; when Mike didn't show up, I drove Paul to where Mike lived.  Mike knew that we were there, but Mike snuck out of the house and wouldn't see Paul.  After a while Paul began to hate Mike and would get very upset at mentions of his father.

18.     Paul's eyes were tweaked from the forceps when he was born.  You could still see this when he was 3 years old.

19.     When Sabrina and I first got married, I got home early from work to find water flooding out of our apartment.  Paul had plugged up all the sinks.  Sabrina was taking valiums and Paul couldn't wake her up.  He was scared and tried to wake her up by turning on the faucets.  He was about 3 or 4 at the time.  When I got home, Sabrina was still asleep.

20.     Paul was constantly going.  He was hyperactive from the time that he was really little.  For example, he would switch from talking about peanut butter to roller skating.  He couldn't just watch a movie, he had to ask questions.  Sabrina took Paul to a doctor, when Mike was still paying for it.  The doctor gave him Ritalin.  The doctor started by giving him the highest dose first, rather than starting with the lowest dose.  Paul would stand in the corner, wringing his hands.  ~~They reduced it to the minimum and then it seemed okay.~~  *Sabrina stopped the medicine BW*  I later learned that Sabrina's brother, Steven, was taking Paul's medicine.

21.     When Paul was in grade school, Sabrina did not want to give permission for any kind of testing.  She felt that anytime the schools or juvenile probation recommended counseling


Initials

or testing for Paul, they were just trying to find a way to get to her personally, and to justify taking the children away, and were not really interested in helping Paul.

22.      When Paul was little, maybe 6 or 7 years old, there was a lot of news in the papers and on TV about high incidents of cancer in Glendale and the surrounding area.  I recall that the reason was due to some kind of petroleum or other toxic contamination in the area.  There were three huge storage tanks that contained petroleum products, near 51st and Van Buren.  Paul and the rest of the family lived about a mile from those storage tanks at that time, in a townhouse on 53rd Avenue and 1st, south of McDowell.  I heard that our water was contaminated, so I started buying purified water and the kids' behavior improved.

23.      When Paul was about nine years old, he stayed with my sister, Sue's family because they were supposed to be a better influence on him.  Sue has a daughter, Carla, and a son, Jonathon who are a year or two older than Paul.

24.      When Paul was about 10 years old he moved in with his great grandma, Thelma.  She was a school teacher.  She lived about ¼ mile from us.  Thelma was a good person, but she did have some prejudices.

25.      I thought sending Paul to Thelma's was a good thing until Steven taught him to do burglaries.  Steven lived with Thelma at times.  When Paul went to Thelma's house and Steven was there, he always came back worse.  He was crazier and had more dangerous ideas because he was exposed to Steven.

26.      Steven would send Paul up to crawl through a window and then go to open the door.  I recall a neighbor I had previously been friendly with coming at me angrily because Paul had stolen silver dollars from him.  Steven got Paul started on speed, and had Paul commit burglaries to sustain Steven's drug habit.

5



Initials

27.     Steven had a friend named Dylan. Dylan was the son of a girl named Debbie. Dylan was younger than Steven but older than Paul. Dylan would take his mom's valiums and sell them. Paul was exposed to people like Dylan through Steven.

28.     For a long time, Steven was homeless. We spotted him at the Fry's on the NW corner of 7th Ave and Camelback. Steven looked like a troll, bent over, in a wheelchair. He has a sore on his foot that got infected, and a cyst on his back. I think all the pharmacies in town have been notified, "Don't fill Percocet for this guy."

29.     Sabrina was on methadone and benzos/valiums for many years. She was able to get those from her doctor. I brought Sabrina home after Chris was born. The night shift wasn't feeding the baby and called her to come back. A sheriff was waiting at the hospital with a restraining order. After about 8 hours, the baby was fed and weighed enough, and we were able to bring him home.

30.     I recall that a friend's brother didn't have a place to stay so we let him stay at our place. One of the boys, Paul or Chris, saw him trying to rape Sabrina. She was delusional for a short time after this guy raped her. She was keeping it from me, because she was afraid of my reaction. She spent the night at the park. She was making 2-3 dinners at a time, a turkey with all the fixings and a roast beef with more fixings. She started poking me with a fork. I called the police and told them, "Tell her she can't poke me with a fork." Things escalated from there and they took her to jail and gave her a psych evaluation. She went swinging at me with a bat. She swung at me, but never hit me.

31.     One time, my mom spent time cleaning a knick-knack shelf. Afterward, Sabrina claimed that she had cleaned it. My family didn't like Sabrina. They thought she was a prostitute or other stereotype of a heroin addict. When Chris was born, my mom came over with



Initials

a photo of me as a baby to make sure he looked like me.  They did look the same, but they were worried that I wasn't the father.

32.     From approximately 1985-1991, I worked for Dolphin, a foundry company belonging to Karsten Stolheim, who was known for PING golf equipment.  I worked 12 hour shifts there, 5 days a week.  Delilah was born while I was working there.   I quit working there because I wasn't spending enough time at home.  When I left there, they gave me a substantial retirement.  I used some of the money to start a furniture store with Sabrina but it didn't do well.

33.     After the furniture store, I worked as a roofer.  I worked for Valley Roofing for a time and then I worked for Womble Roofing, my brother John's roofing business.  I worked 6-14 hours a day as a roofer.  I worked for John for about 20 years.

34.     I was the disciplinarian, when I was around, but I worked very long hours both at Dolphin and as a roofer.  Sometimes, when I got home, Sabrina would tell me about things that Paul had done and tell me that I needed to "whoop his ass."  Sabrina was asleep all the time and didn't want to discipline the children.  I worked those long hours, so the boys were just on their own.

35.     A week or two before going to the Soto's house that night, Brian came to my door saying he was feeling suicidal and homicidal and had not been able to sleep.  I gave him a valium hoping that would help him sleep.  I did not understand how serious depression can be.  I thought Brian was just sad.

36.     He told me he had been going to treatment at Terros in Glendale for counseling. The day that the Sotos's were shot, Brian told a counselor at Terros that he wanted to "kill or be killed."  When the counselor said Brian would then need to be admitted, Brian said he was "just kidding."  When they decided not to admit him at Terros, I remember thinking they must know


Initials

what they're doing, and did not blame Brian for not wanting to be admitted, which seemed the same as getting locked up. I should have stayed with Brian. Maybe things would have been different if I had stayed with him that night.

37.     Al Heitzmann had offered Brian Wellbutrin but Brian didn't trust Al because he was "queer and just wanted to get him to have sex." Later, Wellbutrin was found to be helpful for Brian. I believe the therapist at Terros could have prescribed medications for Brian to help him.

38.     Sabrina passed away on November 5, 2017. A few months before she passed away, she decided to help Steven and he moved in with us.

39.     If asked by Paul Speer's attorneys, I would have provided the above information and would have been willing to testify.

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.


DATED: June 30, 2018                    _Bill Womble_
                                         WILLIAM WOMBLE


8

Initials

Exhibit 13

<u>DECLARATION OF DORIS DONITHAN</u>

I, DORIS DONITHAN, declare as follows:

1.      I am Paul Speer's grand aunt.  My maiden name is Cates.  I am the paternal aunt of Paul's mother, Sabrina Womble.  Her father, George Cates, was my brother.  Our parents were Arthur Lee and Thelma Cates.  My mother's maiden name was Thelma Armina Bell. George and I also have a brother named Eugene and a sister named Sandra.

2.      My parents were both originally from Oklahoma.  I was born in Arkansas in 1938. We moved back to Oklahoma soon after I was born.

3.      My paternal grandfather's name was Willy Tilly Friendly Francis Cates and he was full blooded Native American.  I saw his headstone in Oklahoma.  Most of my father's relatives are in Oklahoma.

4.      My maternal grandfather, George Bell, was murdered.  He lived in farm country and got together with a bunch of guys, and they were drinking kind of heavy.  He was shot by one of his buddies.  A man was prosecuted for it, but my mom thought it was someone else who did it.  He was 55 or 56 years old when he was killed.

5.      My parents divorced when I was 5 years old.  My dad was an alcoholic, but my mom never bad-mouthed him.  I heard he was the best body mechanic in Oklahoma; the problems came when he was drinking.  My brother Gene was an alcoholic too.

6.      After my parents separated, I moved with my mother and siblings to our grandmother's house in California.  Our grandmother, Armina Bell, bought a house in Downey, California.  My dad stayed in Oklahoma.  He came out to California to visit a few times.  He remarried, but I don't think he had any more children.  He was killed in 1965, on a rainy night when a truck jackknifed on the road in Texas and my dad's vehicle slammed into the truck.

1

Initials

7.      I don't have memories of my father, Arthur Cates, from before we moved to California.  In most of my memories of my father, he was drinking and yelling.  George, Sabrina's father, is the only one of us who seemed to love our dad.  Maybe because George was the oldest and had a few good memories.  But with the rest of us, he didn't develop any kind of real relationship.  He never stayed around long enough to be a father.

8.      When my dad visited California, they kept my sister away from him.  I think they were afraid that my dad would take her away because she was the youngest.  During one visit, my dad and my brother Eugene got into a knife fight.  I was whisked away to safety and didn't see what happened.  Eugene was only 10 or 11 years old at the time.  My dad was never a father to me.

9.      My mom, Thelma Cates, was a schoolteacher and a church librarian.  She never remarried after she divorced my dad.  Dad was an alcoholic, but my mom didn't believe in drinking or drugs.  She tried to help my dad, just like she tried to help my brother George when he became an drug addict.  But I think sometimes she helped too much, or helped in the wrong way.

10.     We were a church-going family when we lived in California — me, my brothers and sister, and my mother all went to church.  But once we left California, my brothers and sister didn't go anymore.  After that, only my mother and I went to church.

11.     We moved from California to Phoenix, Arizona when I was 17 years old.  I've been in Phoenix ever since.  I got married and raised children here.

12.     My brother, George, got into drugs when he was in high school in California.  He went to a state-run drug rehab in California and got off drugs for quite a few years.  After we all moved to Phoenix, he became a truck driver and working a regular job.  Then he married a

2

Initials

woman named Sylvia, and together they had Sabrina and Steven. He was still off of the drugs when he first married Sylvia.

13.     George seemed to be doing okay until he was in a motorcycle accident. He was given pain pills when he was in the hospital after the motorcycle accident and got addicted again. At first, George was just addicted to the pain medication, but then he started using heroin, and I don't think he ever stopped using drugs after that.

14.     His wife, Sylvia, left sometime after the motorcycle accident. She just disappeared. She wouldn't put up with the drugs and George's abuse. I don't blame her for leaving George, but she left Sabrina and Steven without their mother. That wasn't right. They would have been so much better off if she'd taken them with her.

15.     Sabrina and Steven were pretty young when Sylvia left. George moved in with our mom and lived there, on and off, until he passed away. Steven and Sabrina also lived with her at times. My mother was a helper. She was always trying to help someone. When ~~my~~ her sister got cancer, my mom was always taking food to her. She tried to help my dad with his drinking problem and George and Steven with their drug problems. She wanted to help, but I think she helped in the wrong way. I think she tried to protect him too much; we didn't know what was really going on. George eventually got into a methadone program, but to my knowledge, George never went to rehab again after leaving California. I think it was harder back then to get help. Today, there are more programs and less stigma.

16.     My mom tried to help George and to help with raising the kids where she could. But it was hard on her because George was on the drugs, even when he was staying at my mom's home.

3


Initials

17.     George didn't believe in disciplining the children.  He could be a really gentle person, but he never taught his kids that some things are acceptable and some things aren't.  Kids have to have people who will teach them how to behave.  But Sabrina and Steven didn't get it, and Sabrina's kids didn't get it either.

18.     Sabrina and Steven both got into drugs.  Sabrina started using drugs pretty early, as I recall.  I think she started using because she grew up around it and saw George using drugs.

19.     George became ill and died in 1994.  Shortly before he died, George told me to get Steven out of our mom's house.  I found her in a very confused state and all her electrolytes were off.  Steven had kept after mom constantly for drug money, etc.  He would wake her up at night and cause her a lot of mental anguish.  I think George protected my mom from Steven when he was there, realizing that after he was gone, no one would protect her from him.

20.     I helped my mom move into Sandra's house.  I bought my mother's house and tried to help Steven ~~get social security, treatment,~~ WITH RENT AND GROCERY's *he got* and housing assistance.  It took me three months to clean the house.  My husband worked on fixing the plumbing and replacing the drywall and painting.  We hoped my mom would get well enough to move back in, but she never got better.  She was living with me when she passed away in 2001.

21.     When Paul was a child, my mom was always helping him with school stuff and helping him to quiet down.  Paul lived close enough to her that he could run back and forth.  I was over my mom's house a lot and would see Paul.  My mother adored Paul and had endless patience with him and he seemed to respond to it.  She was affectionate with him.  They sat at the kitchen table doing math or coloring papers.  She saw potential in him, it just never developed; he was a bright, bright kid.  He was always over-reactive and just couldn't calm down enough.  Kids like Paul need a calm person to sit down with and my mom was like that.

Initials

22.     My life with my husband and kids was quite different from George's and his kids'. I took my kids to church and they were in a youth group. George did not take his kids to church. I recall taking ~~to~~ Sabrina to youth group a couple of times and sending her to camp once. Sabrina got into a fight at camp and they sent her home. George didn't discipline his kids or teach them. George grew up around all women and didn't have a man to teach him how to be a man. Sabrina and Steven had stronger personalities than George.

23.     George didn't parent Sabrina, and Sabrina was not capable of parenting either. Sabrina's kids didn't have a chance. Sabrina was always yelling at the kids, and her house was not kept. There were piles of dirty clothes everywhere, dirty dishes, and food that was old. Bill was on drugs as well as Sabrina. Neither parent would discipline any of the kids. Bill and Sabrina were not affectionate with their kids. There was no hugging or kissing, or holding them on their laps. Steven was in and out of Bill and Sabrina's house when the kids were little. I don't think he was a good influence.

24.     Steven never married and does not have any children that I know of. I sent fresh fruit and Christmas presents to Steven when he stayed at halfway houses. I don't think Steven has ever been able to get it together. He has been on and off of the streets for several years.

25.     Sabrina borrowed money from me a few times. Sabrina paid me back once, but she stopped paying me back, so I stopped loaning her money. Sabrina took a credit card from my sister Sandra. Sandra didn't keep a relationship with Sabrina after that.

26.     I always cared about Sabrina, but she was self-absorbed and selfish, and always on the drugs. She gave up on being a mother. She and Paul were similar in that they were both outgoing, active, bossy, and controlling of the space around them. Paul was a leader and a bit impulsive. But he never got the structure he needed, and he didn't grow up well in that

5

Initials

environment.  I truly don't think that Paul had a chance.  I worried about him from the time he was small.

27.    Paul would spend a lot of time with my brother George, but that wasn't good for him either, because George was ~~an alcoholic and~~ a drug addict.

28.    No one from Paul's defense team ever came to talk to me about Paul or his background.  I would have told them everything I said here and I would have testified at his trial if I was asked to do so.

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.

DATED:  June 27 , 2018

DORIS DONITHAN

6

Initials

Exhibit 14

## DECLARATION OF P. SUE RILEY

I, P. SUE RILEY, declare as follows:

1.      I am Paul Speer's step-aunt. I am the sister of Paul's step-father, William "Bill" Womble. I have been a paralegal for over 35 years, doing litigation family law, real estate law and estate planning. I currently work for the U.S. Postal Service full time and continue to do paralegal work on the side. My daughter, Carla Colabianchi, is an attorney. My son, Jonathan Colabianchi, is a mechanic, and my daughter, Leasa Riley, is a teacher.

2.      While we were growing up, my brother Bill was a good brother. He had a very high IQ, loved learning and teaching, and scored really high on his engineering exams. He developed a drug problem before he met Sabrina. He had gotten clean, but he got into a car accident while with Sabrina and was given morphine, then got back into it again. When he got together with Sabrina and got back into drugs, he never went anywhere with his life. Bill knew that he could do something with his life, but he continued with the life he chose.

3.      I lived in Phoenix and was introduced to Paul when he was approximately two years old. I saw him regularly at family gatherings and visited him when he was growing up.

4.      When Bill and Sabrina first got together, Bill, Sabrina and Paul lived with my family for a few months. We had a 3 bedroom house and they stayed in one of our bedrooms. My son, Jonathan, is a year older than Paul, and my daughter, Carla, is two years older than Paul.

5.      Sabrina was very domineering and violent and eventually I had to ask them to leave. I recall opening their bedroom door and seeing that Sabrina was beating Bill in the closet. Bill was on the ground and didn't fight back because he didn't believe in hitting women. Also, I offered the use of my car for emergencies only, and Sabrina put 100 miles on my car in one day.

1


Initials

6.      After I asked them to leave, Sabrina got very angry and tore up the house. She busted the walls, broke a closet door completely off, and broke a window.

7.      Over the years, I never saw Sabrina genuinely happy. She never joked around. Sabrina would put on a false face, it was never a real face, at family gatherings. When I would visit them, as soon as I started walking up to their door, I could hear Sabrina yelling and throwing things.

8.      Bill only called me when he needed money. I would offer to take him to the store and get groceries, but he only wanted money. I believe he wanted the money so that he could by drugs. He called me once, asking me to bail him out of jail. I stopped giving him money.

9.      I was always offering to have the kids live with me. At some point, Sabrina agreed to let Paul live with me. He lived with me for 2-3 months when he was 8 or 9 years old. He was attending Cordova Elementary School at the time and walked to school with Carla and Jonathan. Paul's teachers called me and thanked me for taking Paul into my home. They said he was doing so much better in school while he was living with me.

10.     Only Paul came to live with me, but I lived close to Bill and Sabrina, and saw his brothers and parents all the time. Paul was always the outgoing one. Chris and Brian were quiet. Paul was always hyper, but I didn't think he ever needed to be on Ritalin. Paul was not on Ritalin when he lived with me. Paul was incredibly intelligent, excited about things, and always talking and reading. Chris and Brian were more shy. Paul loved staying with me.

11.     At the time Paul was living with me, Bill told me that Paul was required to go to counseling. I didn't know why this was a requirement. I took him a few times; never with Sabrina or Bill present.

2


Initials

12.     One night when Paul was living with me, Bill came over unexpectedly in the middle of the night to get Paul.  Bill said Sabrina made him come over to pick Paul up because she wasn't going to get money from either Paul's dad or the state if Paul wasn't living with her.  Bill came and got Paul quickly and urgently.  Something must've happened, I'm not sure what.  I learned not to ask, because they always lied anyway.  I'm certain that Sabrina was getting some kind of support for having Paul; otherwise she would have no use for him.  Whatever the reason, it wasn't because she wanted him back.

13.     Bill and Sabrina always had a stash of prescription drug bottles on top of their refrigerator.  They had at least fifty bottles.  This was before Sabrina got sick and was put on dialysis.

14.     I never called CPS, I just kept praying for the best.  Sabrina was mean to Paul all the time.  I didn't talk to Paul about how his mother treated him because I didn't want to speak badly of her in front of him.

15.     I only know Paul as a sweet kid, never violent.  The only time I heard of Paul being violent was when he was put on Ritalin.  I believe the incident involving Thelma occurred only because he'd been put on Ritalin.

16.     I love Paul and wanted him to know that he could live with us if he wanted a different life.  In 1991, when Paul was 12 or 13 years old, I remarried and moved to Texas.  The offer for Paul to live with us was gone at that point.

17.     After I moved to Texas, when I would go to Arizona and visit them, I was only told that Paul was stealing cars.  I never heard that he was ever violent.

*psr*
Initials

18.     I attended Paul's trial on the day that my daughter testified.  After the trial I offered to give my brother, Bill, a ride home.  Bill declined and said he had to go somewhere; my impression was that Sabrina wasn't allowing Bill to be around me.

19.     I didn't testify in Paul's case.  I was interviewed by someone during Paul's trial, I think it was one of his attorneys.  His lawyers decided not to put me on the stand because I told them that I don't believe that a person's family can be blamed for everything.  I still think that is true, but I also know how badly Sabrina treated Paul and how his life was worse because of the drug abuse, violence and neglect he was exposed to when he was a child.

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.

DATED: July __23__, 2018

_P. SUE RILEY_

4

Initials

Exhibit 15

**DECLARATION OF SCHARLENE DEHORNEY, M.S.W., L.C.S.W.**

I, SCHARLENE DEHORNEY, declare:

1.       I am employed as Juvenile Probation Division Manager with Maricopa County, Arizona. I have been a juvenile probation officer for 25 years. Prior to my employment as a juvenile probation officer, I worked as a therapist and as a caseworker for Child Protective Services (CPS) in Phoenix, Arizona.

2.       Between 1990 and 1992, I was a probation officer assigned to Paul Bradley Speer. I authored the initial interview in Paul's juvenile file (dated May 10, 1990), as well as additional reports dated June 27, 1990; October 22, 1991; February 13, 1992; and February 26, 1992. Those reports were based on my own interviews with Paul, some members of his family (including his mother Sabrina and stepfather William Womble), and his teachers. I also relied on prior psychological evaluations conducted by Dr. Martig and Dr. Cabanski, as well as the reports of CPS and Juvenile Intensive Probation Supervision (JIPS) workers assigned to his case. CPS was also involved with Paul and his family at the time.

3.       Paul was about 11 years old when I first met him. I recall that when I first met him, he was an angry and anxious young boy. However, I liked him and wanted to help him. I never felt threatened by Paul; although he sometimes acted out in aggressive and violent ways, usually in the home setting, I understood that he was a traumatized child who needed help. Unfortunately, his family circumstances were challenging. The adults in his life promoted only antisocial behavior, instead of pro-social behavior. As I noted in my reports, I was concerned that his parents did not have the capacity to parent.

4.       In my opinion, Paul's trauma wasn't addressed properly; the focus was solely on his behavior. But his behavior stemmed from his trauma, and it was important that the sources of his trauma be worked on as well. If trauma isn't dealt with, it doesn't go away. At the end of the day, how you start out is your foundation.

1

5.   In my role as his probation officer, I did not have the authority to order Paul's family members to participate in counseling or classes to try and improve their relationship with Paul and their parenting skills. I could make recommendations, but they had to be willing to participate. I believed that his mother and stepfather needed to go to counseling on a consistent basis in order to help them be better parents for Paul and his siblings. No child can be fixed in a vacuum. However, Sabrina Womble, Paul's mother, always had a reason she couldn't make the therapy sessions. My recollection of Sabrina is that she didn't seem to have the capacity to handle many of the typical aspects of parenting, let alone a traumatized child like Paul. Sabrina would state that she wanted to be involved and to help Paul, but there was little to no follow-through.

6.   During my time on Paul's case, I made frequent visits to Cordova Elementary in an effort to keep Paul in school. I had a good relationship with Mr. Dickson, the principal of Cordova at the time. Often, schools wanted to kick a student out of school if he was on probation. My relationship with Mr. Dickson helped to keep Paul in school. I made frequent school visits, and Paul's behavior at school improved. The staff noted that his behaviors were generally attention-seeking rather than aggressive, and he generally wanted to please adults and gain adult approval.

7.   Although Paul was responding well under the Home Detention Contract that was in place when I came onto his case, I ultimately recommended that Paul be transferred to the Juvenile Intensive Probation Supervision (JIPS) Program. In my experience with Paul, he tended to respond positively when there was structure and consistency. I believed that intensified probation would provide Paul with the additional supervision and attention that he was not getting from his parents. As I noted in my disposition reports, I was unsure of the family's commitment to making the changes necessary to help Paul. Because of the family dynamic, I saw intensive community supervision as providing a better opportunity to help Paul. I also was aware

1    that Paul was afraid of being removed from the home, and I wanted to try to keep him

2    there if possible.

3          8.    After Paul was placed into JIPS, I continued to monitor his case.  Overall,

4    Paul did well in the JIPS program.  He completed his therapy and probation hours, had

5    good attendance at school, and seemed to take his probation seriously.  However, his

6    home environment continued to be problematic, in part because his family did only

7    minimal participation in Paul's treatment plan.  It was ultimately determined that Paul

8    needed the supervision and support of a residential treatment plan, and I agreed with

9    the decision to have Paul enter treatment at the Wayland Family Center.

10          9.    Paul successfully completed his program of treatment at Wayland.  His

11    general behavior and his academic work improved.  But his family continued to be

12    minimally involved with his treatment.  When Paul successfully completed his term of

13    residential placement, I observed that I was concerned about Paul's ability to maintain

14    the successes he had achieved within the dysfunctional home environment.  In my

15    experience, Paul's family did not deal with significant family issues that were

16    necessary to provide the proper home environment for Paul and his siblings.  If the

17    parents weren't willing to participate in counseling, it was predictable that all the

18    progress that was made in intervention wouldn't stick.

19          10.    At the time I worked on Paul's case, CPS was understaffed.  Children's

20    cases were placed on a scale of one to ten.  Ten meant that they were dying; that their

21    lives were in immediate danger from physical abuse.  If CPS couldn't substantiate

22    ongoing physical abuse, the children were not a priority on the dependency side, and

23    they wouldn't be removed from the home unless the abuse was severe.  Instead, if the

24    physical abuse cases were lower on the scale, CPS would try to keep the children in the

25    home, with services.  This is what happened in Paul's case.  But Paul's family did not

26    complete the programming provided as part of the services.

27

28

11.     I was not contacted prior to 2017 regarding Paul Speer.  If I had been contacted by someone on his defense team, I would have been willing to provide the above information and to testify.

12.     I have reviewed this declaration.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _07/30/18_, at Phoenix, Arizona.

SCHARLENE DE HORNEY, M.S.W., L.C.S.W.

4

Exhibit 16

# DECLARATION OF MATTHEW MENDEL, PH.D.

I, Matthew Mendel, Ph.D., declare:

1.      I am a clinical psychologist licensed to practice in the states of North Carolina and Texas.  I am a member in good standing of the American Psychological Association (APA), the American College of Forensic Psychology, the APA Division of Psychology and Law, the North Carolina Psychological Association (NCPA), and the NCPA Division of Professional Practice.

2.      I received a Bachelors' Degree cum laude from Princeton University in 1984 and earned an M.A. in 1989 and a Ph.D. in 1992 in clinical psychology from the University of Michigan.  I have been in private practice in North Carolina since 1995, with a specialization in the impact of childhood abuse and trauma.  I am the author of *The Male Survivor:  Impact of Sexual Abuse* (Sage Publications, 1995).  I have authored numerous articles and presented talks at various conferences on the subject. My private practice includes psychological assessment and therapy with children, families, and adults.  I conduct forensic psychological evaluations of adults in civil and criminal cases with a primary focus on evaluating the impact of childhood trauma, particularly sexual abuse, upon later functioning.  I have been retained in approximately 170 such cases in seventeen states and in federal jurisdiction and have testified as an expert witness in the states of North Carolina, Arizona, Texas, Mississippi, California, Arkansas, and Wyoming.

3.      Mr. Speer is a 39-year-old man who was convicted and sentenced to death in 2007 for the 2002 killing of Adan Soto.  I was asked by Mr. Speer's counsel to evaluate him and to write a report regarding my findings.  Mr. Speer is currently housed in the Central Unit in Florence, Arizona, where I interviewed him.

4.      Prior to writing this report, I received information from the following sources:

a.      Two face-to-face, "contact" interviews with Paul Speer, on January 18, 2018, and March 9, 2018, totaling approximately six-and-one-half hours.

b.   Detailed Assessment of Post-Traumatic Stress (DAPS), administered on 1/18/2018.

c.   Review of the following documents:

i.   *Speer v. Ryan*, Petition for Writ of Habeas Corpus, filed 10/16/2017, pages 1-35

ii.   Substance Abuse Evaluation, Leslie Hoyt Croft, Ph.D., 5/21/2004

iii.   Rule 11 Evaluation, Jack L. Potts, M.D., 4/21/2003

iv.   Psychiatric Evaluation, Pablo Stewart, M.D., 3/17/2005

v.   Psychological Evaluation, Susan Downs Parrish, Ph.D., 2/21/2005

vi.   Trial testimony of Pablo Stewart, M.D., 2/28/2007

vii.   Excerpt of PowerPoint exhibit used to illustrate trial testimony by Paul Miller, Ph.D.

viii.   Declaration of Robin Storm, M.A., N.C.S.P., 6/16/2014

ix.   Crime Report, DR 85-108006, Phoenix Police Department, 9/6/1985 (*redacted*)[1]

x.   Child Protective Services letter to Juvenile Court, 12/6/1988

xi.   Roger M. Martig, Ph.D., Psychological Evaluation for the Maricopa County Juvenile Court Center, 5/6/1990 (*redacted*)

xii.   Stan Cabanski, Ph.D., Psychoeducational Evaluation for the Maricopa County Juvenile Court Center, 5/16/1990 (*redacted*)

xiii.   Robin Storm, M.A., N.C.S.P., Psychological Evaluation for the Alhambra School District #68 Academic Services, 10/22/1990 (*redacted*)

xiv.   Stan Cabanski, Ph.D., Psychoeducational Evaluation for the Maricopa County Juvenile Court Center, 7/31/1991 (*redacted*)

---

[1] Certain documents have been redacted to remove identifying information such as date of birth and Social Security Number.

xv.    Stan Cabanski, Ph.D., Psychoeducational Evaluation for the Maricopa County Juvenile Court Center, 9/22/1992 (*redacted*)

xvi.   Stanley H. Zucker, Ph.D., Psychoeducational Evaluation (Adobe Mountain), 1/30/1993 (*redacted*)

xvii.  Barry N. Fine, M.D., Neuropsychiatric Evaluation for the Arizona Department of Treatment and Rehabilitation (Adobe Mountain), 10/10/1993 (*redacted*)

xviii. Robert L. Rice, Therapist, Psychological Assessment/Review for the Arizona Department of Treatment and Rehabilitation (Adobe Mountain), 3/14/1995

xix.   Juvenile Intensive Probation Supervision Initial Evaluation and Disposition Reports for the Maricopa County Juvenile Court Center, May, 1990 (*redacted*)

xx.    Paul Speer's juvenile records from the files of Lee Brinkmoeller, Mitigation Specialist, pages 1 – 199 (*redacted*)

xxi.   Declaration of Sabrina Womble, 10/16/2013, Arizona v. Speer, Maricopa County Superior Court Case No. CR2002-010926(A)

xxii.  Declaration of Sabrina Womble, 1/10/2015, Arizona v. Speer, Maricopa County Superior Court Case No. CR2002-010926(B)

xxiii. Affidavit of Debra Corral, 10/23/2013, Arizona v. Speer, Maricopa County Superior Court Case No. CR2002-010926(A)

xxiv.  Declaration of Debra Corral, 1/3/2015, Arizona v. Speer, Maricopa County Superior Court Case No. CR2002-010926(A)

xxv.   Trial testimony of William Womble, Arizona v. Speer, Maricopa County Superior Court Case No. CR2002-010926(A), 2/22, 26 & 27/2007

xxvi.  Declaration of William Womble, Arizona v. Speer, Maricopa County Superior Court Case No. CR2002-010926(A), 1/8/2015

xxvii. Trial testimony of Christopher Womble, Arizona v. Speer, Maricopa County Superior Court Case No. CR2002-010926(A), 2/5 & 6/2007

xxviii. Declaration of Christopher Womble, Arizona v. Speer, Maricopa County Superior Court Case No. CR2002-010926(A), 1/8/2015

5.     At the outset of the first day of interviews, I explained to Mr. Speer that the matters we discussed would be shared with his attorneys, could be included in a report that would be turned over to the state, and could potentially be discussed in open court.  Mr. Speer indicated that he understood and accepted these limits to confidentiality.

6.     I was retained to evaluate Mr. Speer primarily due to my experience and expertise regarding the long-term impact of childhood sexual abuse on males.  Mr. Speer was sexually abused by his paternal aunt at approximately age five.  During his early adolescence, after he had already become a heavy user of multiple drugs including marijuana, methamphetamine, and heroin, Mr. Speer was "pimped out" by his maternal uncle in exchange for drugs for both Mr. Speer and this uncle.  This form of sexual abuse continued for several years.  While the basic facts of the sexual abuse were presented at Mr. Speer's trial and sentencing, minimal elaboration was made of its long-term impact upon Mr. Speer.

7.     While I anticipated sexual abuse being my primary focus in my evaluation with Mr. Speer, this did not turn out to be the case.  He was aware of my expertise in, and likely emphasis upon, the issue of sexual abuse.  Mr. Speer believes that the sexual abuse he experienced during his childhood and throughout his adolescence has had a relatively small impact upon him, compared to various other circumstances in his life and, particularly, compared to his previous experiences in prison.

8.     In my opinion, Mr. Speer significantly underestimates the impact upon him of the sexual abuse to which he was subjected.  I agree, however, with Mr. Speer's statements that his experiences while incarcerated – both the violence he witnessed and

4

suffered directly, and the isolation and social deprivation to which he was chronically subjected – had an enormous impact upon him and played a significant role in the intensity with which he sought to avoid a return to prison in 2002.

9.     Mr. Speer's insistence that his childhood sexual abuse did not have a major impact on him is also significant in terms of understanding Mr. Speer's credibility.  All forensic evaluators need to assess, formally or informally, a defendant's credibility and the possibility that he may be malingering – that is, feigning or exaggerating negative symptoms for the benefits that can accrue as a result of such behavior.  Over the course of my interactions with him, Mr. Speer was at the opposite end of the spectrum from someone who is malingering.  He insists that sexual abuse – a factor that could well provide substantial mitigation in his case – did not have any negative impact upon him.  While I believe that he is inaccurate in these statements, they should go a long way toward assuring all observers that Mr. Speer is not embellishing or fabricating information in hopes that he will benefit from doing so.  This is consistent with the findings of formal assessment at the time of his trial.

10.     It is my understanding that an early point in his initial trial, Mr. Speer clearly malingered in the course of his evaluations by Drs. Potts and Toma.  In his interactions with Dr. Potts, he made quite extreme, and quite transparent, claims of ignorance and cognitive limitations.  These statements were easily seen to be false on the basis of Mr. Speer's behavior in multiple other contexts.  By contrast, in his subsequent evaluations by Drs. Parrish and Stewart, he apparently displayed good effort on cognitive tasks and there were no indications of attempts on his part to feign ignorance or incompetence.  Dr. Parrish administered numerous neuropsychological tests, which are part of the Halstead-Reitan Neuropsychological Battery, one of the most intensively researched set of psychological assessment measures.  She was able to compare Mr. Speer's performance on these tests with individuals who were malingering and with those who had significant traumatic brain injuries.  Mr. Speer's

pattern of strengths and weaknesses was consistent with individuals with brain damage and not consistent with malingerers.

11.     The various traumas and negative events Mr. Speer experienced during his childhood and adolescence will be reviewed next.  Then, the circumstances of his time behind bars prior to the crimes for which he is now on death row will be examined, with a focus upon helping the reader understand why he so desperately wanted to avoid an incarceration of several years' duration.

12.     It has long been accepted within the fields of psychology and psychiatry that childhood trauma is destructive to an individual's healthy development:  The greater the number of childhood traumas to which an individual is subjected – and the greater the severity of these traumas – the poorer the prognosis that individual is likely to have.  Research has linked childhood abuse, deprivation, and trauma with myriad negative outcomes including subsequent alcohol and drug addiction, mental illness, criminal behavior, unemployment, and medical ailments.  More recently,[2] a large-scale set of studies conducted by the Centers for Disease Control and Prevention (CDC) and Kaiser Permanente, a health maintenance organization in California, has conclusively demonstrated the strong correlations between "adverse childhood experiences," or ACES, and problems later in life.  Over 17,000 Kaiser Permanente patients were interviewed regarding the presence of adverse childhood experiences including physical, sexual, and emotional abuse, physical neglect, emotional neglect, domestic violence, household substance abuse, household mental illness, and incarcerated household member(s).  Dozens of research articles have been published since the study began.  They have shown that the number of ACES strongly predicts a wide range of negative outcomes, including alcohol and drug abuse, promiscuity, severe obesity,

---

[2] It is significant that these studies began in the late 1990's, with the first publications coming out in 1998.  Therefore, these findings were available at the time of Paul Speer's offenses in 2002 and his subsequent trial in 2006-2007.

6

depression, heart disease, cancer, chronic lung disease, incarceration, and shortened lifespan.  For example, an individual with four of these adverse childhood experiences is 30 times more likely to have attempted suicide and seven times more likely to be an alcoholic relative to an individual with an ACE score of zero.

13.     Paul Speer had at least five of the core seven categories of ACES (psychological/emotional abuse, sexual abuse, physical abuse, household mental illness and household substance abuse).  Thus, it is clear that he was at a very high risk for various negative outcomes, including his early-onset, chronic abuse of and addiction to multiple drugs, and his criminal behavior.

14.     Mr. Speer's mother, Sabrina, was a drug addict for most of her life, from about age 15 until her death at age 58 in 2017.  She used heroin heavily throughout those years, in addition to taking methadone regularly, and also used methamphetamine and took prescription pills.  Paul and each of his younger half-brothers were born addicted and had to spend periods of time in the neonatal intensive care unit before being released to their mother's care.  In Paul's case, he was initially released to the care of his paternal aunt, Debra.  Paul's father, Mike, and his stepfather, Bill, were also heroin addicts, and Paul grew up in a home and, more broadly, in an environment suffused with drugs.

15.     Paul's parents separated and subsequently divorced when he was still an infant and he has had fairly minimal contact with his father over the course of his life.  In his earliest years, he spent a lot of time with Mike's sister, Debra, who was an apparent source of caregiving in those years.  However, when Paul was five years old, his mother contacted Child Protective Services and told them that Paul had told her that his aunt, Debra, had forced him to perform oral sex upon her.  CPS investigated these charges and found them credible.  Debra has maintained vehemently since that time that the charges were false and invented by Sabrina as a source of leverage to get money from her and from Paul's father.  Paul, however, states that he recalls the sexual activity between him and his aunt clearly and has no doubt that it occurred.  He says

7

that his mother responded to the incident by drastically reducing Paul's contact with his father's side of the family, which Paul feels was not justified on the basis of the abuse. However inappropriate her behavior toward Paul may have been, Debra appears to have been a source of some stability and predictability in Paul's life, in a household and family which were extremely chaotic and difficult for a young child to comprehend. It was to Debra's care that Paul was released from the hospital as a newborn, when Paul's parents were too intoxicated to care for him; it was Debra who often intervened and provided respite care for Paul when circumstances in the Womble household became too abusive or the parenting egregiously inadequate. Removing Debra from Paul's life is likely to have been a loss in many regards, though it may have prevented further sexual abuse of Paul, at least at that time in his life.

16.     Paul was at substantially elevated risk of subsequent substance abuse and addiction based on genetic predisposition (with both parents being addicted to heroin), the modeling provided by his mother and stepfather's heavy use of drugs, and the impact of the various other stressors and traumas during his childhood. In addition to the drug use in the family, there is also significant family history of mental illness, on at least the mother's side. Sabrina struggled with intermittent paranoia and psychosis, in addition to her drug addiction. Paul's half-brother, Brian Womble, has been diagnosed with paranoid schizophrenia. In his discussion of his childhood, Paul spoke at length about his mother's unpredictability and how huge a source of distress this was for him. He said his mother could be nice one day, furious and physically and psychologically abusive the next, and then spend several days not leaving her room. He said he never knew what to expect from his mother. This sort of unpredictability and uncertainty is often found in the homes of severe alcoholics and drug addicts. Children raised in such environments often need to closely watch their surroundings in order to determine when they are at risk of being physically assaulted or otherwise hurt. Such children may become "hypervigilant," a quality that appears to describe Paul, and one which was certainly exacerbated by his later stays in juvenile and adult jails and prisons. By

8

all accounts, the family home was a filthy, unhygienic "disaster area." The children's clothes were unclean and ragged. There was often minimal food to eat. These deficits were not simply the result of severe poverty. While the family was not well off, Bill Womble, Paul's stepfather, worked regularly throughout Paul's childhood. Unfortunately, Sabrina, Paul's mother, often spent the money that would otherwise have gone for rent or food on drugs, and sold the children's clothes, gifts they received from other relatives, and other possessions in order to purchase drugs.

17.    Not surprisingly, Paul began using drugs at a very early age and continued to use multiple drugs heavily throughout his life. He began drinking alcohol at approximately eight years old; by the time he was twelve or thirteen, he had been drunk twenty or thirty times. Like his mother, father, and stepfather, Paul was addicted to heroin by the time he was a teenager. The story behind his first use of heroin is quite significant and indicative of just how poor Sabrina was at parenting: She stated that, "I introduced my sons to heroin because using methamphetamine was dangerous because they had to run across the freeway to buy [methamphetamine]... I did not think this was good for them, so I offered them heroin." Not long before that, Paul had been introduced to methamphetamine by Sabrina's brother, Steve. Uncle Steve, like his sister, was a drug addict, but his drug of choice was methamphetamine.

18.    Both Sabrina and Uncle Steve encouraged Paul and his half-brother, Chris, to burglarize homes so they could fence the stolen items in order to purchase drugs. Thus, the behavior that began the sequence of events that ended, tragically, in the death of Adan Soto, was taught to Paul and Chris by their mother and uncle. In his testimony at Paul's trial, Chris stated that their mother knew that he and Paul were burglarizing homes in order to purchase heroin but that she didn't really care, especially because she was able to share in the heroin they bought. Uncle Steve would instruct Paul to crawl through pet-doors of homes and steal items, which Steve would fence in order to purchase methamphetamine, which he would then share with Paul.

9

19.     On one such occasion, when Paul was still only 12 years old, he and his uncle injected meth together.  Paul overdosed on the drug and had to be taken to the hospital.  Uncle Steve, however, did not stay with Paul, much less take him to the hospital, for fear that he would be held responsible for Paul's overdose.  Individuals who evaluated Paul when he was in his early teens, including Dr. Cabanski when Paul was 13, noted the severity of Paul's drug use and recommended intensive drug rehabilitation.

20.     Eventually, the concomitant adverse factors of family drug use, Paul's drug use, and the sexual abuse of Paul, merged together into a single multi-faceted source of destruction and distress.  Paul's uncle, Steve, began to "pimp him out to men he knew."  Paul would have sex with these men in exchange for money or drugs.  Paul stated that he did not like doing this, but that he "was a kid addicted to drugs and how else was [he] going to get money?"  The prostitution, under the facilitation and encouragement of his uncle, continued from approximately ages 14 to 16.  It is this set of sexual experiences that Paul is minimizing with his statements that, while he experienced sexual abuse, he does not feel that it affected him in an overly negative way.

21.     The burglarizing of homes in order to purchase heroin continued throughout Paul's teenage years and early adulthood, with the final incident occurring on March 22, 2002, when Paul and his brother, Chris, burglarized the Soto's home.  On that day, Paul and Chris were experiencing severe heroin withdrawal, which Chris described as, "Cold sweats.  Your bones hurt.  You can't think straight."  It would truly be difficult to imagine a scenario in which patterns of destructive behavior can be traced back more directly to the behaviors of parental figures.  Here, Paul and Chris's mother and uncle modeled the use of heroin and methamphetamine, provided the boys with these drugs, and taught them to steal and to fence stolen goods in order to purchase these drugs.  It is striking that precisely this pattern of behaviors – burglary and drug use – figured so prominently in the death of Adan Soto.

10

22.     Paul was also the victim of physical abuse at the hands of both his mother and stepfather.  He states that his mother would lash out unpredictably and often for no apparent reason, punching or hitting him with her fists or with whatever she had on hand.  He said that she always pressured her husband, Bill, to be more of a disciplinarian, and would reportedly greet him upon his return from work with a recitation of Paul's various misdeeds and insist that he beat Paul for them.  Paul said that he is not sure if his stepfather would have beaten him at all were it not for Sabrina's pressure.  Nevertheless, once Bill began to hit him, he could lose control and Paul said that he often had bruises, welts, and marks from the belt or whip all over his back and buttocks.  Paul and his brother Chris report that Paul received much harsher and more frequent beatings from both Sabrina and Bill.  Earlier in his life, Paul believed that this may be due to the fact that he is not Bill's biological child, but he no longer thinks this to be the case.  He now believes that the more severe treatment was simply due to him being the oldest, and to his mother's encouragement that Paul be punished.

23.     Paul received various diagnoses during his childhood and adolescence.  One mental illness that was never, to my knowledge, considered is Reactive Attachment Disorder (RAD).  In my opinion, it is quite likely that Paul did, in fact, suffer from this disorder.  In the Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition (DSM-IV) – the edition in place at the time of Paul's arrest and subsequent trial – RAD is characterized by "markedly disturbed and developmentally inappropriate social relatedness in most contexts, beginning before age 5 years…" (p. 118).  The diagnosis requires that the problems develop in the context of "pathogenic" care, as evidenced by "persistent disregard of the child's basic emotional needs for comfort, stimulation, and affection [and/or] persistent disregard of the child's basic physical needs [and/or] repeated changes of primary caregiver that prevent formation of stable attachments."  RAD may be manifested by either "persistent failure to initiate or

11

respond in a developmentally appropriate fashion…," or by "indiscriminate sociability with marked inability to exhibit appropriate selective attachments."

24.     These diagnostic criteria appear to fit Paul quite closely.  Particularly, the second of these two patterns, referred to as the disinhibited type of RAD, seems to characterize Paul.  There is no doubt that his mother, who was a heroin addict on methadone at the time of his birth and used heroin and methadone throughout his early childhood, failed to provide for his needs, both physical and emotional.  Moreover, multiple reporters describe inconsistency and frequent changes of caregivers, which is not surprising in light of the mother and stepfather's addictions.  Paul is described as going up to strangers in supermarkets and hugging them, a defining characteristic of the "disinhibited" pattern of Reactive Attachment Disorder.  In his testimony at Paul's trial, Paul Miller, Ph.D., described multiple "risk factors," including several consistent with the development of RAD.  He noted the presence of parental rejection and neglect, lack of warmth, lack of provision of needs, inconsistent parental discipline, and Paul being born addicted to heroin.  Dr. Miller cited multiple sources who described Paul being bounced around from one home and one relative to another during his early years.  One report cited by Dr. Miller indicated that "Sue Colabianchi ([Paul's] stepfather's sister) stated that Paul's natural mother was going to turn P over to the state but gave him to her instead."  These circumstances provide the necessary conditions for an individual to develop reactive attachment disorder, though it cannot definitively be diagnosed at this stage of Paul's life.

25.     The physical abuse Paul experienced over the course of his childhood had an enormous impact upon him.  In discussing the various adverse experiences he had during his childhood, Paul stated that it was the physical abuse and the fear of further physical abuse that he found most distressing to him, and which he feels had the greatest effect upon him.  He explained that he was referring both to the physical abuse to which he was subjected at home, by his mother and stepfather, and the fights and violence he experienced while incarcerated as a juvenile at Adobe Mountain.

12

26.     Paul feels that his multiple incarcerations, first as a child and adolescent, and then as an adult, have had profound negative effects upon him.  He describes two broad categories of situations which he finds distressing.  The first includes episodes of overt and intense violence, and the constant, pervasive uncertainty and fear over whether and when such episodes will occur.  The second involves times when he has been locked down, or in solitary confinement.  He characterized his life behind bars as alternating between being "safe but alone" and being "in danger."

27.     He was first placed into detention at age nine, at Durango Jail, where he stayed for "a couple of days."  He said that Durango is very closely monitored and supervised and that nothing particularly distressing occurred there (that time or on any subsequent stay).  However, the circumstances that brought him there were extremely painful for Paul.  He said that his mother wanted to get him out of her hair and called the police and told them he had hit her, which he insists he had not done.  He said that on several occasions, his mother "would get loaded on drugs, call the police, and make stuff up."  His brother, Chris Womble, recalls a similar pattern of behavior by their mother.  This experience clearly represented a profound betrayal for Paul.

28.     His first stay at Adobe Mountain occurred when he was 14 years old, following a charge of Vehicle Theft.  He stated that he spent five or six months there at that time and was in and out of Adobe Mountain for the rest of his teenage years, until he turned 18.  He described it as follows:  "A bunch of crazy, out of control kids.  Child prison – gangs, gang warfare.  Fistfights.  That's what it is:  One gigantic fistfight."  He stated that he had seen a fistfight within his first couple of days there and after about a week, another inmate punched Paul in the mouth, splitting his mouth open.  He observed large fistfights between members of various gangs.  Once, he was sitting next to another inmate, when a third inmate came up and struck the guy next to Paul over the head with a metal chair.  Paul recalls there being blood everywhere.  He stated that he repeatedly observed acts of violence, with weapons or with fists.  "You're continually bombarded by the experiences, either just being in or near the violence.  I didn't need to

13

actually get hit, to be like 'oh my God'!"  Paul stated that he got in fights but wasn't good at fighting at that point in his life.  "I'd get pushed around, hit, beaten up.  I'd get messed with because I was young and small."  He is not sure how many times he was hit or beaten, but that it was "lots of times."  He said that the worst injury he incurred was a broken nose.

29.     Paul went on to say that he saw boys get manipulated or coerced into a sexual relationship with an older, bigger inmate, either seeking protection from that inmate or simply because they were intimidated by him.  He stated that this never happened to him, which he believes may be due to the fact that he was openly bisexual. He said that when he first came to Adobe Mountain at age 14, he entered into a sexual relationship with a 17-year-old inmate.  He said that this was consensual and not manipulated or coerced.  He considered this young man to be his friend and found their relationship to be positive.  He then said that this young man did provide protection to Paul, and he was glad to get this protection, but that it was not the motivation for their relationship.  I suspect that, given the frequency of the beatings he experienced, and his level of fear and distress from the time he entered Adobe Mountain – a level that would subsequently result in PTSD – the need and desire for protection probably played a bigger part in the development of this relationship than Paul recognizes.

30.     Paul returned to Adobe Mountain at age 15, and again spent five to six months there.  He said things were the same as before in terms of what he observed, but that he now stood up for himself, and didn't allow people to mess with him:  "If people fucked with me, I'd fuck them back."  He said that this change in his behavior led people not to mess with him as much.  He explained that he still got in numerous fights but was no longer getting harassed.

31.     Paul stated that he was placed at Adobe Mountain multiple times until his final release from there when he turned 18.  He was then incarcerated as an adult twice prior to the current charges.  The second of these was when he was 20, when he spent three years behind bars.  He stated that he was out for about three months prior to his

14

arrest in March, 2002.  Two of those three years were spent at Yuma Prison, which he states was especially traumatizing for him.  He said that, like Adobe Mountain, fights were frequent and he had to constantly be on guard.  He reports observing someone being hit with a sock with a can in it, or getting stabbed, every few weeks.  In addition, there was an enormous amount of racial tension in Yuma.  He said that his brother, Brian, would bring drugs to him there and he was selling to Mexicans, which upset the white inmates.  On one occasion, a white skinhead jumped Paul; a Mexican friend of Paul's came to Paul's defense, and an all-out race riot ensued.  He stated that he made a lot of enemies through this and would be viewed as a race traitor by the white inmates in prison.  He was convinced that if he were to return to prison, he would be in significant danger as a result.

32.     From Yuma, he was sent to SMU 1 in Florence, where he spent one year in isolation.  He stated that this consisted of 23-and-one-half-hours per day in the cell, which consists of a bed, a toilet, a sink, a table, and a stool.  Three times per week he left the cell, alone, to take a shower, and three times per week he left the cell, alone, for recreation.  Paul stated that both the physical violence and its consequent hypervigilance, and the solitary confinement, have damaging impacts, but "being alone, locked in your cell, alone, has more long-term psychological effects.  Being in solitary does more to hurt you than being punched in the face."  He stated that, while in solitary confinement, he felt constantly anxious.  "I felt anxiety and fear, desperation, helplessness, hopelessness, loneliness, anger, fear, loneliness, missing people, missing life."

33.     I administered the Detailed Assessment of Posttraumatic Stress (DAPS), a pencil-and-paper inventory of potentially traumatizing experiences and current symptoms, to Paul.  In the first section, Paul was asked which of a variety of stressors or traumas he had experienced.  Not surprisingly, in light of the history described

above, he reported the presence of 10 of the 13 types of trauma listed.[3]  The only items that Paul indicated he had not experienced were one regarding being in a war, and a second regarding sexual abuse – "someone doing something sexual to you against your will, or making you do something sexual, that caused you to be seriously hurt or afraid you would be hurt or killed."  The DAPS contains two items related to sexual abuse. Paul endorsed the other item, involving unwanted sexual activity prior to age XX, but indicated that he had not been subjected to extreme coercion or made to fear that he could be hurt or killed.  He was then asked which of the 10 items he had experienced bothers him the most now.  Paul responded that it was "someone hitting, choking, or beating you when you were seriously hurt or were afraid you would be hurt or killed." He explained that he was referring both to the beatings he received at home as a child, and the violence that he experienced while at Adobe Mountain.  On the subsequent portions of the DAPS, Paul answered questions about his current experiences.

34.    The DAPS includes two validity measures.  One, Positivity Bias, assesses whether the respondent answered questions in such a way so as to appear unusually healthy, denying even common symptoms and negative experiences.  The second, Negativity Bias, examines whether the respondent is attempting to appear "crazy" or pathological.  Paul appears to have answered consistently and honestly – neither unrealistically denying or minimizing problems, nor exaggerating or claiming unrealistic symptoms – and a valid response profile was obtained.

35.    His response pattern on the DAPS is strongly indicative of the presence of Posttraumatic Stress Disorder (PTSD).  He reports the presence of intrusive, unwanted symptoms involving re-experiencing of the earlier trauma; avoidance of situations and memories associated with the earlier trauma; and a heightened state of

---

[3] The DAPS is not limited to childhood events, so this does not mean that Paul suffered that broad of a range of traumatic experiences during his childhood.  It appears, however, that most of these events were experienced during his childhood or adolescence.  Paul was only 23 at the time of his arrest in 2002.

16

psychophysiological arousal.  It is certainly striking that Paul continues to have such a high degree of symptoms connected with his exposure to and experiences of physical violence 20 to 25 years earlier.  However, the long duration of his PTSD should probably not come as a surprise:  Paul continues to be in an environment much like the one in which he initially became so frightened and traumatized – the "child prison," as he termed it, at Adobe Mountain.  He has spent the vast majority of his life since his early adolescence behind bars.  Within such an environment, he is constantly surrounded by reminders of his earlier traumas, incessantly on watch, hypervigilant, never able to escape the memories of earlier distress.

36.     Following Paul's arrest in March, 2002, he was placed in the Madison Street Jail.  He stated that he was in solitary confinement throughout his time there, as a result of his placement at SMU 1 at the time of his earlier release from prison.  He was filled with the same pervasive sense of anxiety as he had felt when in solitary confinement previously.  Now, however, he was also addicted to heroin and going through withdrawal as a result.  He was terrified about the prospect of returning to prison, where he expected to be met with violence.  To Paul, life in prison carried only two possibilities, being "safe but alone," with all the anxiety and misery that came with it, or being in a constant state of danger and hypervigilance.  It is as a result of Paul's earlier experiences at Adobe Mountain, at Yuma, and at SMU 1, that he so desperately feared returning to prison and sought so intensely to avoid that fate.

37.     Paul Speer's history is a repository of painful, traumatizing events. Literally from before he was born – addicted to heroin, unable to return home with his drug-addicted parents – he was set on a trajectory with an extremely high likelihood of drug abuse and addiction, psychiatric impairment, criminal behavior, and marginal – at best – functioning.  From this inauspicious beginning, he endured a childhood with inadequate parental care, rampant drug use, physical abuse, sexual abuse, and modeling of property crimes.  His childhood and adolescence provide a compendium of Adverse Childhood Experiences, known to be predictive of multiple forms of subsequent

17

dysfunction.  His life history is replete with events and circumstances likely to be considered mitigating in a capital trial.  Paul started using drugs heavily as a pre-adolescent, due both to the modeling and the availability of these drugs in his home environment, and in an attempt to numb himself from the pain of his multiple traumas.  His drug addiction was evident by his early teen years.  From that time onward, Paul has spent most of his life behind bars, both in juvenile settings such as Adobe Mountain and in adult prisons.  There, he was subjected to and surrounded by frequent, extreme violence.  From his early adolescence onward, Paul Speer lived in a state of fear and constant vigilance.  These were the circumstances that led Paul to try so desperately to avoid returning to prison for burglary, the tragic backdrop to the death of Adan Soto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 6, 2018, at Raleigh, North Carolina.

/s/ _____
MATTHEW MENDEL, PH.D.