# Exhibit 35



# The Pain of Maryvale

**TERRY GREENE STERLING** | **OCTOBER 24, 1996** | **4:00AM**

In 1987, officials at Arizona's Department of Health Services promised they would study the high rate of childhood leukemia death in one portion of west Phoenix. The last phase of the study, which searches for causes of the so-called Maryvale cancer cluster, was to have been completed in 1991.

More than five years after that original deadline, the study remains unfinished. State officials now claim the study will be released by the end of this year. It is a familiar claim.

In the middle of last year, state officials said the study's results would be released by the end of 1995.

Karen's Story
Thirty-six years ago, Patricia and Roy Johnson paid $12,600 for a concrete-block home in the west Phoenix region generally known as Maryvale. Like hundreds of other young married couples, the Johnsons chose to live in Maryvale because it provided affordable housing, seemed like a safe place to raise children and was close to Roy's place of employment.

Roy Johnson installed and repaired business telephone equipment for a telephone company. He began his workday by reporting to the company yard near 38th Avenue and Indian School, just a five-minute drive from his house. Among other duties, he fixed equipment in the high-tech factories that had sprouted in the vicinity of 35th Avenue and Osborn.

In 1973, the Johnsons' youngest child and only daughter, 7-year-old Karen, fell ill with leukemia, an often fatal malignancy of the organs that manufacture blood. She died when she was 13 years old.

During the years that Karen was sick, Patricia and Roy and their two other children focused on giving the spirited red-haired youngster the happiest, most normal life possible.

When she was up to it, Karen attended school, played sports, ice-skated. Even though some children teased her because of her white, pale skin--a symptom of leukemia--she made good friends. But she recognized she was different from those friends, who planned on growing up, marrying, having children.

Karen hoped to survive long enough to attend Maryvale High School. She was afraid to go to sleep at night, fearing she might not wake up. Her mother sat up night after night, coaxing her to sleep.

Shortly before Karen died, she wrote her parents a letter and asked a neighbor to deliver the note after her death. In the letter, Karen thanked her parents for her life. And she said she no longer feared death.

After Karen died, Patricia and Roy gave away her white canopy bed, boxed her stuffed animals and dolls and stored them in the closet. The Johnsons converted her bedroom into a library for Roy, decorating the walls with family photographs and antique telephones and glass hippo figurines.

Still, 16 years after her death, it's almost as though Karen continues to live in the house. In the small living room, there is a large red woodcarving that spells "Karen." Near the carving is a photograph of Karen in her ice-skating outfit, wrapped in a frame that contains a mechanism that occasionally plays music. It is the Skater's Waltz.

And on a shelf opposite Pat's collection of Avon Cape Cod glassware, there is another framed photograph of Karen. There, she is leaning on a portrait-studio wagon wheel, wearing a white, wide-brimmed straw hat.

The Johnsons are convinced industrial contaminants caused Karen's leukemia. Roy recalls observing factory workers dump solutions onto the ground in nearby industrial areas. The Johnsons now know their house is situated very near drinking-water wells that were shut down two years after Karen died because they were contaminated with unhealthful levels of trichloroethylene, or TCE, a suspected carcinogen. And they know their house is located within a state Superfund site that has yet to be cleaned up.

In 1993, the now-elderly couple joined 45 other west-side residents in a lawsuit against the city of Phoenix and several industries.

The residents claim the industries polluted underground drinking-water reserves with TCE, and the city knowingly served them contaminated drinking water. This pollution, the residents say, caused a number of severe illnesses and deaths, including Karen Johnson's fatal leukemia.

The city and the companies have denied wrongdoing.
When the Johnsons--solid, working-class people--are asked to explain why they are suing, they say there is no other recourse. The state government, they say, has dragged its feet, failed to punish polluting industries, failed to give them answers as to what may have caused Karen's leukemia.

Money isn't the primary reason the Johnsons went to court, although they certainly will accept a monetary settlement. A serious lawsuit, they say, will make industries think twice before polluting and save other parents the suffering the Johnsons have experienced.

"It's hard to have a child for 13 years and lose her. I'd like to see executives from these companies . . . look at their daughters and their sons and think what life would be like without their children," says Roy Johnson.

"What we are after is justice."

Fourteen years ago, a nun who was the principal of a west-side Catholic school reported to the Arizona Department of Health Services that there appeared to be a high incidence of cancer, mostly leukemia, among children in Maryvale.

The health department looked at county statistics and confirmed a higher-than-expected rate of childhood-leukemia deaths in the area. But it refused to conduct a thorough epidemiological investigation of the problem. Health officials told Sister Joyce Weller that such studies were too expensive and almost never conclusively proved a cause for elevated leukemia death rates. The agency also suggested the nun not talk publicly about the "cancer cluster" so as not to panic the parents of her charges at St. Vincent de Paul Catholic elementary school.

School officials also were worried about publicity, but for a different reason. They feared public discussion of the leukemia problem would lead to declining enrollment at the school and, perhaps, open it up to lawsuits.

After three years of requesting assistance from the health department and failing to get meaningful answers, the nun finally gave up. She was transferred out of state in 1987.

Sister Joyce had strongly suspected that pollution might have caused some of the leukemia in Maryvale, which abutted several industrial areas. There was evidence to support such suspicions. In 1982, shortly before the nun first approached the health department, the city of Phoenix permanently closed two Maryvale drinking-water wells that were estimated to have served "well over 10,000 people."

The wells had been found to contain unhealthful levels of trichloroethylene. State records reveal the industrial degreaser and suspected carcinogen, commonly known as TCE, had been dumped into the ground by several high-tech plants located just one third of a mile northeast of the wells. Those records also show that underground water under those plants flows to the southwest--or toward the public supply wells.

New Times revealed the health department's failure to act on the Maryvale cancer cluster in an investigative report in 1987.

Maryvale residents were outraged. In public meetings, state officials promised Maryvale residents that credible health studies would be conducted by DHS--and overseen by the federal Centers for Disease Control (CDC).

Also, state officials promised, polluters would be forced to pay for environmental contamination.

At first, officials scrambled to find answers.
That same year, 1987, a "West Central Phoenix" state Superfund site was designated.

State environmental experts ran tests and asserted that the Maryvale environment was free from any environmental pollutant that might make kids sick. They said there was no problem with pesticides in the soils, no dangerous amounts of radiation, no contaminated drinking-water supply.

Then in 1989, two more Maryvale drinking-water wells were closed because of TCE contamination.

With oversight from a panel of out-of-state scientists appointed by CDC, the state conducted two additional statistical studies; it reconfirmed a higher-than-average rate of childhood leukemia from 1965 to 1986 on Phoenix's west side. Because of these statistical confirmations, in 1989 DHS promised it would conduct a "case control" study entailing lengthy interviews with "case" families of leukemia victims and "control" families of healthy children to determine what environmental influences might be associated with at least some of the leukemias. That study was originally to have been completed in 1991.

But as public interest waned, the state of Arizona reneged on its promises to the people of Maryvale. State inaction has not only prolonged the anguish of parents of leukemia victims; it has also protected the city of Phoenix from lawsuits and allowed suspected polluters to avoid paying expensive cleanup costs.

Public records recently obtained by New Times reveal that the state's reaction to the Maryvale problem has been indisputably slow and ineffective:

* The state's "case control" study is five years behind schedule.
* That study does not allow for a sophisticated inquiry into the possibility that drinking water might be linked to at least some of the leukemias. Ignoring contaminated drinking water as a potential cause of the cancer cluster helps protect the city of Phoenix and industries that polluted the water from liability.

* There has been no significant cleanup of the West Central Phoenix Superfund site.

* The state has allowed several suspected polluters to settle lawsuits without admitting liability--and for astonishingly low sums that won't begin to cover the multimillion-dollar cost of cleaning up groundwater on the west side. These settlements have been accepted despite eyewitness reports by factory workers that industries dumped TCE in the Superfund site.

Cathy's Story
Joe Guzman can't remember exactly when the stranger rang the front doorbell of his home, but it was at least 24 years ago, before Cathy died.

"You have a daughter with leukemia, and you want to save her," the stranger told Joe.

"But you can't save her. They all die."

Then the man turned and shuffled off into the darkness on West Osborn Road. Joe never saw him again. But he wonders now if the man was one of the Maryvale parents who'd lost a child to the disease.

Joe was terribly disturbed--is still disturbed--by the visit. At the time, the high school Spanish teacher was already under considerable stress. His daughter Cathy had been diagnosed with leukemia when she was 3 years old.

Cathy's medical bills, even with insurance, were overwhelming. As much as Joe longed to be with the child, he spent extra hours away from home trying to earn the money to care for his wife, Pauline, and six other children. Besides teaching, Joe worked odd jobs. He was a census gatherer, a night clerk in a hotel, a Spanish teacher for Peace Corps volunteers.

Pauline remembers that more than once she'd run to the phone and call her mother in New Mexico. "Mama, please get on the Greyhound," she'd say. "Come take care of the other kids; Cathy has to go to the hospital again."

Pauline still cries when she recalls returning home late in the day from Cathy's hospital room, trying to behave as if nothing were wrong, so as not to upset the other children. After Cathy died in 1972 at the age of 7, the doctor told Pauline to throw away her child's pictures, clothes and toys. "Get a job, Pauline," the doctor said.

"Forget."

Instead, Pauline became active in her Catholic parish--the parish where St. Vincent de Paul elementary school was located. She remains active in parish work today.

Never once, Pauline says, did anyone tell her of Maryvale's "cancer cluster" problem, of Sister Joyce's suspicion that there was an environmental link to the leukemia or of the nun's futile struggle to get the health department to conduct a meaningful investigation.

"The sisters must have kept it very quiet," she says.

The priests now tell her to forgive. She tries.

TCE was first detected in a Maryvale drinking-water pipe at 59th Avenue and Indian School Road in February 1981. But the city of Phoenix did not test for TCE in Maryvale drinking-water wells until a year and five months after the first detection, records show.

The city then shut two wells at 38th Avenue and Earll Drive (near the Johnson and Guzman homes) because TCE was present at levels almost six times the health standard that had recently been imposed by the Environmental Protection Agency.

Since at least 1987, the city has tried to protect itself from lawsuits that might arise from the Maryvale wells.

In sworn depositions, city officials have explained the 17-month delay between finding TCE in the Maryvale water line and testing drinking-water wells by saying, essentially, that they don't recall why they didn't test immediately.

Following news reports of the Maryvale leukemia cluster, city officials noted that west-siders were served a combination of canal water and well water. Sometimes well water was not used at all. What's more, the city asserted, the underground piping system was too complicated to figure out who got contaminated water. Therefore, officials said, it was impossible to tell which Maryvale homes got the TCE-contaminated water, how long they got contaminated water and in what amounts.

The city also huddled with the state health department. The result of the huddle was, again, a conclusion that it would be impossible to tell whether water was the cause of the cancer cluster.

For instance, in 1991, a city water official drew on a map several census tracts most likely to receive contaminated drinking water from the polluted wells. But informed critics say the map was misleading because it did not take into account the underground pipe system that determined which homes got the contaminated water.

Relying on this misleading map, the state concluded there was no link between contaminated city water and the leukemia cases.

DHS used this conclusion as the basis for a controversial decision. The state decided its "case control" study of Maryvale would look at many, many possible causes for childhood leukemia in Maryvale, including house dust, secondhand smoke and medicines mothers took when they were pregnant.

But the study would not seriously investigate whether TCE contamination of drinking water was a possible cause for at least some of the childhood leukemias.

DHS officials say they are still interested in the possibility of contaminated drinking water as a causal factor. But, they say, they are limited by a lack of data.

A Scottsdale water engineer working for west-siders suing the city says it is possible to get that data.

In a sworn affidavit, William Gookin says computer models can estimate when contamination reached drinking-water wells in Maryvale. When combined with historical information about the city's piping system and pumping records, Gookin says, that modeling can estimate which homes got the most contaminated water--a scientific estimate that the state claims is impossible to compile.

(Similar computer modeling was used by the Massachusetts Department of Public Health, which released a 1996 study that determined that childhood-leukemia cases in Woburn, Massachusetts, were associated with exposure by pregnant mothers to drinking water laced with TCE.)

Tim Flood is a DHS doctor who inherited the case control study after the former study director left DHS several years ago. Flood is not convinced that sophisticated computer modeling would determine whether TCE-laced water was a cause of some of the Maryvale leukemia cases.

"I would think that would be pretty speculative modeling," he says.

But there can be no speculation about one fact: Water and TCE aside, the Department of Health Services is more than five years late in completing its study. That $600,000 case control study was designed to include families of all 49 Maryvale children who contracted leukemia from 1965 to 1986.

DHS officials have long said one reason for the delay was the difficult, time-consuming task of locating families of victims who'd died years before.

But the agency apparently didn't look particularly hard for those families.
The Guzmans and the Johnsons, who lived near the contaminated wells, were not asked to join the study.

It would have been easy to find them. Neither of the families has changed addresses since their daughters fell ill with leukemia. Both families are listed in the phone book.

Another reason for the delay, per Flood: The study took on too many possible causes.

Flood says he warned the former director of the study "about the study being too ambitious, and he didn't really listen to me."

"I would like to get this thing out. I'm really disappointed in myself for not getting this thing out," he says.

There is another undeniable reason Flood has not completed the Maryvale cancer-cluster study: The state won't pay for a staff to assist him, and he is burdened with other tasks as medical director for DHS' Office of Chronic Disease and Epidemiology.

Flood acknowledges this lack of support with unusual candor.
"From my perspective," says Flood, "they give the minimum needed to say, 'Yeah, someone's working on the study.' But they sure don't give us much more support than that.

"It's mostly lip service."
At least one member of the CDC panel appointed to oversee the study says he hasn't heard from anyone connected with the study for three years.

"Looks like we were out of the picture," says Steve Lagakos, a Harvard University scientist who was one of the first to link the Woburn leukemias to TCE contamination in the early 1980s.

"I don't know whether they abandoned this committee I'm on and never bothered telling us, or what."

Joey's Story

Each day, on her way to work, Bobbie Cabler dropped her infant son, Joey, at her mother's house in Maryvale. Bobbie's mother loved baby-sitting Joey, loved to rock him and hug him and give him his bottle of formula.

The attentive grandmother made sure the formula was not too hot, not too cold, mixed, half-and-half, with canned liquid and water she drew from the kitchen tap.

Bobbie was a kid herself back in 1976, when her son was born. She was 16 years old, proud, tough, sure she could make a doomed marriage survive if she just worked at it.

But Bobbie soon learned there were some things she couldn't fix.
When Joey was a little less than 2 years old, he got leukemia. Bobbie remembers carrying Joey home after the diagnosis, propping him against a pillow on the living-room couch. Her husband took a snapshot of the sleeping child, a photo she carries with her even today.

The leukemia took a particularly rapid course, and Joey died in his 18-year-old mother's arms a few days short of what would have been his third Christmas.

After nearly a decade, Bobbie remarried and had two more children. Outwardly, she's happy.

But inside, she grieves, and will always grieve.
Time passes. Joey would be 18 years old if he were alive. Bobbie is 36, but she remembers Joey playing with pots and pans in the kitchen sink as if it were last week.

"I have a little angel no one can take from me," she says.
"I want to see him again. Maybe if I lead a good life, sometime I will."

In the late 1950s, farmland near the intersection of 35th Avenue and Osborn was converted to industrial use. It was an area prized by semiconductor manufacturers and aerospace firms. Dozens of companies--including large ones like Nucor, United Industrial and Corning Glass Works--at different times owned factories in the industrial zone, which thrived from the early 1950s to the 1980s. (Even today, a few factories still exist in the zone, although not nearly as many as during the area's heyday.)

Today, the area is called the West Central Phoenix Water Quality Assurance Revolving Fund (WQARF), or state Superfund, site.

Recently, the state settled a lawsuit with two large companies suspected of being major groundwater polluters in an area of the West Central Phoenix Superfund site known as the West Osborn Complex. The area is located just a third of a mile northeast of two city wells found to be contaminated with TCE. And the area is "upgradient" of those wells, meaning that contaminants reaching groundwater in the West Osborn Complex would naturally have flowed toward the city wells.

The settlements the state reached were for small sums that won't begin to cover the cost of stopping the spread of the plume of groundwater contaminated with TCE, let alone repaying the costs of removing the solvent from groundwater.

The state agreed to these minimal payments even though there are documents in files of the state's environmental department showing that high-tech firms routinely dumped large amounts of TCE in the area.

A 1988 state Department of Environmental Quality report acknowledges that workers had complained to the agency about one company, Corning Glass Works, which owned a factory called Components Incorporated, which was located in the West Osborn Complex in the early 1970s.

A 1989 DEQ report says: "A record of anonymous complaints were found in the files of ADEQ [concerning the Corning Glass Works site]. Complaints refer to large vats of TCE located within and outside the buildings. The complaints indicated potential dumping of spent TCE . . ."

Corning Glass Works later said the charges were "empty" and provided "no evidence" that its factory "may have contributed to the discovered contamination . . ."

But a shop and maintenance manager for several companies from 1959 to 1972, including the Corning-owned plant, reported that "TCE was used in every building. People would use one-half buckets of TCE at their work area and throw it away when it got dirty. People threw TCE away all over the place like dirty water. Then the companies began using more and more TCE and the materials went down the ground to septic tanks. When the chemical resale value went up, companies recycled TCE."

The maintenance manager later changed parts of his story when contacted by lawyers for the companies he once worked for.

Last month, the Department of Environmental Quality estimated it will cost billions of dollars to clean Arizona groundwater. A very early estimate of the West Central Phoenix site suggested a $20 million cleanup cost, but that estimate is now considered to be low.

The settlements accepted by the state in regard to west-side pollution are tiny in comparison:

* In 1991, the Nuclear Corporation of America, also known as Nucor, which owned a company that from 1962 to 1965 operated an electronics plant in the West Osborn Complex, settled with the state for $1.275 million.

* This year, United Industrial Corporation, which owned an electronics plant at the complex from 1959 to 1962, agreed to pay cleanup costs that cannot exceed $4 million.

* Corning Glass Works, which owned an electronics plant in the complex from 1965 to 1971, agreed in July to the most laughable of the settlements--$750,000.

In announcing the Corning settlement, Russell Rhoades, the DEQ director appointed by Governor Fife Symington, said the Corning money would "provide a significant contribution toward the cost of cleanup."

And Arizona Attorney General Grant Woods, whose lawyers represented DEQ, said the Corning settlement "demonstrates that the Attorney General's Office is committed to aggressively pursuing Superfund litigation."

Actually, the state was all but forced to agree to the small settlement with Corning because a lawyer in the Attorney General's Office had failed to properly prepare the case against Corning. When a new state lawyer was assigned to the case earlier this year, he asked for an extension of time to conduct further investigation and introduce new evidence.

A federal judge turned the state down, saying the state had already "had more than adequate time to build its case" and was simply "not diligent."

The Attorney General's Office refused comment to New Times.

Rudy's Story

Rudy Bosquez Schroeder remembers how thrilled she was when, as a child, her parents purchased the little tract home near 37th Avenue and Earll Drive.

Rudy's parents bought the home 41 years ago, in part because the real estate agent had said the city would soon build a park in the neighborhood.

The park was never built, but no matter. Rudy and her three sisters and brother used the playground at nearby Madrid School as if it were their very own backyard. The school grounds were situated next door to what Rudy only knew as the big factories on 35th Avenue and Osborn Road.

The drinking-water wells on Earll Drive had not yet been closed when Rudy's sister Rosa was diagnosed with lupus, an autoimmune disease that has been associated with TCE-contaminated drinking water, in 1980.

And they weren't shut down when Rudy was diagnosed with leukemia in 1981. Since then, Rudy and Rosa have been exceptionally close.

The illnesses forced both women to give up good careers; Rosa was a manager for a bank and Rudy worked as an accountant for the city of Phoenix and the Arizona Attorney General's Office.

Rudy has encouraged Rosa through an unwanted divorce (stemming from the illness) and through three hip replacements resulting from bone deterioration caused by steroids Rosa had taken to combat the lupus.

Rosa in turn tries to lift her sister's spirits.
Rudy and her sister have seen a lot of illnesses, especially leukemia, in Maryvale. Their next-door neighbor died of leukemia, a friend's son died of leukemia, Rudy's former boss died of leukemia.

For a reason Rudy can't explain, she has survived. "Why do I keep on? That's a good question; I wonder myself," she says.

The mother of two grown sons, Rudy now lives in the northeast Valley, as far away as she can from Maryvale. She can't afford to get angry at the notion of large factories dumping chemicals into the ground right next door to a grade school and close to drinking-water wells. Or at her conviction that the state seems to stand by the companies, not the people.

"People in Maryvale were deceived by state environmental officials; they assured us . . . that there was absolutely no connection between our health and the environment.

"Nothing they have done makes me feel any better."
But getting angry just makes her illness worse, she says, so she tries not to think about these things. She tries, instead, to stay alive. She takes 13 drugs a day. The medicine, especially the pain medication, has already damaged her short-term memory. She must now write important daily events in a spiral notebook she carries with her.

"Every once in a while, it hits me in the head. Bang! I realize how much I've lost," says Rudy.

She knows she may die soon. Good, she tells herself. I'll go to heaven. I won't be in pain.

"Then I think, God, let me stay around," she says.
"I'll take the pain.

RELATED TOPICS:    NEWS     LONGFORM

---

©2018 Phoenix New Times, LLC. All rights reserved.

Exhibit 36

**Agency for Toxic Substances and Disease Registry**
**Case Studies in Environmental Medicine (CSEM)**
**Trichloroethylene Toxicity**

Course: **WB1112**
Original Date: **November 8, 2007**
CE Expiration Date: **November 8, 2010**

### Table of Contents

How to Use This Course ........................................................................ 3
Initial Check .......................................................................................... 5
What is Trichloroethylene? .................................................................. 10
Where is Trichloroethylene Found? ..................................................... 12
How Are People Exposed to Trichloroethylene? ................................. 15
Who Is at Risk of Trichloroethylene Exposure? ................................. 16
What Are the U.S. Standards for Trichloroethylene Exposure? ......... 18
What Is the Biological Fate of Trichloroethylene in the Body?........... 21
What Are the Physiological Effects of Trichloroethylene? .................. 25
How Should Patients Exposed to Trichloroethylene Be Evaluated? .... 32
What Laboratory Tests Can Assist in the Evaluation of Patients Exposed to
Trichloroethylene?............................................................................... 37
How Should Patients Exposed to Trichloroethylene Be Treated and Managed? ............... 40
What Instructions Should Be Given to Patients?................................ 42
Where Can I Find More Information?................................................... 44
Posttest............................................................................................... 45
Literature Cited .................................................................................. 49
Answers to Progress Check Questions ............................................... 56

| Key Concepts | • Trichloroethylene (TCE) is a common industrial solvent and contaminant of hazardous waste sites, groundwater, and drinking water.<br>• TCE is a CNS depressant and a suspected hepatotoxin in humans.<br>• TCE is reasonably anticipated to be a human carcinogen based on limited evidence of carcinogenicity from studies in humans and sufficient evidence of carcinogenicity from studies in experimental animals. |
|---|---|
| **About This and Other Case Studies in Environmental Medicine** | This educational case study document is one in a series of self-instructional publications designed to increase the primary care provider's knowledge of hazardous substances in the environment and to promote the adoption of medical practices that aid in the evaluation *and care of* potentially exposed patients. The complete series of *Case Studies in Environmental Medicine* is located on the ATSDR Web site at www.atsdr.cdc.gov/csem/. In addition, the downloadable PDF version of this educational series and other environmental medicine materials provides content in an electronic, printable format, especially for those who may lack adequate Internet service. |
| **How to Apply for and Receive Continuing Education Credit** | See Internet address www2.cdc.gov/atsdrce/ for more information about continuing medical education credits, continuing nursing education credits, and other continuing education units. |

| | |
|---|---|
| **Acknowledgements** | We gratefully acknowledge the work that the medical writers, editors, and reviewers have provided to produce this educational resource. Listed below are those who have contributed to development of this version of the *Case Study in Environmental Medicine*. |
| | **Please Note**: Each content expert for this case study has indicated that there is no conflict of interest to disclose that would bias the case study content. |
| | **ATSDR Authors:** Dianyi Yu, MD. |
| | **ATSDR Planners:** Frank Bove, ScD; Valerie J. Curry, MS; John Doyle, MPA; Bruce J. Fowler, Ph.D.; Kimberly Gehle, MD; Sharon L. Hall, Ph.D.; Michael Hatcher, DrPH; Kimberly Jenkins, BA; Ronald T. Jolly; Daphne Moffett, Ph.D.; Delene Roberts, MSA; Oscar Tarrago, MD; Brian Tencza, MS; Dianyi Yu, MD. |
| | **ATSDR Commenters:** Frank Bove, Sc.D.; Daphne Moffett, Ph.D; Bruce J. Fowler, Ph.D.; Kimberly Gehle, MD. |
| | **Contributors:** |
| | **Peer Reviewers:** Thomas H. Milby, MD.; Robert Geller, MD. |
| **Disclaimer** | The state of knowledge regarding the treatment of patients potentially exposed to hazardous substances in the environment is constantly evolving and is often uncertain. In this educational monograph, ATSDR has made diligent effort to ensure the accuracy and currency of the information presented, but makes no claim that the document comprehensively addresses all possible situations related to this substance. This monograph is intended as an educational resource for physicians and other health professionals in assessing the condition and managing the treatment of patients potentially exposed to hazardous substances. It is not, however, a substitute for the professional judgment of a health care provider. The document must be interpreted in light of specific information regarding the patient and in conjunction with other sources of authority. |
| | Use of trade names and commercial sources is for identification only and does not imply endorsement by the Agency for Toxic Substances and Disease Registry or the U.S. Department of Health and Human Services. |
|  | U.S. Department of Health and Human Services<br>Agency for Toxic Substances and Disease Registry<br>Division of Toxicology and Environmental Medicine<br>Environmental Medicine and Educational Services Branch |

**Agency for Toxic Substances and Disease Registry**     **Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

**How to Use This Course**

| | |
|---|---|
| **Introduction** | The goal of *Case Studies in Environmental Medicine* (CSEM) is to increase the primary care provider's knowledge of hazardous substances in the environment and to aid in the evaluation of potentially exposed patients. This CSEM focuses on trichloroethylene toxicity. |
| **Available Versions** | Two versions of the Trichloroethylene Toxicity CSEM are available: <br><br> • the HTML version http://www.atsdr.cdc.gov/csem/tce/ provides content through the Internet; <br> • the downloadable PDF version provides content in an electronic, printable format, especially for those who may lack adequate Internet service. <br><br> The HTML version offers interactive exercises and prescriptive feedback to the user. |
| **Instructions** | To make the most effective use of this course, we recommend that you: <br><br> • take the initial check to assess your current knowledge about trichloroethylene toxicity, <br> • read the title, learning objectives, text, and key points in each section, <br> • complete the progress check exercises at the end of each section and check your answers, and <br> • complete and submit your assessment and posttest responses online if you wish to obtain continuing education credit. <br><br> Continuing education certificates can be printed immediately upon completion. |
| **Instructional Format** | This course is designed to help you learn efficiently. Topics are clearly labeled so that you can skip sections or quickly scan sections you are already familiar with. This labeling will also allow you to use this training material as a handy reference. To help you identify and absorb important content quickly, each section is structured as follows |

| Section Element | Purpose |
|---|---|
| Title | Serves as a "focus question" that you should be able to answer after completing the section |
| Learning Objectives | Describes specific content addressed in each section and focuses your attention on important points |
| Text | Provides the information you need to answer the focus question(s) and achieve the learning objectives |
| Key Points | Highlights important issues and helps you review |
| Progress Check exercises | Enables you to test yourself to determine whether you have mastered the learning objectives |
| Progress Check answers | Provides feedback to ensure you understand the content and can locate information in the text |

**Agency for Toxic Substances and Disease Registry**          **Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

| | |
|---|---|
| **Learning Objectives** | Upon completion of the Trichloroethylene Toxicity CSEM, you should be able to: <br><br> • explain what trichloroethylene (TCE) is, <br> • identify sources of trichloroethylene exposure, <br> • identify the primary route of exposure to trichloroethylene, <br> • identify the populations most heavily exposed to trichloroethylene, <br> • identify who is at risk of exposure to trichloroethylene, <br> • identify the OSHA permissible exposure limit (PEL) for trichloroethylene, <br> • identify EPA's maximum contaminant level (MCL) for trichloroethylene in drinking water, <br> • explain the characteristics of the absorption, distribution, metabolism and elimination of TCE in the body, <br> • describe the physiological effects associated with trichloroethylene exposure, <br> • identify the primary focuses of the exposure history, <br> • describe the characteristic finding on patient examination, <br> • describe characteristic clinical presentations of patients with acute or chronic trichloroethylene exposure, <br> • identify direct and indirect measurements that can assist with diagnosis of trichloroethylene exposure, <br> • describe the principal treatment strategy for managing trichloroethylene poisoning, <br> • describe advice on self care and follow-up care normally provided to patients exposed to trichloroethylene. |

Agency for Toxic Substances and Disease Registry      Trichloroethylene Toxicity
Case Studies in Environmental Medicine (CSEM)

**Initial Check**

| | |
|---|---|
| **Instructions** | This Initial Check will help you assess your current knowledge about trichloroethylene toxicity. To take the Initial Check, read the case below and then answer the questions that follow. |
| **Case Study** | ***Concerns of a young family exposed to TCE-contaminated drinking water***<br><br>Your practice is in a suburban community with a number of high-technology industries. A couple for whom you have been the family physician asks for an appointment to discuss their daughter's illnesses and a matter of concern to them.<br><br>During the initial consultation, the mother reports that they are living in an area supplied by municipal well water. They have recently received a notice from the municipal water district stating that their drinking water contains 100 parts per billion (ppb) trichloroethylene (TCE), and as a precaution, they are being supplied with bottled drinking water until an alternative well can be put into service. The notice indicates that the well water is suitable for bathing and laundering. The father interjects that he is familiar with TCE; it is used in the electronics plant where he works.<br><br>The daughter, aged four has had a number of ear infections during her first two years, culminating in a myringotomy at age three. Follow-up by an Ear, Nose, and Throat (ENT) specialist has shown normal hearing. Although there have been no further infections, the mother stresses that her daughter seems to have a greater number of colds than her classmates and "has not seemed as healthy as she should be." However, the daughter's chart does not reflect an unusual number of office visits or calls. The mother also notes that the child's day-care center is next to "some kind of machine shop" where a chemical odor has been noticed recently. Several of the children and one of the teachers have complained of eye and throat irritation in association with the odor.<br><br>The mother, who is 33 years old, then reveals that she might be pregnant and she has had mild nausea for one week. It has been eight weeks since her last menstrual period. Both parents are concerned about the possibility that the TCE in the drinking water might have affected the fetus. Although this pregnancy was planned, they might consider terminating the pregnancy if the fetus was likely to be "damaged." They are also concerned that the entire family might suffer from cancer or other diseases in the future.<br><br>Before receiving bottled water, the family drank tap water when thirsty and made coffee with tap water. Tap water also was used for cooking and brushing teeth, and is still used for bathing. They have never noticed discoloration or an off-taste to the tap water. They encourage their child to drink water instead of sodas during the summer and estimate the amount of water each of them drinks is two to three glasses a day.<br><br>You schedule each parent and the child for an individual office visit. |

**Agency for Toxic Substances and Disease Registry**          **Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

| | |
|---|---|
| **Initial Check Questions** | 1. What would you include in the mother's and daughter's problem list? |
| | 2. What additional information would you seek before seeing the family again? |
| | 3. What reassurances might you provide at the end of this initial visit? |
| | 4. What are the possible sources of exposure to TCE for the family described in the case study? |
| | 5. Which members of the family described in the case study are at increased risk for adverse effects from TCE? Explain. |
| | 6. On the next visit to your office, the mother states that some families in their neighborhood are being seen by another practitioner, who has sent specimens to a laboratory for measurement of indicators of TCE exposure. What biologic indicators of TCE exposure are likely being measured? |
| | 7. If biologic measurements are performed, what considerations should be taken into account to properly interpret the results? |
| | 8. The father says that he has felt increasingly tired and easily fatigued for the past few months. Results of his physical examination are entirely within normal limits. What tests, if any, would you order? |
| | 9. The mother's obstetrician calls one month later. Examination, including sonogram, is normal for her stage of pregnancy. The obstetrician asks you about the potential fetotoxicity of TCE and whether a more invasive evaluation (amniocentesis or chorionic villus biopsy) is indicated. What is your response? |
| | 10. You evaluate the 4-year-old child. A review of her history reveals three to four episodes of otitis media, which were treated with ampicillin, in each of the last three years. The child was placed on continuous prophylactic antibiotics during the last two cold seasons. Last year, the child developed additional infections despite the antibiotic regimen, and you referred her to an otolaryngologist, who performed a myringotomy and tympanostomy without incident. The mother estimates the child has had four episodes of coryza or mild influenza last year, with about seven days of illness that merited staying home from day care. |
| | Does this pattern reflect compromise of the child's immune system? |
| | 11. The mother asks about immune system tests. A health care practitioner evaluating other families has performed such tests. Is the assessment of immunocompetence appropriate in this case? |
| | 12. TCE has been identified as the irritant at the day-care center. The mother described in the case study is concerned and wishes to take action to get the level reduced. What can you recommend to her? |

**Agency for Toxic Substances and Disease Registry**          **Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

---

**Initial Check Answers**

1. The mother's problem list includes pregnancy and anxiety; the child's, frequent otitis media (status post myringotomy and tympanostomy tube placement) and frequent upper respiratory infections.

2. You will need information on TCE toxicity, including reproductive and developmental effects; information on TCE contamination of the family's drinking water, including duration and level of contamination; copies of information provided to the family by the municipal water company; and responses, if any, from local and state health agencies.

   More information for this answer can be found in the sections "How Are People Exposed to Trichloroethylene?" and "What Are the Physiologic Effects of Trichloroethylene?"

3. None of the symptoms described in the case indicate serious illness. However, you should reassure the family that you will perform a complete physical examination with appropriate testing at the next visit. In response to concern about the child's infections, you should indicate that you will collect information about possible TCE effects on the immune system. Explain to the parents that tests of immune function are often difficult to interpret and might not be appropriate. You might indicate that you will consult sources of information on TCE's effects on pregnancy. It is important to maintain a balance between reassurance that the unborn child is probably not affected by the water contamination and concern for the possible risk to the fetus. Reassurance should not, however, appear to trivialize the family's fears. It would also be appropriate to discuss that no evaluation, however thorough, can totally exclude the possibility that a person might develop an illness, including cancer.

   More information for this answer can be found in the section "What Are the Physiologic Effects of Trichloroethylene?"

4. Possible sources of the family's TCE exposure include home drinking water (ingestion and dermal and inhalation exposure during bathing), the father's workplace (inhalation), and the daughter's day-care center (inhalation). Other sources would be washing dishes, laundry, or any other use of hot water in the home; the use of TCE-containing consumer products such as correction fluid, spot removers, and so forth.

   More information for this answer can be found in the section "How Are People Exposed to Trichloroethylene?"

5. All members of the family described in the case study are at increased risk for adverse effects from TCE exposure.

   More information for this answer can be found in the section "How Are People Exposed to Trichloroethylene?"

6.  The most convenient biologic indicators of TCE exposure are the urinary metabolites, trichloroethanol and trichloroacetic acid. These metabolites are not specific to TCE, however, because they are also metabolites of tetrachloroethylene (perchloroethylene), 1,1,1-trichloroethane (methyl chloroform), and certain medications. TCE itself can be measured directly in blood or exhaled air, but because of the difficulty of obtaining samples, such measurements are not indicated here.

    More information for this answer can be found in the section "What Laboratory Tests Can Assist in the Evaluation of Patients Exposed to Trichloroethylene?"

7.  To properly interpret any of the tests mentioned in answer 6, knowledge of the time lapse between exposure and collection is necessary. To prevent contamination or sample loss (evaporation or adsorption), the proper collection, handling, storage, and transportation procedures must be followed. It is likely that members of this family would have elevated levels of TCE or its metabolites, above background levels, for a few hours after exposure, for instance, after they shower. However, there are no appropriate reference values currently available for a health risk assessment.

    More information for this answer can be found in the section "What Laboratory Tests Can Assist in the Evaluation of Patients Exposed to Trichloroethylene?"

8.  No further studies are indicated for TCE exposure. A workup for fatigue can indicate additional tests.

9.  Evidence from animal and epidemiologic studies suggests that several reproductive and developmental toxicity end points may be associated with TCE exposure, including infertility in males and females, impaired fetal growth, and cardiac teratogenesis. Invasive procedures are therefore justified in this case.

    More information for this answer can be found in the section "What Are the Physiologic Effects of Trichloroethylene?"

10. No. A survey of infections in children under three years of age over a September-to-March period found an average of 2.5 total infections and more than one episode of otitis media per child (1.4 episodes per child for those in day care). More than 3% of the children in day care were hospitalized for tympanostomies (Bell, Gleiber *et al.* 1989). The child described in the case study appears to have an above-average rate of infections, but they are not frequent enough to suggest immunologic impairment.

11. No. Immunocompetence tests are not appropriate because no evidence of immune function abnormalities has been found in this case. It is uncertain about TCE drinking water exposures and immune system abnormalities given the lack of quality studies on this question.

**Agency for Toxic Substances and Disease Registry**   **Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

Primary immunodeficiency is suspected in an infant who has repeated upper respiratory tract or other infections. It is also suspected if repeated infection occurs in a child who has had little exposure to infectious agents, or any child with unusual infections, incomplete clearing of infections, growth failure, hepatosplenomegaly, or features associated with specific immunodeficiency disorders, such as ataxia or telangiectasia. The child described in the case study has none of these indications.

More information for this answer can be found in the section "What Are the Physiologic Effects of Trichloroethylene?"

12. Although EPA has not issued an emission standard for TCE, New York State has set a guideline for TCE air emission of 5 µg/m³.

Assuming discussions with the owner or operator of the shop adjacent to the day-care center have not been effective in reducing the level of ambient TCE, the community's air pollution control center should be notified. States might allow this control under the jurisdiction of local air pollution control districts, county health departments, or other local agencies. The agency responsible for enforcement of air standards should be contacted to investigate possible release of TCE onto the day-care center property.

More information for this answer can be found in the section "What Are the U.S. Standards for Trichloroethylene Exposure?"

**Agency for Toxic Substances and Disease Registry**          **Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

**What is Trichloroethylene?**

| | |
|---|---|
| **Learning Objectives** | Upon completion of this section, you should be able to:<br><br>• explain what TCE is. |
| **Definition** | TCE ($Cl_2C=CHCl$) is a clear, colorless, nonflammable liquid possessing a sweet, fruity odor characteristic of chloroform. The odor threshold is approximately 100 parts per million (ppm) (Agency for Toxic Substances and Disease Registry 1997). |
| **Uses** | Estimated use patterns suggest that 80% of TCE is used for vapor degreasing of fabricated metal parts in the automotive and metal industries.<br><br>Consumer products that contain TCE include:<br><br>• adhesives,<br>• spot removers,<br>• cleaning fluids for rugs,<br>• paint removers/strippers, and<br>• typewriter correction fluids |
| **Other Uses** | Before its ban for certain applications in 1977, TCE was also used as a general (mostly obstetric) anesthetic, grain fumigant, disinfectant, pet food additive, and extractant of spices in foods and caffeine in coffee (Candura and Faustman 1991) |
| **Synonyms** | Trichloroethylene is also known as<br><br>• acetylene trichloride,<br>• ethylene trichloride,<br>• TCE,<br>• Tri, and<br>• trichloroethene<br><br>Trade names for trichloroethylene include:<br><br>• Benzinol,<br>• Circosolve,<br>• Flock Fli,<br>• Narcogen,<br>• Perm-A-Chlor,<br>• Tri-clene, and<br>• Vestrol |
| **Key Points** | • TCE is used mainly for vapor degreasing of fabricated metal parts in the automotive and metal industries. |

**Agency for Toxic Substances and Disease Registry**          **Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

| | |
|---|---|
| **Progress Check** | 1.  Trichloroethylene is:<br><br>A.  a clear, colorless, nonflammable liquid<br>B.  used for vapor degreasing of fabricated metal parts in the automotive and metal industries<br>C.  no longer used as a general anesthetic, grain fumigant, disinfectant, or pet food additive since 1977<br>D.  all of the above.<br><br>*To review relevant content, see "Definition," "Uses," and "Other Uses" in this section.* |

Agency for Toxic Substances and Disease Registry          Trichloroethylene Toxicity
Case Studies in Environmental Medicine (CSEM)

**Where is Trichloroethylene Found?**

| | |
|---|---|
| **Learning Objectives** | Upon completion of this section, you should be able to: <br><br> • identify sources of TCE exposure. |
| **Introduction** | TCE does not occur naturally; therefore, its presence indicates manufacture, use, or storage. Production of TCE has increased from just over 260,000 lbs in 1981 to 320 million lbs in 1991. The U.S. International Trade Commission (USITC) has not published more recent production statistics because there are only two U.S. manufacturers (Agency for Toxic Substances and Disease Registry 1997; HSDB April 2006). <br><br> Vapor degreasing of fabricated metal parts and some textiles accounts for 80% of its use. 5% is used as an intermediate in the production of organic chemicals and pharmaceuticals. Miscellaneous uses (5%) include solvents for dry cleaning, extraction and as a refrigerant/heat exchange liquid. An estimated 10% is exported. |
| **Occupational Exposures** | Occupational exposures may occur in chemical industries that manufacture: <br><br> • other polychlorinated aliphatic hydrocarbons, flame retardant chemicals, and insecticides where TCE is a chemical intermediate, <br> • pentachloroethane, or <br> • polyvinyl chloride. <br><br> Other potential exposures occur in the manufacturing processes of: <br><br> • disinfectants, <br> • dyes, <br> • perfumes, <br> • pharmaceuticals, and <br> • soaps. <br><br> The following occupations also have increased likelihood of exposure: <br><br> • dry cleaners, <br> • mechanics, <br> • oil processors, <br> • printers, <br> • resin workers, <br> • rubber cementers, <br> • shoemakers, <br> • textile and fabric cleaners, <br> • varnish workers, and <br> • workers reducing nicotine in tobacco. <br><br> Although some dry cleaners used TCE in the past, most dry cleaners now use tetrachloroethylene (perchloroethylene) or 1,1,1-trichloroethane. |

**Agency for Toxic Substances and Disease Registry**         **Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

|  |  |
|---|---|
|  | In the workplace, TCE is seldom present as a pure substance. Industrial grade TCE contains small amounts of stabilizers in the form of antioxidants or acid receptors; total chemical impurities usually do not exceed 0.1% by weight. Decomposition of TCE into dichloroacetylene (a neurotoxic compound) and phosgene (a serious pulmonary irritant) occurs in the presence of alkali at temperatures above 60°C for the unstabilized compound and above 130°C for the stabilized compound. |
| **Environmental Exposures** | Because of its widespread use, TCE has become a common environmental contaminant. Contamination results from: |

- discharge to surface waters and groundwater by industry commerce, and individual consumers,
- evaporative losses during use,
- incidental addition of TCE during food production, or
- leaching from hazardous waste landfills leaching into groundwater

In the atmosphere, TCE is destroyed by photooxidation, with a half-life of 3-8 days during the summer months and approximately 2 weeks in cold climates during the winter. This relatively short half-life significantly limits the transport of TCE in air; however, the continual volatilization of TCE from emission sources or contaminated surface waters ensures its persistence in air.

The average TCE level detected in samples collected from ambient air in the Norwegian Arctic between 1982 and 1983 was 0.007 ppb. This compares to mean TCE concentrations of 0.03 ppb in rural or remote areas, 0.46 ppb in urban and suburban areas, and up to 1.2 ppb in areas near emission sources of TCE. Indoor air concentrations have ranged from 0.14 ppb in a school to 5 ppb in an office building (Agency for Toxic Substances and Disease Registry 1997).

TCE is now a common contaminant at Superfund sites and many Department of Defense facilities. TCE has been identified in at least 861 of the 1,428 sites proposed for inclusion on the U.S. EPA National Priorities List (Agency for Toxic Substances and Disease Registry 1997). According to U.S. EPA Toxic Release Inventory (Wu and Schaum 2000; U.S. EPA 2003). TCE releases into the environment have ranged from 55.6 million pounds in 1987 down to 7.2 million pounds in 2003.

TCE in drinking water is a result of its rapid leaching from landfills and its discharge from industrial wastewaters. TCE volatilizes quickly from water at a rate that depends on temperature, water movement, and aeration. The biodegradation of TCE under anaerobic conditions is slow, making TCE relatively persistent in subsurface waters. An EPA national groundwater survey (US Environmental Protection Agency 1985) detected TCE in approximately 10% of the wells tested. It is the most frequently detected organic solvent in groundwater supplies, and is estimated to be in up to 34% of the nation's drinking water supplies (Agency for Toxic Substances and Disease Registry 1997).

Because of TCE's volatility, household activities such as bathing, laundering, and cooking with contaminated water may produce TCE air concentrations above ambient levels.

**Agency for Toxic Substances and Disease Registry**          **Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

| | |
|---|---|
| | Both natural and processed foods may contain TCE because of direct uptake through the environment, contamination of water used in food processing, and contamination by solvents used in cleaning food processing equipment. Most processed foods examined contain levels of a few parts per billion. Studies indicate that TCE has a low tendency to bioaccumulate in the food chain (Agency for Toxic Substances and Disease Registry 1997). |
| **Exposures from Consumer Products** | TCE is found as an ingredient in a number of consumer products such as<br><br>• adhesives,<br>• cleaning fluids for rugs,<br>• paint removers/strippers,<br>• spot removers, spot removers, and<br>• typewriter correction fluids. |
| **Key Points** | • Workplace is a major source of TCE exposure.<br>• The most common sources of non-occupational exposure to TCE are ambient air and drinking water. |
| **Progress Check** | 2. TCE is a common environmental contaminant. What sources does contamination result from?<br><br>A. evaporative losses during use<br>B. discharge to surface waters and groundwater by industry, commerce, and individual consumers<br>C. leaching from hazardous waste landfills into groundwater<br>D. all of the above.<br><br>*To review relevant content, see "Environmental Exposures" in this section.* |

**Agency for Toxic Substances and Disease Registry**　　　**Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

## How Are People Exposed to Trichloroethylene?

| | |
|---|---|
| **Learning Objectives** | Upon completion of this section, you should be able to<br><br>• identify the primary route of exposure to TCE. |
| **Introduction** | Occupational exposure to trichloroethylene may occur through inhalation and dermal contact at workplaces where TCE is produced or used.<br><br>The general population may be exposed to TCE via inhalation of ambient air and ingestion of food and drinking water. |
| **Inhalation** | The air pathway is the most common route of exposure to TCE, and the route that most commonly leads to illness. Exposure scenarios include inhalation of contaminated air:<br><br>• because of vapors formed during bathing and laundering from using contaminated water at home,<br>• due to accidental spills, and use of products in small, enclosed spaces,<br>• due to deliberate abuse because TCE inhalation can cause euphoria,<br>• during work in the same space as others working with TCE,<br>• during work with TCE,<br>• in areas where TCE is released to air and water by evaporation or fugitive emissions from industrial and from landfills, and<br>• on worker's skin and clothing. |
| **Ingestion** | Ingestion—a minor pathway of exposure—occurs through<br><br>• incidental addition of TCE during food production and<br>• swallowing food or drinking water contaminated with TCE |
| **Skin** | Dermal contact is a common route of TCE exposure in workplace and among the general public. However, dermal contact is less important since it is not likely to cause toxic effects under normal conditions. |
| **Key Points** | • The main route of occupational exposure to TCE is by inhalation. |
| **Progress Check** | 3.  The primary route of exposure to trichloroethylene is:<br><br>　A.  ingestion<br>　B.  inhalation<br>　C.  dermal contact<br>　D.  all are equally important<br><br>*To review relevant content, see "Inhalation" in this section.* |

**Agency for Toxic Substances and Disease Registry**          **Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

**Who Is at Risk of Trichloroethylene Exposure?**

| | |
|---|---|
| **Learning Objective** | Upon completion of this section, you should be able to:<br><br>• identify the populations most heavily exposed to TCE and<br>• identify who is at risk of exposure to TCE. |
| **Introduction** | Most significant exposures to TCE occur in the workplace. Occupational exposure to TCE in the U.S. has been identified in various degreasing operations, silk screening, taxidermy, and electronic cleaning. |
| **Worker Exposure** | The National Institute for Occupational Safety and Health (NIOSH) conducted a survey of various industries from 1981 to 1983 and estimated that approximately 401,000 U.S. employees in 23,225 plants are potentially exposed to TCE. Time-weighted average concentrations from personal monitoring ranged from 1.2 to 5.1 ppm at individual industrial sites where TCE was used (Agency for Toxic Substances and Disease Registry 1997; Wu and Schaum 2000).<br><br>Deaths have occurred in workers who were accidentally exposed to high levels (up to 8,000 ppm) of TCE, and in solvent abusers deliberately sniffing typewriter correction fluid (King, Smialek *et al.* 1985). Some of these deaths were due to asphyxia, whereas others were attributed to either ventricular fibrillation or asystole.<br><br>Although no human studies have directly assessed potential dysrhythmogenic effects of TCE, no evidence exists to show that persons exposed to TCE at background environmental concentrations or at allowable workplace levels are at increased risk of developing cardiac dysrhythmias (Candura and Faustman 1991).<br><br>Increased potential for exposure may be encountered by the following workers:<br><br>• dry cleaners,<br>• mechanics,<br>• oil processors,<br>• printers,<br>• resin workers,<br>• rubber cementers,<br>• shoe makers,<br>• textile and fabric cleaners,<br>• tobacco denicotinizers, and<br>• varnish workers |
| **TCE Inhalant Abuse** | Inhalants - particularly volatile solvents, gases, and aerosols - are often among the first drugs that young children use. One national survey indicates that about 3.0 percent of U.S. children have tried inhalants by the time they reach fourth grade. About 17% of US youth has ever tried to get 'high' from inhaled solvents, including TCE. National surveys indicate that more than 22.9 million Americans have abused inhalants at least once in their lives (NIDA 2005). Inhalant abuse can become chronic and extend into adulthood. Sudden death due to TCE abuse has been reported (Miller, Mycyk *et al.* 2002). |

**Agency for Toxic Substances and Disease Registry        Trichloroethylene Toxicity
Case Studies in Environmental Medicine (CSEM)**

| | |
|---|---|
| **Banned Uses** | Until 1977, when certain uses were banned, TCE was employed as an inexpensive, nonflammable, and self-administered obstetrical anesthetic (Tri-lene). It was discovered that alkali in rebreathing systems could lead to the production of dichloroacetylene, which produces cranial nerve injuries. Workers in environments containing this TCE-decomposition product could also be at risk of developing injury to trigeminal, optic, or facial nerve (Lawrence and Partyka 1981). |
| **Degreaser's Flush** | Alcohol potentiates TCE's effects on the central nervous system (CNS). Concurrent alcohol consumption and exposure to TCE can result in "degreaser's flush," (Stewart, Hake *et al.* 1974) a temporary redness and itching of the back, neck, and face. Liver dysfunction or disulfiram (Antabuse) treatment could reduce the metabolism of TCE thereby increasing its CNS depressant effects. |
| **Use of Groundwater** | TCE is one of the volatile organic contaminants most frequently found in groundwater. There have been a number of studies reported that examined the health of persons who ingested TCE-contaminated groundwater over varying period of time. The results of these studies have been inconsistent. A link between ingestion of TCE and incidence of cancer in humans is controversial, but has not been excluded. |
| **Maternal Transmission** | TCE rapidly crosses the placenta in both humans and animals, and can accumulate in the fetus (Agency for Toxic Substances and Disease Registry 1997). To gather information on the health effects of ingesting TCE-contaminated water, the ATSDR, in cooperation with the states, has established a national registry. This registry is discussed in Sources of Information section. |
| **Key Points** | • Workers in metal-fabricating and cleaning operations have the greatest likelihood of exposure to high concentrations of TCE.<br>• Persons using groundwater contaminated with trichloroethylene can be exposed by inhalation as well as ingestion.<br>• Trichloroethylene crosses the placenta and can accumulate in the fetus.<br>• Ingestion of alcohol may potentiate the central nervous system depressant effects of TCE. |
| **Progress Check** | 4. Occupations that entail exposure to trichloroethylene include which of the following?<br><br>   A. workers in metal-fabricating and cleaning operations<br>   B. workers in dry cleaners<br>   C. shoemakers<br>   D. all of the above.<br><br>   *To review relevant content, see "Worker Exposure" in this section.*<br><br>5. Who is most likely to be at risk of trichloroethylene exposure?<br><br>   A. the newborns of nursing mothers who are employed at a chemical industry.<br>   B. residents who use well water for food preparation, bathing, and laundry.<br>   C. consumers who use spot remover.<br>   D. mechanics who degrease fabricated metal parts in the automotive industries.<br><br>   *To review relevant content, see "Worker Exposure" in this section.* |

Agency for Toxic Substances and Disease Registry          Trichloroethylene Toxicity
Case Studies in Environmental Medicine (CSEM)

**What Are the U.S. Standards for Trichloroethylene Exposure?**

| | |
|---|---|
| **Learning Objectives** | Upon completion of this section, you should be able to:<br><br>• identify the OSHA permissible exposure limit (PEL) for TCE and<br>• identify the EPA's maximum contaminant level (MCL) for TCE in drinking water. |
| **Introduction** | The government has developed regulations and guidelines for TCE. These standards are designed to protect the public from potential adverse health effects. |
| **Workplace Standards** | The OSHA permissible exposure limit (PEL) is a time-weighted average (TWA) of 100 ppm, with 300 ppm TCE as a 5-minute maximum peak allowable in any 2-hour period (OSHA 1993).<br><br>The National Institute for Occupational Safety and Health (NIOSH) considers TCE a potential occupational carcinogen and recommends an exposure limit of 2 ppm (as a 60-minute ceiling) during the usage of TCE as an anesthetic agent (TCE is no longer used as an anesthetic agent) and 25 ppm as a 10-hour TWA during all other exposures.<br><br>The American Conference of Governmental Industrial Hygienists (ACGIH) recommends an 8-hour TWA of 50 ppm and a short-term exposure limit (STEL) of 100 ppm (American Conference of Governmental Industrial Hygienists. 2003).<br><br>Biologic exposure indices (BEIs) recommended by ACGIH that might involve either direct or indirect measures of individual worker exposure.<br><br>• The TCE metabolite, free trichloroethanol, can be measured in the blood. However, a number of other compounds affect the level of trichloroethanol found in the blood, thereby clouding the clinical significance of this metabolite as an indicator of TCE exposure. Thus, if higher-than-expected blood levels of trichloroethanol are detected, the clinician must consider alternate explanations for the elevated levels (Agency for Toxic Substances and Disease Registry 1997).<br>• Alternatively, a concentration of 100 milligrams (mg) of trichloroacetic acid per gram of creatinine in urine at the end of the work week reflects the upper biologic limit for TCE exposure. Urinary trichloroacetic acid levels can be increased by the same compounds that affect blood trichloroethanol levels (Agency for Toxic Substances and Disease Registry 1997). Because of large individual variations, a urinary trichloroacetic acid level of 100 mg per gram of creatinine should be used only as a "warning" level or mean for a group of workers (American Conference of Governmental Industrial Hygienists. 2003; Meditext 2004).<br><br>**Table 1** summarizes current standards and regulations for TCE exposure. |

**Agency for Toxic Substances and Disease Registry          Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

| Table 1. Standards and Regulations for Trichloroethylene. | | | |
|---|---|---|---|
| **Agency**[*] | **Focus** | **Level** | **Comments** |
| American Conference of Governmental Industrial Hygienists | Air: workplace | 50 ppm 100 ppm | Advisory; TLV/TWA[†] Advisory; STEL[‡;] |
| National Institute for Occupational Safety and Health | Air: workplace | 25 ppm | Recommendation; 10-hour TWA[§]; potential carcinogen |
| Occupational Safety and Health Administration | Air: workplace | 100 ppm 300 ppm | Regulation; PEL[¶] over 8-hour workday Regulation; 5-minute maximum peak in any 2 hour period |
| Environmental Protection Agency | Air: environment | Not available | Not available |
| | Drinking water | 5 ppb | Regulation |

* ppm: parts per million; ppb: parts per billion.

[†]TLV/TWA (threshold limit value/time-weighted average): time-weighted average concentration for a normal 8-hour workday or 40-hour work week to which nearly all workers may be repeatedly exposed.

[‡]STEL(short-term exposure limit): concentration at which workers can be exposed continuously for a short period of time (usually 15 minutes) without suffering irritation, chronic irreversible tissue damage, or narcosis.

[§]TWA (time-weighted average): concentration for a normal 8-hour workday and 40-hour work week is set at a level at which nearly all workers may be repeatedly exposed without adverse effects.

[¶]PEL (permissible exposure limit): highest level averaged over an 8-hour workday to which a worker may be exposed. Note: A PEL of 50 ppm was enacted by Occupational Safety and Health Administration in 1989, but that level along with 375 others, was vacated for procedural reasons by the 11th Circuit Federal Court in 1993.

**Agency for Toxic Substances and Disease Registry**          **Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

| | |
|---|---|
| **Environmental Standards** | Environmental exposures to TCE are generally low and are decreasing because limitations have been imposed on its use as an anesthetic, solvent extractant, fumigant, and dry-cleaning agent. |
| | *Air* |
| | TCE has a short atmospheric half-life (less than seven days) and is not likely to bioaccumulate in the food chain. |
| | *Water* |
| | The World Health Organization recommended drinking water limit is 30μg TCE/liter (L) of water (30 ppb). EPA has set a maximum contaminant level (MCL) of 5μg/L (5 ppb) in drinking water (US Environmental Protection Agency 1985). |
| | Although there is no incontrovertible evidence of human health effects associated with exposures to environmental levels of TCE (Brown, Farrar *et al.* 1990), the issue is not entirely settled. More reliable information is necessary for a final assessment. |
| **Key Points** | • OSHA's current permissible exposure limit is 100 ppm.<br>• EPA has established a drinking water MCL for TCE of 5 ppb. |
| **Progress Check** | 6. OSHA's PEL for TCE in the workplace is which of the following?<br><br>A. 50 ppm (8-hour TWA)<br>B. 100 ppm (8-hour TWA)<br>C. 25 ppm (8-hour TWA)<br>D. none of the above.<br><br>*To review relevant content, see "Table 1" in this section.*<br><br>7. EPA's MCL for TCE in drinking water is which of the following?<br><br>A. 5 ppm<br>B. 5 ppb<br>C. 10 ppb<br>D. none of the above.<br><br>*To review relevant content, see "Table 1" in this section.* |

Agency for Toxic Substances and Disease Registry        Trichloroethylene Toxicity
Case Studies in Environmental Medicine (CSEM)

**What Is the Biological Fate of Trichloroethylene in the Body?**

| | |
|---|---|
| **Learning Objectives** | Upon completion of this section, you should be able to: <br><br> • explain the characteristics of the absorption, distribution, metabolism and elimination of TCE in the body. |
| **Introduction** | TCE is readily absorbed following both inhalation and oral exposures. Once absorbed, TCE diffuses readily across biological membranes and is widely distributed to tissues and organs via the circulatory system. Studies in animals and humans have found TCE or its metabolites in most major organs and tissues. TCE metabolism occurs primarily in the liver and eliminated either unchanged in expired air or by metabolic transformation with subsequent excretion primarily in urine. |
| **Absorption and distribution** | In humans, TCE is rapidly and extensively absorbed by the lungs and into the alveolar capillaries(Sato, Nakajima *et al.* 1977; Monster, Boersma *et al.* 1979; Clewell, Gentry *et al.* 1995). <br><br> Case reports of human poisoning after ingestion of TCE indicate that gastrointestinal absorption is also substantial (Kleinfeld and Tabershaw 1954; Defalque 1961; Bruning, Vamvakas *et al.* 1998). <br><br> Because of its lipid solubility, TCE accumulation occurs in organs containing high levels of adipose tissue, such as, the lungs, liver, kidneys and central nervous system. Consequently, slow release of TCE from adipose stores might act as an internal source of exposure, ultimately resulting in longer residence times and bioavailability of TCE(Fernandez, Droz *et al.* 1977; Dallas, Gallo *et al.* 1991; Fisher, Gargas *et al.* 1991; WHO 2005). <br><br> Age-dependent factors may influence TCE distribution in humans, suggesting greater susceptibility to TCE in children than in adults(Pastino, Yap *et al.* 2000; WHO 2005). |
| **Metabolic Pathways** | TCE undergoes metabolism by two major pathways (Lash, Fisher *et al.* 2000): <br><br> • oxidation by cytochrome P450 enzymes <br> • conjugation with glutathione (GSH) by glutathione-S-transferases (GSTs) <br><br> The oxidative metabolism of TCE take place primarily in the liver, although it may also occur in other tissues, such as the lung(Lash, Fisher *et al.* 2000). <br><br> The principal metabolites derived from oxidation pathway are: <br><br> • chloral hydrate, further metabolized to trichloroethanol (TCOH), <br> • trichloroacetic acid (TCA), and <br> • dichloroacetic acid (DCA) |

| | |
|---|---|
| | The GSH conjugation also occurs mainly in the liver by GST, although several other tissues (kidney, biliary tract and intestines) are involved(Lash, Fisher *et al.* 2000).<br><br>The metabolites derived from the conjugation pathway are:<br><br>• S-(1,2-dichlorovinyl)glutathione (DCVG)<br>• S-(1,2-dichlorovinyl)cysteine (DCVC) (can be further converted to other reactive metabolites)<br><br>The mutagenic and carcinogenic potential of TCE is generally thought to be due to reactive intermediate biotransformation products rather than the parent molecule itself.<br><br>The oxidative metabolites are responsible for the effects on the liver (both cancer and non-cancer), whereas the conjugative metabolites may preferentially affect other organs (e.g., kidney) (Davidson and Beliles 1991; Lash, Fisher *et al.* 2000; WHO 2005). For examples, one of the issues of most concern with TCE is its conversion to DCA which is clearly carcinogenic in both mice and rats(Chen 2000; Bull, Orner *et al.* 2002; WHO 2005); Dichlorovinylcysteine (DCVC) is mutagenic and may cause DNA damage in mammalian cells in vitro and in vivo (NTP 2004). However, TCA or DCA is unlikely to be responsible for human liver cancer at environmental levels of exposure to TCE(DeAngelo, Daniel *et al.* 1997; WHO 2005).<br><br>One study (Lipscomb, Garrett *et al.* 1997) reported significant variability in TCE metabolism in a sample of 23 human hepatic microsomal samples. The results indicate that humans are not uniform in their capacity for cytochrome P450-dependent metabolism of TCE. An increased activity of this metabolic pathway may increase susceptibility to TCE induced toxicity in the human. |
| **Elimination** | Elimination pathways appear to be similar for ingestion and inhalation. A relatively small amount of absorbed TCE is exhaled unchanged; most of an absorbed dose is metabolized and excreted in the urine, as TCA, TCOH or DCV conjugates.<br><br>Studies in human volunteers have shown that after exposure to air concentrations between 50 and 380 ppm, approximately 58% of an absorbed dose appears in urine as metabolites (Monster, Boersma *et al.* 1976; Monster, Boersma *et al.* 1979). The time between TCE inhalation and urinary excretion of trichloroethanol is relatively short (biologic half-life approximately 10 hours) compared with the urinary excretion of trichloroacetic acid (biologic half-life approximately 52 hours). Trichloroacetic acid is theoretically detectable in urine for at least a week after TCE exposure (Sato, Nakajima *et al.* 1977; Monster, Boersma *et al.* 1979).<br><br>No studies have provided evidence of saturation of TCE metabolism in humans, at least for short-term inhalation exposure to high concentrations up to 315 ppm (Agency for Toxic Substances and Disease Registry 1997). |

**Agency for Toxic Substances and Disease Registry**          **Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

---

| | |
|---|---|
| **Species *vs.* Susceptibility** | Although the pathways for metabolism of TCE in mice, rats, and humans appear to be qualitatively similar, quantitatively differences among species may substantially alter the effective dose of reactive metabolite(s) that is delivered to a target organ (Bruckner, Davis *et al.* 1989). |
| | It has been estimated that humans metabolize approximately 20 times less TCE on a body weight basis than rats at similar exposure levels. Consequently, humans metabolize approximately 60 times less TCE on a body weight basis than mice (Goeptar, Commandeur *et al.* 1995). |
| | Species differences in TCE metabolism might explain observed differences in susceptibility to specific TCE-related diseases. Liver cancer, for example, occurs mainly in strains of mice that generate high levels of trichloroacetic and dichloroacetic acids as TCE metabolites in liver cells. By contrast, rats that metabolize more TCE via glutathione conjugation are prone to renal cancer. |
| | Because of such species-specific effects, caution must be used when extrapolating adverse effects from experimental animals to humans (Kimbrough, Mitchell *et al.* 1985; Fan 1988; Goeptar, Commandeur *et al.* 1995; Kaneko, Wang *et al.* 1997; Lash, Fisher *et al.* 2000). |
| **Key Points** | • Pulmonary and gastrointestinal absorption of TCE is rapid. Because of its lipid solubility, TCE accumulation occurs in organs containing high levels of adipose tissue, such as, the lungs, liver, kidneys and central nervous system.<br>• The mutagenic and carcinogenic potential of TCE is thought to be due to reactive intermediate biotransformation products rather than the parent molecule TCE itself.<br>• Because of species difference in TCE metabolism, caution should be used in extrapolating adverse effects to humans. |

**Agency for Toxic Substances and Disease Registry**          **Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

---

**Progress
Check**

8.  Which of the following statements about metabolism of an absorbed
    dose of TCE is correct?

    A.  a small amount is exhaled unchanged
    B.  most of the dose is metabolized in the liver
    C.  TCE is excreted in the urine as trichloroacetic acid and
        trichloroethanol
    D.  all of the above.

    *To review relevant content, see "Half Life" and "Key Points" in this
    section.*

9.  Which of the metabolic pathways of TCE is associated with hepatic
    toxicity?

    A.  cytochrome P450-dependent oxidation
    B.  glutathione (GSH) conjugation
    C.  both cytochrome P450-dependent oxidation and glutathione
        (GSH) conjugation
    D.  none of the above.

    *To review relevant content, see "Metabolic Pathways" in this section.*

---

Agency for Toxic Substances and Disease Registry          Trichloroethylene Toxicity
Case Studies in Environmental Medicine (CSEM)

**What Are the Physiological Effects of Trichloroethylene?**

| | |
|---|---|
| **Learning Objectives** | Upon completion of this section, you should be able to<br><br>• describe the physiological effects associated with TCE exposure. |
| **Introduction** | Some occupational studies have shown that TCE produces<br><br>• CNS effects<br>• decreased appetite<br>• gastrointestinal irritation<br>• headaches<br>• mucous membrane<br>• skin irritation<br><br>Hepatotoxicity has been associated primarily with TCE inhalation and ingestion of very large amounts.<br><br>Renal failure has been reported in concert with confirmed hepatic damage.<br><br>Cardiac dysrhythmias may be induced by heavy TCE exposure. |
| **Neurological Effects** | TCE-induced CNS symptoms depend on both concentration and exposure duration.<br><br>***Acute Exposure***<br><br>In one study of human volunteers, exposure to TCE air levels of 27 ppm for one to four hours caused drowsiness and mucous membrane irritation, and at 81 ppm, headaches (Nomiyama and Nomiyama 1977).<br><br>In another study, an 8-hour exposure (two 4-hour exposures separated by 1.5 hours) to 110 ppm TCE for two 4-hr periods resulted in decreased performance on tests of perception, memory, reaction time, and dexterity (Salvini, Binaschi *et al.* 1971). However, a later attempt to replicate these results found no effects other than fatigue and drowsiness (Stewart RD 1974a).<br><br>The available data suggest that the threshold for CNS effects in humans is in the range 81-110 ppm TCE, although the effects observed at these exposure levels reflected only mild symptoms of CNS depression (Brown, Farrar *et al.* 1990).<br><br>Symptoms due to short-term exposures typically resolve within a few hours of exposure. However, one report demonstrated evidence of long-term residual oculomotor and ciliary reflex dysfunction as well as impaired neuropsychological performance as a result of acute TCE intoxication (Feldman, White *et al.* 1985). |

**Agency for Toxic Substances and Disease Registry**        **Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

---

*Chronic Exposure*

In a study of 73 workers employed from one month to 15 years in various industrial cleaning and degreasing operations using TCE, complaints due to chronic exposure included:

- a reduced number of word associations,
- ataxia,
- decreased appetite,
- headache,
- short-term memory loss,
- sleep disturbances, and
- vertigo

Greater frequency of symptoms was noted in workers exposed to higher (85 ppm) than lower (14 ppm) mean TCE concentrations (Grandjean, Munchinger *et al.* 1955).

Some of the observed neurological effects from long-term exposure to TCE indicate impaired trigeminal nerve function (e.g., blink reflex and masseter reflex) (Buxton and Hayward 1967; Agency for Toxic Substances and Disease Registry 1997). This is thought to be neurotoxicity induced dichloroacetylene, a breakdown product of TCE (Armstrong and Green 2004).

A study found neurobehavioral deficits from exposures to drinking water contaminated with to TCE (Reif, Burch *et al.* 2003).

*Deliberate Abuse*

Abuse of volatile chlorocarbon solvents is a risk factor for development of cerebellar damage and ataxia.

*Animal Studies*

Studies on the neurological effects of acute TCE inhalation in animals have produced results similar to human studies (Agency for Toxic Substances and Disease Registry 1997).

| | |
|---|---|
| **Gastrointestinal, Hepatic and Renal Effects** | When swallowed, TCE causes gastrointestinal (GI) irritation, with possible inflammation of the GI tract, manifested as:<br><br>- abdominal pain<br>- diarrhea<br>- nausea<br>- vomiting<br><br>Hepatotoxicity has been associated primarily with intentional TCE inhalation abuse. In these cases, hepatic histological examination has revealed centrilobular necrosis with fatty infiltration (Joron, Cameron *et al.* 1955; Thiele, Eigenbrodt *et al.* 1982). |

Chronic TCE exposures at concentrations currently permissible in the workplace or at those expected in ambient air are not likely to cause liver damage (Agency for Toxic Substances and Disease Registry 1997).

Studies that have examined exposure to TCE and development of kidney disease (Lash, Parker *et al.* 2000).

- One case report links acute renal failure with normal liver function in a male worker opening bins containing 7.5 L of a nearly pure solution of TCE (David, Wolman *et al.* 1989).
- One study reports that adverse kidney effects associated with occupational exposure to TCE are very mild (Nagaya, Ishikawa *et al.* 1989).
- Another study of a small group of male metal degreasers in Sweden observed no increase in *N*-acetyl-β-glucosamineidase (NAG) excretion into urine, and concluded that TCE was not nephrotoxic at low exposures levels (Selden, Hultberg *et al.* 1993).
- A retrospective study was performed on 39 workers who were exposed to high levels of TCE from 1956 to 1975. The study concluded that chronic exposure to high doses of TCE causes persistent changes to the proximal tubules (Bruning, Sundberg *et al.* 1999).
- In a recent cross-sectional study of 70 workers currently exposed to TCE, the mean exposure to TCE, estimated from urinary trichloroacetic acid concentrations, was 32 ppm (range 0.5 – 252 ppm) with average duration of exposure of 4.1 years (range 1-20 years). The results suggested that kidney damage could occur at exposure concentrations higher than 250 ppm (Green, Dow *et al.* 2004).
- A study reports on a 17-year-old male who ingested approximately 70 ml TCE in a suicide attempt. This study first demonstrated that a single, oral dose of TCE can produce nephrotoxicity in humans (Bruning, Vamvakas *et al.* 1998).

**Cardiac Effects**   A few case studies of persons who died following acute occupational exposure to TCE have revealed cardiac arrhythmias to be the apparent cause of death(Kleinfeld and Tabershaw 1954; Smith 1966).

When TCE was administered as an anesthetic agent, serious ventricular arrhythmias and cardiac arrests were rare and were nearly always associated with hypoxia(Norris and Stuart 1957).

Significant ventricular ectopy would not be expected from TCE exposure at background environmental levels or those currently allowed in the workplace (Candura and Faustman 1991).

The underlying mechanism of these cardiac effects of TCE exposure might be due to changed sensitization of the heart to catecholamines (Agency for Toxic Substances and Disease Registry 1997).

| | |
|---|---|
| **Reproductive and Developmental Effects** | Adverse effects were noted in residents of several communities where TCE was found to be present in drinking water (Bove, Shim *et al.* 2002). The Tucson study (1990) (Goldberg, Lebowitz *et al.* 1990) reported a higher risk of congenital cardiac defects associated with exposure to TCE-contaminated drinking water. The New Jersey study (1995) (Bove, Fulcomer *et al.* 1995) reported a strong association between exposure to TCE-contaminated drinking water and oral clefts as well as neural tube defects (NTDs). The Woburn study (1996) (Massachusetts Department of Public Health 1996) found associations between exposures to TCE-contaminated well water and small for gestational age (SGA), fetal deaths, eye defects, choanal atresia, NTDs, cleft lip, and hypospadias. The Camp LeJeune study (1998) also found increased risk of SGA associated with TCE (Bove, Shim *et al.* 2002). |
| | One retrospective occupational study suggested an increased risk of spontaneous abortion in women exposed to TCE, but the result was not statistically significant, and the effect disappeared when odds ratios were adjusted for potential confounders (Windham, Shusterman *et al.* 1991). |
| | In animals, some abnormalities (decreased fetal body weight, ossification anomalies, and cardiac defects) have been reported infrequently (Agency for Toxic Substances and Disease Registry 1997). |
| **Carcinogenic Effects** | Evidence for the carcinogenicity of TCE in humans comes from several cohort studies where specific TCE exposures were well characterized for individual study subjects. |
| | A meta-analysis of these cohort studies found that occupational exposure to TCE was associated with excess incidences of liver cancer, kidney cancer, non-Hodgkin's lymphoma, prostate cancer, and multiple myeloma, with the strongest evidence for the first three cancers (Wartenberg, Reyner *et al.* 2000; NTP 2004). It is important to note that the conclusions drawn in these studies were based on a relatively small number of exposed workers and were confounded by exposure to other solvents and other risk factors. Other studies did not reveal any excess cancer mortality from low exposures to TCE (Axelson, Andersson *et al.* 1978; Tola, Vilhunen *et al.* 1980; Shindell and Ulrich 1985; Spirtas, Stewart *et al.* 1991; Axelson, Selden *et al.* 1994). |
| | A study (Massachusetts Department of Public Health 1996) performed in Woburn, Massachusetts by the Massachusetts Department of Health (1996) found an elevated risk of childhood leukemia in a group exposed to TCE in uterus. |
| | The New Jersey study (Bove, Fulcomer *et al.* 1995) found associations with childhood leukemia among females and with non-Hodgkin's lymphoma. |
| | A review on mutagenicity of TCE and its metabolites indicated that TCE and its metabolites are not potent genotoxic agents and require high doses to induce a response (Moore and Harrington-Brock 2000). The full tumor development is likely to require promotional stimuli under high |

(suggested: >500 ppm peak exposures) and long-term (several years) exposure to TCE (Bolt, Lammert *et al.* 2004).

A cohort study of 169 male workers having been exposed to unusually high levels of TCE in Germany between 1956 and 1975 supported a nephrocarcinogenic effect of TCE in humans. A further case-control study confirmed the results of the previous cohort study, supporting the concept of involvement of prolonged and high-dose TCE exposures in the development of renal cell cancer (Bruning and Bolt 2000). The finding of a TCE-specific mutation of the von Hippel-Landau (VHL) tumor suppressor gene, a gene associated with kidney tumors, provides strong evidence that TCE causes kidney cancer (Brauch, Weirich *et al.* 1999).

A study of three Michigan communities exposed to chlorinated solvents, including TCE in drinking water, showed no significant increase in cancers, including leukemia, among the exposed population. However, the cohort size in the study was only 223 (Agency for Toxic Substances and Disease Registry 1997). A study of 4,280 people exposed to TCE and other contaminants in drinking water in three states reported an increase in respiratory tract cancer in males. The study authors concluded that, based on the incidence of smoking in the population, "it would be inappropriate to relate this excess solely to TCE exposure" (Agency for Toxic Substances and Disease Registry 1997).

The findings in humans are supported by evidence of carcinogenicity in experimental animals, in which tumors occurred at several of the same sites as in humans. Inhalation or oral exposure to high doses of TCE produces liver and lung tumors in mice (Maltoni, Lefemine *et al.* 1988), and renal adenocarcinomas, testicular tumors, and possibly leukemia in rats (Maltoni, Lefemine *et al.* 1988).

However, it is important to understand interspecies differences in TCE metabolism and pharmacokinetics in order to reduce uncertainties inherent in species-to-species extrapolations (Bruckner, Davis *et al.* 1989).

Many studies reviewed by the International Agency for Research on Cancer (IARC) examined the relationship between TCE exposure and kidney and liver cancer mortality or incidence. Most of studies were of occupational exposures (Bull 2000; Lash, Parker *et al.* 2000).

In conclusion, TCE is *reasonably anticipated to be a human carcinogen* based on limited evidence of carcinogenicity from studies in humans, sufficient evidence of carcinogenicity from studies in experimental animals, which indicates there is an increased incidence of malignant and/or a combination of malignant and benign tumors at multiple tissue sites in multiple species of experimental animals, and information suggesting TCE acts through mechanisms that indicate it would likely cause cancer in humans (NTP 2004).

| | |
|---|---|
| **Other Effects** | *Respiratory* |

TCE produces minimal irritation of the respiratory tract at concentrations that do not exceed current workplace standards (Waters, Gerstner *et al.* 1977).

TCE is not a sensitizing agent, and bronchospasm is unlikely to occur except after exposure to high concentrations (Agency for Toxic Substances and Disease Registry 1997). Reactive Airway Dysfunction Syndrome (RADS) or Irritant Induced Asthma (IIA) has been attributed to exposure to very high concentrations of solvents (Rosenman, Reilly *et al.* 2003).

In a study conducted with human volunteers, 200 ppm TCE was inhaled simultaneously with ethanol ingestion, an increase in both heart rate and breathing rate was observed. However, when 200 ppm TCE was inhaled in the absence of ethanol ingestion, these TCE-related effects did not occur (Agency for Toxic Substances and Disease Registry 1997).

TCE is both acutely toxic and carcinogenic to the mouse lung following exposure by inhalation. Toxicity to the mouse lung is confined almost exclusively to the nonciliated Clara cell (Forkert, Sylvestre *et al.* 1985).

Comparisons between species suggest that the ability of the human lung to metabolize TCE is approximately 600-fold less than that in the mouse.

In addition, the human lung differs markedly from the mouse lung in the number and morphology of its Clara cells. Thus, risks from TCE exposure to human lung damage are minimal (Green 2000).

### Skin

Like other organic solvents, TCE may produce contact dermatitis, rashes, and burns. The defatting dermatitis resulting from prolonged contact may reduce resistance to skin infections. An irritant reaction resembling an exfoliative dermatitis or scarlatiniform reaction can occur from dermal contact with contaminated clothing (Waters, Gerstner *et al.* 1977; Agency for Toxic Substances and Disease Registry 1997).

A syndrome called degreaser's flush (Stewart, Hake *et al.* 1974) has been associated with the interaction of ingested ethanol and inhaled TCE. Typically, erythema resulting from vasodilation develops around the face, back, and shoulders within 30 minutes of exposure and resolves in about an hour.

### Immune System

The immunotoxic effects of TCE were evaluated in an animal study. The investigators concluded that, although the effects observed were not remarkable, the immune system does appear to be sensitive to the chemical (Sanders, Tucker *et al.* 1982). A few reports have been found on human immunological abnormalities related to usage of TCE contaminated well water(Byers, Levin *et al.* 1988; Kilburn, Warshaw *et al.* 1992; Waller, Clauw *et al.* 1994). A recent study of TCE exposed workers has found immune abnormalities (Iavicoli, Marinaccio *et al.* 2005).

**Agency for Toxic Substances and Disease Registry**      **Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

| | |
|---|---|
| **Key Points** | • CNS depression is the most prominent effect of acute TCE exposure. |
| | • Chronic occupational TCE exposure has been associated with neurological abnormalities. |
| | • Case reports associate liver damage with inhalation of high levels of TCE. |
| | • Renal toxicity has been described in the literature but would not be expected from ambient air exposure. |
| | • Significant cardiac effects would not be expected from TCE exposure at background environmental levels or those currently allowed in the workplace. |
| | • Several studies have reported reproductive or developmental abnormalities thought to be associated with exposure to TCE in drinking water. |
| | • TCE is *reasonably anticipated to be a human carcinogen* based on limited evidence of carcinogenicity from studies in humans, sufficient evidence of carcinogenicity from studies in experimental animals, which indicates there is an increased incidence of malignant and/or a combination of malignant and benign tumors at multiple tissue sites in multiple species of experimental animals, and information suggesting TCE acts through mechanisms that indicate it would likely cause cancer in humans (NTP 2004). |
| | • TCE is a mild respiratory tract irritant and can produce contact dermatitis. |
| **Progress Check** | 10. Trichloroethylene has been associated with all of the following types of cancer in humans except for |
| |    A.  liver cancer<br>   B.  brain cancer<br>   C.  Non-Hodgkin's lymphoma<br>   D.  kidney cancer. |
| | *To review relevant content, see "Carcinogenic Effects" in this section.* |
| | 11. The reported cranial neuropathic effects of TCE exposure include |
| |    A.  sensorineural hearing loss<br>   B.  trigeminal functional losses<br>   C.  Bells Palsy<br>   D.  color vision loss. |
| | *To review relevant content, see "Neurological Effects" in this section.* |
| | 12. Which of following statements is correct? |
| |    A.  Comparisons between species suggest that the ability of the human lung to metabolize TCE is much greater than that in the mouse.<br>   B.  Inhalation or oral exposure to high doses of TCE for a prolonged period is likely to induce liver and lung tumors in both animals and humans.<br>   C.  TCE and its metabolites are potent genotoxic agents.<br>   D.  none of the above. |
| | *To review relevant content, see "Carcinogenic Effects" in this section.* |

Agency for Toxic Substances and Disease Registry          Trichloroethylene Toxicity
Case Studies in Environmental Medicine (CSEM)

**How Should Patients Exposed to Trichloroethylene Be Evaluated?**

| | |
|---|---|
| **Learning Objectives** | Upon completion of this section, you should be able to: <br><br> • identify the primary focuses of the exposure history, <br> • describe the characteristic finding on patient examination, and <br> • describe characteristic clinical presentations of patients with acute or chronic TCE exposure. |
| **Introduction** | When considering the human health effects of TCE, it is important to make a distinction between occupational exposures to relatively high levels by inhalation and general environmental exposures to low levels in drinking water and ambient air. |
| **Patient History** | An occupational history should be routinely obtained. It should include items such as: <br><br> • company name and location <br> • job title <br> • description of chemical processes encountered <br> • known toxic agents used <br> • workplace investigations <br> • complaints of co-workers <br><br> An environmental history should also be obtained, including: <br><br> • location and duration of residence <br> • proximity to industry <br> • diet <br> • daily activities <br> • type of water supply <br> • use of consumer products that contain TCE <br><br> If a temporal association between symptoms and exposure to certain products is suspected, an attempt should be made to identify the specific chemical ingredients involved. In the situation involving occupational or consumer product exposure, if the product label does not list the chemical ingredients, the regional poison control center may maintain a list of ingredients in consumer and proprietary products. In the U.S.: call 1-800-222-1222, or check http://www.aapcc.org/ for an updated list of U.S. Poison Control Centers. The World Health Organization and the International Program on Chemical Safety maintain an international list of poison control centers: <br><br> http://www.who.int/ipcs/poisons/centre/directory/en/index.html <br><br> In occupational exposures in the U.S., the employer or manufacturer is required by law to provide a material safety data sheet (MSDS), which lists the chemical ingredients and describes their potential toxicity. |

**Agency for Toxic Substances and Disease Registry**          **Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

| | |
|---|---|
| **Physical Examination** | The patient's complaints should be identified in terms of onset, duration, and intensity. Complaints should be investigated by focusing first on major organ systems that are likely to be affected by exposure to TCE (CNS, hepatic, integumentary, cardiovascular, renal), and then on systems unlikely to be affected (respiratory, gastrointestinal, endocrine, skeletal).<br><br>Vital signs should be recorded, especially abnormalities of heart rate or rhythm. Eyes, nose, throat, and skin should be examined carefully for inflammation or irritation. The conjunctiva may be injected, and nasal mucosa may be injected and swollen. Repeated inhalation exposures to trichloroethylene can cause defatting of nasal mucosa, leading to a friable condition with drying, cracking, or bleeding. Skin contact may cause dermatitis by irritation and defatting.<br><br>The patient's abdomen should be palpated for hepatomegaly and right upper quadrant tenderness.<br><br>Patients should receive a complete neurological examination, including a mental status exam and evaluation of the cranial nerves, to detect either peripheral or central nervous system involvement. Cranial neuropathies in patients with a history of TCE exposure are uncommon. |
| **Signs and Symptoms** | No unique pattern of symptoms characterizes TCE-induced illness.<br><br>***Acute Exposure***<br><br>With inhalation of high concentrations, TCE causes initial CNS excitation followed by CNS depression. Depending on the duration and intensity of exposure, symptoms (Meditext 2004) can include:<br><br>• ataxia,<br>• bronchial irritation,<br>• confusion,<br>• dizziness,<br>• drowsiness,<br>• dyspnea,<br>• euphoria,<br>• fatal cardiac dysrhythmias,<br>• fatigue,<br>• headache,<br>• lethargy,<br>• light-headedness,<br>• pulmonary edema,<br>• renal and hepatic damage,<br>• respiratory depression,<br>• seizures,<br>• stupor, and<br>• visual disturbances |

Coma and respiratory depression may occur with prolonged, high-level exposure (*i.e.*, above 2,000 ppm). Serious ventricular arrhythmias can develop up to 24 hours after large TCE ingestions (Agency for Toxic Substances and Disease Registry 1997).

Effects from ingestion include:

- abdominal pain,
- circulatory collapse,
- diarrhea,
- dizziness,
- dysphagia,
- dysrhythmias,
- hallucinations or distorted perceptions,
- headache,
- incoordination,
- jaundice,
- nausea,
- paresthesia,
- partial paralysis,
- somnolence, and
- vomiting

The main systemic response is CNS depression (Meditext 2004).

TCE is a skin irritant and may cause defatting dermatitis of the skin. Scleroderma has been linked with TCE exposure. Dermal absorption is not likely to be significant if dermatitis is prevented. Vasodilation and malaise ('degreasers flush') recur in workers who drink ethanol after exposure to TCE (Meditext 2004).

After any type of acute exposure, the clinician should keep in mind that:

- because respiratory depression is the most common serious sequela of acute TCE exposure, the adequacy of ventilation should be carefully assessed,
- because of possible arrhythmias, patients with preexisting cardiovascular disease should be monitored by continuous electrocardiogram and frequent evaluation of vital signs, and
- because hepatic injury may occur, liver function tests should be performed.

### Chronic Exposure

The symptoms seen in humans in cases of long-term exposure were similar to those seen in acute exposure, but occurred in more extreme and persistent forms (Kleinfeld and Tabershaw 1954; Fan 1988).

**Agency for Toxic Substances and Disease Registry**          **Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

---

Reported neurological effects associated with chronic workplace exposure to TCE have included nonspecific symptoms such as:

- ataxia,
- decreased appetite,
- dizziness,
- emotional instability,
- fatigue,
- headache,
- impaired judgment,
- memory loss,
- sleep disturbances, and
- weakness

WHO (1985) noted that chronic effects such as disturbance of the nervous system can occur following prolonged exposure to TCE concentrations of about 100 ppm (WHO 1985).

Although some CNS symptoms may disappear within several weeks after cessation of exposure, other CNS adverse health effects such as memory loss and mood swings may persist in persons who have been exposed to TCE for long periods (Agency for Toxic Substances and Disease Registry 1997).

Persistent neurological symptoms suggest the possibility of psychiatric disorders and also prompt a search for exposure to neurotoxicants, such as alcohol and other drugs of abuse.

| **Key Points** | • TCE exposure produces no unique clinical clues. <br> • Respiratory depression can result from acute, high-dose TCE exposure. <br> • At permissible workplace levels, CNS symptoms of TCE exposure are usually nonspecific and transient. |
| --- | --- |

| **Progress Check** | 13. A temporal association between symptoms and exposure to certain products is one of the focuses of patient history because: <br><br> A.  it helps evaluate general health <br> B.  it helps find out patient history on alcohol and drug use <br> C.  it helps provide important clues on the cause <br> D.  all of the above <br><br> *To review relevant content, see "Patient History" in this section.* <br><br> 14. On patient examination, short-term memory loss, if associated with TCE exposure, is generally: <br><br> A.  irreversible <br> B.  reversible <br> C.  similar to the forms of dementia <br> D.  the initial symptom of acute exposure <br><br> *To review relevant content, see "Signs and Symptoms" in this section.* |
| --- | --- |

**Agency for Toxic Substances and Disease Registry**    **Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

15. Symptoms associated with inhalation of high-level TCE may include all of the following except:

A. dyspnea
B. euphoria
C. stupor
D. diarrhea

*To review relevant content, see "Signs and Symptoms" and "Acute Exposure" in this section.*

Agency for Toxic Substances and Disease Registry          Trichloroethylene Toxicity
Case Studies in Environmental Medicine (CSEM)

**What Laboratory Tests Can Assist in the Evaluation of Patients Exposed to Trichloroethylene?**

| | |
|---|---|
| **Learning Objective** | Upon completion of this section, you should be able to:<br><br>• identify direct and indirect measurements that can assist with diagnosis of TCE exposure. |
| **Introduction** | TCE may be measured to confirm TCE exposure. Significant exposure to TCE may result in elevated values of routine laboratory tests, including renal and liver function tests. |
| **Direct Biologic Indicators** | *TCE*<br><br>Directly testing for TCE in the blood can be used for either immediate exposure or chronic exposure. However there are multiple factors that influence these results, including time when the sample was taken, total body fat, activity level, and enzyme activity of aldehyde and alcohol dehydrogenase (Waksman and Phillips 2004). Detectable plasma levels of TCE in persons without occupational exposure are approximately 0.01 to 0.13 micrograms per deciliter (μg/dL).<br><br>*TCE Metabolites*<br><br>Although TCE disappears rapidly from the blood, metabolites (e.g., trichloroacetic acid) can persist in the blood for several weeks and in urine up to three weeks after heavy exposure (Sato, Nakajima *et al.* 1977; Monster, Boersma *et al.* 1979). Immediate exposure is best measured by trichloroethanol levels in the blood. Chronic exposure is best measured by urinary trichloroacetic acid (Waksman and Phillips 2004).<br><br>*Caution*<br><br>The presence of TCE metabolites should be interpreted with caution because some medications (chloral hydrate and disulfiram) and other chlorinated hydrocarbons (1,1,1-trichloroethane and tetrachloroethylene) are also metabolized to trichloroacetic acid and excreted in the urine (Agency for Toxic Substances and Disease Registry 1997). |
| **Indirect Biologic Indicators** | *Kidney*<br><br>Urinary excretion of glutathione-S-transferase alpha (Bruning, Sundberg *et al.* 1999), α1-microglobulin (Bolt, Lammert *et al.* 2004), β2-microglobulin (Nagaya, Ishikawa *et al.* 1989) and N-acetyl-β-D-glucosaminidase (Brogren, Christensen *et al.* 1986; Selden, Hultberg *et al.* 1993) are used to indicate kidney damage, but neither marker is specific to TCE-induced damage; a number of short-chain halogenated hydrocarbons can produce similar effects (Agency for Toxic Substances and Disease Registry 1997). |

### Liver

Biochemical abnormalities are uncommon after acute TCE exposures. Rarely have elevations of serum hepatic transaminases (serum glutamic-oxaloacetic transaminase (SGOT) or aspartate aminotransferase (AST), serum glutamic-pyruvic transaminase (SGPT) or alanine aminotransferase (ALT)), bilirubin, and creatinine resulted from acute TCE exposure; (Rasmussen, Brogren *et al.* 1993; Agency for Toxic Substances and Disease Registry 1997) nevertheless, liver and kidney function and serum creatinine tests should be performed to establish baselines.

### Heart

Electrocardiogram and continuous cardiac monitoring should be considered for heavily exposed persons.

### Gastrointestinal

Ingestion of large amounts of TCE, which can cause profuse diarrhea, can produce an electrolyte imbalance.

### Nervous System

Because the trigeminal, optic, and facial nerves can be impaired by exposure to dichloroacetylene, changes in the visual fields and trigeminal nerve potentials can be noted (Szlatenyi and Wang 1996).

### Immune System

Two studies that may be of value are Kahn and Letz (1989) and American College of Physicians (1989).

If it had been indicated, laboratory evaluation of immunologic host-defense defects would consist of three phases.

The preliminary screening is a complete blood count with differential smear and quantitative immunoglobulin levels. These tests, together with history and physical examination, will identify more than 95% of patients with primary immunodeficiencies.

The second testing phase consists of readily available studies including B-cell function (such as antibodies and response to immunization), T-cell function (skin tests and contact sensitization), and complement levels.

The first two phases combined will detect most immunodeficiencies amenable to conventional treatment with gamma globulin or plasma.

The third phase (in-depth investigation) consists of testing induction of B-lymphocyte differentiation *in vitro*, stimulated by pokeweed mitogen

Case 2:16-cv-04193-GMS   Document 23-6   Filed 08/02/18   Page 56 of 74

**Agency for Toxic Substances and Disease Registry          Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

and histological and immunofluorescent examination of biopsy specimens; T-cell surface markers; assays of T-cell helper or killer cell functions; and functional assays using appropriate target cells. It is inappropriate to perform the latter tests on environmentally exposed patients except for epidemiologic research.

If the patient's concerns include an increased risk of autoimmune illnesses, general evaluation for autoimmune diseases might include

- C-reactive protein (CRP),
- evaluation of the antinuclear antibody (ANA), and
- the erythrocyte sedimentation rate (ESR).

If a specific autoimmune disease is suspected, appropriate serologic markers should be assessed, where available.

| Key Points | <ul><li>TCE can be detected in the breath and urine up to 16 hours after exposure; metabolites can persist for a week or more.</li><li>Urinary metabolites are trichloroethanol and trichloroacetic acid.</li><li>Urinary proteins, liver function tests, a serum creatinine test, and continuous cardiac monitoring should be considered for persons acutely exposed to high levels of TCE.</li></ul> |
|---|---|
| Progress Check | 16. To confirm TCE exposure, which of the following measurements is the most reliable testing?<br><br>A. trichloroacetic acid in blood and urine<br>B. TCE in breath, blood, or urine<br>C. elevated values of renal and liver function tests<br>D. elevated values of routine laboratory tests.<br><br>*To review relevant content, see "Direct Biologic Indicators" in this section.* |

Agency for Toxic Substances and Disease Registry          Trichloroethylene Toxicity
Case Studies in Environmental Medicine (CSEM)

## How Should Patients Exposed to Trichloroethylene Be Treated and Managed?

| | |
|---|---|
| **Learning Objectives** | Upon completion of this section, you should be able to: <br><br> • describe the principal treatment strategy for treating and managing TCE poisoning. |
| **Introduction** | There is no antidote for TCE poisoning. Treatment consists of support of respiratory and cardiovascular functions. |
| **Acute Exposure** | In the case of dermal contact with liquid TCE, contaminated clothes should be removed and the affected areas washed with copious amounts of soap and water. Direct eye splashes require irrigation for at least 15 minutes. Corneal epithelium damage usually resolves spontaneously after irrigation. <br><br> Patients should be removed from the contaminated environment as soon as possible; begin artificial ventilation, if needed. Those with altered mental status or apparent respiratory insufficiency should receive supplemental oxygen. If the patient's pulse is absent, cardiopulmonary resuscitation should be initiated. <br><br> Gut decontamination (emesis, lavage, or saline cathartic) is recommended if it can be initiated within two to three hours after the ingestion of more than a swallow of TCE. However, the effects of these measures have not been clinically evaluated. If emesis is considered, administer the emetic only to patients who are fully conscious and have an intact gag reflex. Activated charcoal has not been proven to absorb TCE, but, in general, it effectively decreases absorption of most ingested toxic agents. <br><br> • No data are available on the ability of hemodialysis or hemoperfusion to increase TCE elimination. <br> • No specific antidotes exist (Meditext 2004). <br> • Patients with serious TCE toxicity should be monitored for the possible development of arrhythmias. <br> • When diarrhea is present, monitor for the development of electrolyte abnormalities and screen for the possible development of hepatorenal dysfunction (Meditext 2004). <br> • Sequelae are unusual in acute exposures but reported (Lawrence and Partyka 1981; Feldman, White *et al.* 1985; Szlatenyi and Wang 1996). |
| **Chronic Exposure** | No known treatment for chronic exposure to TCE exists. Potentially involved organ systems should be independently evaluated, and supportive measures should be initiated. |
| **Key Points** | • Removal from the source and supportive care is the recommended treatment for acute TCE exposure. <br> • Symptomatic treatment is recommended for chronic TCE exposure. |

**Agency for Toxic Substances and Disease Registry**      **Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

---

**Progress Check**

17. The primary strategy for managing TCE poisoning patients includes

   A.  supportive measures
   B.  ventilation therapy
   C.  reduction or elimination of exposure
   D.  all of the above.

*To review relevant content, see "Introduction" and "Acute Exposure" in this section.*

18. All of following statements are correct except:

   A.  Symptoms related to chronic exposure tend to worsen during exposure and improve when exposure ceases.
   B.  CNS symptoms due to acute TCE inhalation exposure are transient but may linger for hours after exposure ceases.
   C.  Supportive care directed to adequate ventilation and circulation should be provided.
   D.  There is a specific antidote for TCE poisoning.

*To review relevant content, see "Chronic Exposure" in this section.*

---

**Agency for Toxic Substances and Disease Registry**           **Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

**What Instructions Should Be Given to Patients?**

| | |
|---|---|
| **Learning Objective** | Upon completion of this section, you should be able to:<br><br>• describe advice on self care and follow-up care normally provided to patients who are exposed to TCE. |
| **Introduction** | All patients exposed to TCE need some basic guidance on:<br><br>• self care, so they can minimize further risks and avoid complications to the extent possible and<br>• clinical follow up, so they understand when and why to return for further medical attention.<br><br>ATSDR has developed a patient education sheet on TCE that you might find useful. It can be found at [add URL for patient education] |
| **Self Care** | Patients should be advised to avoid exposures and conditions that might further increase their risk of disease or worsen their existing condition.<br><br>**At work**<br><br>• Be sure to use personal protective equipment (PPE) - gloves, goggles, masks.<br>• Ask employer for the MSDS on products that you use.<br>• Be sure all containers are labeled for any chemical you use at work.<br>• Ask your employer for training on how to use chemicals at work.<br>• Your employer is required to provide labeling, MSDS and training as part of the OSHA Hazard Communication Standard. It's the law!<br><br>**At home**<br><br>• Search for safer alternatives to products with TCE.<br>• When using consumer products containing TCE, open all windows and use fans in your workspace.<br>• Use respirators or gloves.<br>• Use cold water to wash dishes, clothes, etc.<br>• Ventilate the bathroom when showering. |
| **Clinical Follow Up** | Since TCE has been implicated as a likely cause of cancer, periodic physical exams may be of value in detecting abnormalities at an early stage if they occur.<br><br>Patients should be advised to consult their physician if they develop:<br><br>• any sign or symptom of central nervous system or<br>• signs or symptoms of other health changes (especially those possibly related to heart, liver, and kidney problems)<br><br>ATSDR's patient education sheet on TCE includes a more detailed checklist that you can use to indicate which types of follow up are relevant for a given patient. |

**Agency for Toxic Substances and Disease Registry**          **Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

| | |
|---|---|
| **Key Points** | • Patients should be advised to avoid exposures and conditions that might further increase their risk of disease or worsen their existing condition.<br>• Patients should contact their physician if they develop neurological problems or other health changes. |
| **Progress Check** | 19. Patients who have been exposed to TCE should<br><br>    A. speak to their employer about PPE (if exposures are occupational)<br>    B. learn how to avoid further exposure<br>    C. know when to call their doctor<br>    D. all of the above.<br><br>*To review relevant content, see all content in this section.* |

**Agency for Toxic Substances and Disease Registry**      **Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

**Where Can I Find More Information?**

| | |
|---|---|
| **For More Information** | Please refer to the following Web resources for more information on the adverse effects of TCE, the treatment of TCE poisoning, and management of persons exposed to TCE. You may also contact ATSDR (see URLs provided below), your state and local health departments, and university medical centers. |
| | Association of Occupational and Environmental Clinics |
| | http://www.aoec.org |
| | American College of Occupational and Environmental Medicine |
| | http://www.acoem.org |
| | American College of Medical Toxicologists |
| | http://www.acmt.net |
| | American College of Preventive Medicine: |
| | http://www.acpm.org |
| | ATSDR Information Center |
| | http://www.atsdr.cdc.gov/icbkmark.html |
| | ATSDR Information Center Contact Information |
| | http://www.atsdr.cdc.gov/contacts.html |
| **Other CSEMs** | *Case Studies in Environmental Medicine: Trichloroethylene Toxicity* is one monograph in a series. To view the *Taking an Exposure History* CSEM and other publications in this series, please go to |
| | http://www.atsdr.cdc.gov/csem/exphistory/ |

**Agency for Toxic Substances and Disease Registry**      **Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

**Posttest**

| Introduction | ATSDR seeks feedback on this course so we can asses its usefulness and effectiveness. We ask you to complete the assessment questionnaire online for this purpose. You can receive continuing education credits as follows, if you complete the assessment and posttest online. |
|---|---|

| Accrediting Organization | Credits Offered |
|---|---|
| Accreditation Council for Continuing Medical Education (ACCME) | The Centers for Disease Control and Prevention (CDC) is accredited by the Accreditation Council for Continuing Medical Education (ACCME) to provide continuing medical education for physicians. CDC designates this educational activity for a maximum of **1.5** *AMA PRA Category 1 Credit(s)™*. Physicians should only claim credit commensurate with the extent of their participation in the activity. |
| American Nurses Credentialing Center (ANCC), Commission on Accreditation | This activity for **1.5** contact hours is provided by the Centers for Disease Control and Prevention, which is accredited as a provider of continuing education in nursing by the American Nurses Credentialing Center's Commission on Accreditation. |
| National Commission for Health Education Credentialing, Inc. (NCHEC) | CDC is a designated provider of continuing education contact hours (CECH) in health education by the National Commission for Health Education Credentialing, Inc. The Centers for Disease Control and Prevention is a designated provider of continuing education contact hours (CECH) in health education by the National Commission for Health Education Credentialing, Inc. This program is a designated event for the Certified Health Education Specialist (CHES) to receive **1.5** Category I contact hours in health education, CDC provider number GA0082. |
| International Association for Continuing Education and Training (IACET) | The Centers for Disease Control and Prevention (CDC) has been reviewed and approved as an Authorized Provider by the International Association for Continuing Education and Training (IACET), Suite 800, McLean, VA 22102. CDC will award **0.1** of CEU's to participants who successfully complete this program. |
| Disclaimer | In compliance with continuing education requirements, all presenters must disclose any financial or other relationships with the manufacturers of commercial products, suppliers of commercial services, or commercial supporters as well as any use of unlabeled product(s) or product(s) under investigational use.<br><br>CDC/ATSDR, our planners, and the presenters for this seminar do not have financial or other relationships with the manufacturers of commercial products, suppliers of commercial services or commercial supporters. This presentation does not involve the unlabeled use of a product or product under investigational use. |
| Instructions | To complete the assessment and posttest, go to www2.cdc.gov/atsdrce/ and follow the instructions on that page.<br><br>You can immediately print your continuing education certificate from your personal transcript online. No fees are charged. |

| **Posttest** | 1. Which of the following products contain trichloroethylene? |
|---|---|

*Please select the best correct answer*

   A. Anesthetic.
   B. Grain fumigant.
   C. Spot remover.
   D. Disinfectant.

2. People can be exposed to trichloroethylene from

   A. Environmental sources.
   B. Consumer products.
   C. Occupational sources.
   D. All of the above.

3. The common sources of non-occupational exposure to TCE are

   A. Discharge to surface waters and groundwater by industry.
   B. Leaching from hazardous water landfills into groundwater.
   C. Continual volatilization of TCE from emission sources.
   D. All of the above.

4. Which of the following persons have an increased likelihood of trichloroethylene exposure?

   A. Racecar drivers.
   B. Fabric cleaners.
   C. Pharmacists.
   D. Tree sprayers.

5. NIOSH considers trichloroethylene a potential occupational carcinogen and recommends exposure limit of which as a 10-hour TWA

   A. 25 ppm.
   B. 100 ppm.
   C. 50 ppm.
   D. None of the above.

6. Which of the following statements about trichloroethylene is true?

   A. A large amount of absorbed TCE is exhaled unchanged.
   B. Once absorbed, TCE is slowly cleared from the blood.
   C. Most of an absorbed dose is metabolized in the liver.
   D. Trichloroacetic acid is only detectable within 72 hours after TCE exposure.

7. Which of the following statements is not correctly described with regards to TCE metabolism?

   A. TCE accumulation occurs in organs containing high levels of adipose tissue.
   B. Humans are uniform in their capacity for metabolism of TCE.
   C. The pathways for metabolism of TCE in humans, rats, and mice are qualitatively similar.
   D. Humans metabolize much less TCE on a body weight basis than rats or mice at similar exposure levels.

8. Common clinical effects associated with acute exposure to pure TCE at concentrations > 2,000 ppm include

   A. CNS depression.
   B. Nausea.
   C. Upper respiratory tract and eye irritation.
   D. All of the above.

9. Chronic exposure to TCE might

   A. Cause headaches or drowsiness.
   B. Mildly alter liver function.
   C. Cause short-term memory deficits.
   D. All of the above.

10. The main systemic response to TCE exposure is

   A. Respiratory depression.
   B. CNS depression.
   C. Gastrointestinal irritation.
   D. Skin irritation.

11. Laboratory tests to confirm TCE exposure include

   A. Breath analysis for trichloroacetic acid.
   B. Cardiac isoenzymes.
   C. Blood analysis for trichloroethanol.
   D. Urinary creatinine.

12. Treatment for acute inhalation of TCE might include

   A. Oxygen.
   B. Hemodialysis.
   C. Emesis.
   D. Milk of magnesia.

**Agency for Toxic Substances and Disease Registry**          **Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

| Relevant Content | To review content relevant to the posttest questions, see: |
|---|---|
| **Question** | **Location of Relevant Content** |
| **1** | What is trichloroethylene? |
| **2** | Where is trichloroethylene found? |
| **3** | How are people exposed to trichloroethylene? |
| **4** | Who's at risk of trichloroethylene exposure? |
| **5** | What are U.S. standards for trichloroethylene exposure? |
| **6** | What is the biologic fate of trichloroethylene in the body? |
| **7** | What is the biologic fate of trichloroethylene in the body? |
| **8** | What are the physiological effects of trichloroethylene? |
| **9** | What are the physiological effects of trichloroethylene? |
| **10** | How should patients exposed to trichloroethylene be evaluated? |
| **11** | What laboratory tests can assist in the evaluation of patients exposed to trichloroethylene? |
| **12** | How should patients exposed to trichloroethylene be treated and manage? |

**Agency for Toxic Substances and Disease Registry**            **Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

**Literature Cited**

---

**References**     Agency for Toxic Substances and Disease Registry (1997). "Toxicological Profile for Trichloroethylene." U.S. Department of Health & Human Services, Public Health Service. Atlanta.

American Conference of Governmental Industrial Hygienists. (2003). "TLVs & BEIs: Threshold Limit Values for Chemical Substances and Physical Agents and Biological Exposure Indices for 2003." Cincinnatti, OH.

Armstrong, S. R. and L. C. Green (2004). "Chlorinated hydrocarbon solvents." Clinics in Occupational & Environmental Medicine **4**(3): 481-96.

Axelson, O., K. Andersson, et al. (1978). "A cohort study on trichloroethylene exposure and cancer mortality." J Occup Med **20**(3): 194-6.

Axelson, O., A. Selden, et al. (1994). "Updated and expanded Swedish cohort study on trichloroethylene and cancer risk." Journal of Occupational Medicine **36**(5): 556-62.

Bell, D. M., D. W. Gleiber, et al. (1989). "Illness associated with child day care: a study of incidence and cost." American Journal of Public Health **79**(4): 479-84.

Bolt, H. M., M. Lammert, et al. (2004). "Urinary alpha1-microglobulin excretion as biomarker of renal toxicity in trichloroethylene-exposed persons." International Archives of Occupational & Environmental Health **77**(3): 186-90.

Bove, F., Y. Shim, et al. (2002). "Drinking water contaminants and adverse pregnancy outcomes: a review." Environmental Health Perspectives **110 Suppl 1**: 61-74.

Bove, F. J., M. C. Fulcomer, et al. (1995). "Public drinking water contamination and birth outcomes.[see comment]." American Journal of Epidemiology **141**(9): 850-62.

Brauch, H., G. Weirich, et al. (1999). "Trichloroethylene exposure and specific somatic mutations in patients with renal cell carcinoma." Journal of the National Cancer Institute **91**(10): 854-61.

Brogren, C. H., J. M. Christensen, et al. (1986). "Occupational exposure to chlorinated organic solvents and its effect on the renal excretion of N-acetyl-beta-D-glucosaminidase." Archives of Toxicology Supplement **9**: 460-4.

Brown, L. P., D. G. Farrar, et al. (1990). "Health risk assessment of environmental exposure to trichloroethylene." Regul Toxicol Pharmacol **11**(1): 24-41.

Bruckner, J. V., B. D. Davis, et al. (1989). "Metabolism, toxicity, and carcinogenicity of trichloroethylene." Crit Rev Toxicol **20**(1): 31-50.

Bruning, T. and H. M. Bolt (2000). "Renal toxicity and carcinogenicity of trichloroethylene: key results, mechanisms, and controversies." Critical Reviews in Toxicology **30**(3): 253-85.

Case 2:16-cv-04193-GMS   Document 23-6   Filed 08/02/18   Page 67 of 74

**Agency for Toxic Substances and Disease Registry**        **Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

Bruning, T., A. G. Sundberg, *et al.* (1999). "Glutathione transferase alpha as a marker for tubular damage after trichloroethylene exposure." <u>Archives of Toxicology</u> **73**(4-5): 246-54.

Bruning, T., S. Vamvakas, *et al.* (1998). "Acute intoxication with trichloroethene: clinical symptoms, toxicokinetics, metabolism, and development of biochemical parameters for renal damage." <u>Toxicological Sciences</u> **41**(2): 157-65.

Bull, R. J. (2000). "Mode of action of liver tumor induction by trichloroethylene and its metabolites, trichloroacetate and dichloroacetate." <u>Environmental Health Perspectives</u> **108 Suppl 2**: 241-59.

Bull, R. J., G. A. Orner, *et al.* (2002). "Contribution of dichloroacetate and trichloroacetate to liver tumor induction in mice by trichloroethylene." <u>Toxicology & Applied Pharmacology</u> **182**(1): 55-65.

Buxton, P. H. and M. Hayward (1967). "Polyneuritis cranialis associated with industrial trichloroethylene poisoning." <u>Journal of Neurology, Neurosurgery & Psychiatry</u> **30**(6): 511-8.

Byers, V. S., A. S. Levin, *et al.* (1988). "Association between clinical symptoms and lymphocyte abnormalities in a population with chronic domestic exposure to industrial solvent-contaminated domestic water supply and a high incidence of leukaemia." <u>Cancer Immunology, Immunotherapy</u> **27**(1): 77-81.

Candura, S. M. and E. M. Faustman (1991). "Trichloroethylene: toxicology and health hazards." <u>G Ital Med Lav</u> **13**(1-6): 17-25.

Chen, C. W. (2000). "Biologically based dose-response model for liver tumors induced by trichloroethylene." <u>Environmental Health Perspectives</u> **108 Suppl 2**: 335-42.

Clewell, H. J., P. R. Gentry, *et al.* (1995). "Considering pharmacokinetic and mechanistic information in cancer risk assessments for environmental contaminants: examples with vinyl chloride and trichloroethylene." <u>Chemosphere</u> **31**(1): 2561-78.

Dallas, C. E., J. M. Gallo, *et al.* (1991). "Physiological pharmacokinetic modeling of inhaled trichloroethylene in rats." <u>Toxicology & Applied Pharmacology</u> **110**(2): 303-14.

Davidson, I. W. and R. P. Beliles (1991). "Consideration of the target organ toxicity of trichloroethylene in terms of metabolite toxicity and pharmacokinetics." <u>Drug Metab Rev</u> **23**(5-6): 493-599.

DeAngelo, A. B., F. B. Daniel, *et al.* (1997). "Failure of monochloroacetic acid and trichloroacetic acid administered in the drinking water to produce liver cancer in male F344/N rats." <u>Journal of Toxicology & Environmental Health</u> **52**(5): 425-45.

Defalque, R. J. (1961). <u>Pharmacology and toxicology of trichloroethylene. A critical review of the literature</u>, Clinical Pharmacology & Therapeutics. 2:665-88, 1961 Sep-Oct.

Fan, A. M. (1988). "Trichloroethylene: water contamination and health risk assessment." <u>Reviews of Environmental Contamination & Toxicology</u> **101**: 55-92.

Feldman, R. G., R. F. White, *et al.* (1985). "Long-term follow-up after single toxic exposure to trichloroethylene." <u>American Journal of Industrial Medicine</u> **8**(2): 119-26.

Fernandez, J. G., P. O. Droz, *et al.* (1977). "Trichloroethylene exposure. Simulation of uptake, excretion, and metabolism using a mathematical model." <u>British Journal of Industrial Medicine</u> **34**(1): 43-55.

Fisher, J. W., M. L. Gargas, *et al.* (1991). "Physiologically based pharmacokinetic modeling with trichloroethylene and its metabolite, trichloroacetic acid, in the rat and mouse." <u>Toxicology & Applied Pharmacology</u> **109**(2): 183-95.

Forkert, P. G., P. L. Sylvestre, *et al.* (1985). "Lung injury induced by trichloroethylene." <u>Toxicology</u> **35**(2): 143-60.

Goeptar, A. R., J. N. Commandeur, *et al.* (1995). "Metabolism and kinetics of trichloroethylene in relation to toxicity and carcinogenicity. Relevance of the mercapturic acid pathway." <u>Chem Res Toxicol</u> **8**(1): 3-21.

Goldberg, S. J., M. D. Lebowitz, *et al.* (1990). "An association of human congenital cardiac malformations and drinking water contaminants." <u>Journal of the American College of Cardiology</u> **16**(1): 155-64.

Grandjean, E., R. Munchinger, *et al.* (1955). <u>Investigations into the effects of exposure to trichlorethylene in mechanical engineering</u>, British Journal of Industrial Medicine. 12(2):131-42, 1955 Apr.

Green, T. (2000). "Pulmonary toxicity and carcinogenicity of trichloroethylene: species differences and modes of action." <u>Environ Health Perspect</u> **108 Suppl 2**: 261-4.

HSDB (April 2006). "Hazardous Substances Data Bank." <u>National Library of Medicine, National Toxicology Information Program, Bethesda, MD.</u>

Iavicoli, I., A. Marinaccio, *et al.* (2005). "Effects of occupational trichloroethylene exposure on cytokine levels in workers." <u>Journal of Occupational & Environmental Medicine</u> **47**(5): 453-7.

Joron, G. E., D. G. Cameron, *et al.* (1955). <u>Massive necrosis of the liver due to trichlorethylene</u>, Canadian Medical Association Journal. 73(11):890-1, 1955 Dec 1.

Kaneko, T., P. Y. Wang, *et al.* (1997). "Assessment of the health effects of trichloroethylene." <u>Ind Health</u> **35**(3): 301-24.

Kilburn, K. H., R. H. Warshaw, *et al.* (1992). "Prevalence of symptoms of systemic lupus erythematosus (SLE) and of fluorescent antinuclear antibodies associated with chronic exposure to trichloroethylene and other chemicals in well water." <u>Environmental Research</u> **57**(1): 1-9.

Case 2:16-cv-04193-GMS   Document 23-6   Filed 08/02/18   Page 69 of 74

**Agency for Toxic Substances and Disease Registry**          **Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

Kimbrough, R. D., F. L. Mitchell, *et al.* (1985). "Trichloroethylene: an update." J Toxicol Environ Health **15**(3-4): 369-83.

King, G. S., J. E. Smialek, *et al.* (1985). "Sudden death in adolescents resulting from the inhalation of typewriter correction fluid." JAMA **253**(11): 1604-6.

Kleinfeld, M. and I. R. Tabershaw (1954). Trichloroethylene toxicity; report of five fatal cases, A. M. A. Archives of Industrial Hygiene & Occupational Medicine. 10(2):134-41, 1954 Aug.

Lash, L. H., J. W. Fisher, *et al.* (2000). "Metabolism of trichloroethylene." Environ Health Perspect **108 Suppl 2**: 177-200.

Lash, L. H., J. C. Parker, *et al.* (2000). "Modes of action of trichloroethylene for kidney tumorigenesis." Environmental Health Perspectives **108 Suppl 2**: 225-40.

Lawrence, W. H. and E. K. Partyka (1981). "Chronic dysphagia and trigeminal anesthesia after trichloroethylene exposure." Annals of Internal Medicine **95**(6): 710.

Lipscomb, J. C., C. M. Garrett, *et al.* (1997). "Cytochrome P450-dependent metabolism of trichloroethylene: interindividual differences in humans." Toxicol Appl Pharmacol **142**(2): 311-8.

Maltoni, C., G. Lefemine, *et al.* (1988). "Long-term carcinogenicity bioassays on trichloroethylene administered by inhalation to Sprague-Dawley rats and Swiss and B6C3F1 mice." Annals of the New York Academy of Sciences **534**: 316-42.

Massachusetts Department of Public Health, C. f. D. C. a. P., Massachusetts Health Research Institute, (1996). "Final Report of the Woburn Environmental and Birth Study." Cambridge, MA: Massachusetts Department of Public Health.

Meditext (2004). "Trichloroethylene." Denver, Micromedex, Inc.

Miller, P. W., M. B. Mycyk, *et al.* (2002). "An unusual presentation of inhalant abuse with dissociative amnesia." Veterinary & Human Toxicology **44**(1): 17-9.

Monster, A. C., G. Boersma, *et al.* (1976). "Pharmacokinetics of trichloroethylene in volunteers, influence of workload and exposure concentration." International Archives of Occupational & Environmental Health **38**(2): 87-102.

Monster, A. C., G. Boersma, *et al.* (1979). "Kinetics of trichloroethylene in repeated exposure of volunteers." International Archives of Occupational & Environmental Health **42**(3-4): 283-92.

Moore, M. M. and K. Harrington-Brock (2000). "Mutagenicity of trichloroethylene and its metabolites: implications for the risk assessment of trichloroethylene." Environmental Health Perspectives **108 Suppl 2**: 215-23.

Nagaya, T., N. Ishikawa, *et al.* (1989). "Urinary total protein and beta-2-microglobulin

in workers exposed to trichloroethylene." Environmental Research **50**(1): 86-92.

NIDA (2005). "Research Report Series: Inhalant abuse." NIH Publication Number 05-3818.

Nomiyama, K. and H. Nomiyama (1977). "Dose-response relationship for trichloroethylene in man." International Archives of Occupational & Environmental Health **39**(4): 237-48.

Norris, W. and P. Stuart (1957). Cardiac arrest during trichlorethylene anaesthesia, British Medical Journal. (5023):860-3, 1957 Apr 13.

NTP (2004). "Trichloroethylene CAS No. 79-01-6." Eleventh Report on Carcinogens. Research Triangle Park, NC. National Toxicology Program.

OSHA (1993). "Air contaminants final rule." Occupational Safety and Health Administration. Federal Register 58:35338-35351.

Pastino, G. M., W. Y. Yap, et al. (2000). "Human variability and susceptibility to trichloroethylene." Environmental Health Perspectives **108 Suppl 2**: 201-14.

Rasmussen, K., C. H. Brogren, et al. (1993). "Subclinical affection of liver and kidney function and solvent exposure." International Archives of Occupational & Environmental Health **64**(6): 445-8.

Reif, J. S., J. B. Burch, et al. (2003). "Neurobehavioral effects of exposure to trichloroethylene through a municipal water supply." Environ Res **93**(3): 248-58.

Rosenman, K. D., M. J. Reilly, et al. (2003). "Cleaning products and work-related asthma." Journal of Occupational & Environmental Medicine **45**(5): 556-63.

Salvini, M., S. Binaschi, et al. (1971). "Evaluation of the psychophysiological functions in humans exposed to trichloroethylene." British Journal of Industrial Medicine **28**(3): 293-5.

Sanders, V. M., A. N. Tucker, et al. (1982). "Humoral and cell-mediated immune status in mice exposed to trichloroethylene in the drinking water." Toxicology & Applied Pharmacology **62**(3): 358-68.

Sato, A., T. Nakajima, et al. (1977). "A pharmacokinetic model to study the excretion of trichloroethylene and its metabolites after an inhalation exposure." British Journal of Industrial Medicine **34**(1): 56-63.

Selden, A., B. Hultberg, et al. (1993). "Trichloroethylene exposure in vapour degreasing and the urinary excretion of N-acetyl-beta-D-glucosaminidase." Arch Toxicol **67**(3): 224-6.

Shindell, S. and S. Ulrich (1985). "A cohort study of employees of a manufacturing plant using trichlorethylene." Journal of Occupational Medicine **27**(8): 577-9.

Smith, G. F. (1966). "Trichloroethylene: a review." British Journal of Industrial Medicine **23**(4): 249-62.

Spirtas, R., P. A. Stewart, *et al.* (1991). "Retrospective cohort mortality study of workers at an aircraft maintenance facility. I. Epidemiological results." British Journal of Industrial Medicine **48**(8): 515-30.

Stewart, R. D., C. L. Hake, *et al.* (1974). ""Degreaser's flush"." Arch Environ Health **29**(1): 1-5.

Stewart RD, H. C., Le Brun AI, et al, (1974a). "Effects of trichloroethylene on behavioral performance capabilities." In: Xintaras C, Johnson BL, Groot I, eds. HEW Publication no. (NIOSH)74-126. US Department of Health, Education and Welfare, Washington DC, 96-129.

Szlatenyi, C. S. and R. Y. Wang (1996). "Encephalopathy and cranial nerve palsies caused by intentional trichloroethylene inhalation." Am J Emerg Med **14**(5): 464-6.

Thiele, D. L., E. H. Eigenbrodt, *et al.* (1982). "Cirrhosis after repeated trichloroethylene and 1,1,1-trichloroethane exposure." Gastroenterology **83**(4): 926-9.

Tola, S., R. Vilhunen, *et al.* (1980). "A cohort study on workers exposed to trichloroethylene." Journal of Occupational Medicine **22**(11): 737-40.

U.S. EPA (2003). "Toxic Release Inventory." Washington, DC: U.S. Environmental Protection Agency.

US Environmental Protection Agency (1985). "Health assessment document for trichloroethylene. Final report." Washington: US Environmental Protection Agency. NTIS Report No. PB/85-249696.

Waksman, J. C. and S. D. Phillips (2004). "Biologic markers of exposure to chlorinated solvents." Clinics in Occupational & Environmental Medicine **4**(3): 413-21.

Waller, P. A., D. Clauw, *et al.* (1994). "Fasciitis (not scleroderma) following prolonged exposure to an organic solvent (trichloroethylene)." Journal of Rheumatology **21**(8): 1567-70.

Wartenberg, D., D. Reyner, *et al.* (2000). "Trichloroethylene and cancer: epidemiologic evidence.[see comment]." Environmental Health Perspectives **108 Suppl 2**: 161-76.

Waters, E. M., H. B. Gerstner, *et al.* (1977). "Trichloroethylene. I. An overview." Journal of Toxicology & Environmental Health **2**(3): 671-707.

WHO (1985). "Trichloroethylene." Environmental Health Criteria 50. World Health Organization, Geneva.

WHO (2005). "Trichloroethylene in Drinking Water: Background document for

development of WHO Guidelines for Drinking-water Quality."
http://www.who.int/water_sanitation_health/dwg/chemicals/trichloroethenemay05.pdf.

Windham, G. C., D. Shusterman, *et al.* (1991). "Exposure to organic solvents and adverse pregnancy outcome." <u>American Journal of Industrial Medicine</u> **20**(2): 241-59.

Wu, C. and J. Schaum (2000). "Exposure assessment of trichloroethylene." <u>Environmental Health Perspectives</u> **108 Suppl 2**: 359-63.

**Agency for Toxic Substances and Disease Registry     Trichloroethylene Toxicity**
**Case Studies in Environmental Medicine (CSEM)**

**Answers to Progress Check Questions**

1. The best choice is D. TCE ($Cl_2C=CHCl$) is a clear, colorless, nonflammable liquid possessing a sweet, fruity odor characteristic of chloroform. 80% of TCE is used for vapor degreasing of fabricated metal parts in the automotive and metal industries. Before its ban for certain applications in 1977, TCE was also used as a general anesthetic (mostly in obstetric settings), grain fumigant, disinfectant, pet food additive, and extractant of spices in foods and caffeine in coffee.

2. The best choice is D. Because of its widespread use, TCE has become a common environmental contaminant. Contamination results from evaporative losses during use; discharge to surface waters and groundwater by industry, commerce, and individual consumers; leaching from hazardous waste landfills into groundwater; and from the incidental addition of TCE during food production.

3. The best choice is B. The air pathway is the most common route of exposure to trichloroethylene, and the route that most commonly leads to illness.

4. The best choice is D. Increased potential for exposure may be encountered by workers performing degreasing and metal cleaning shoemakers, rubber cementers, dry cleaners, etc.

5. The best choice is D. It's unnecessary for those workers from answers A-C to entail high risk of exposure to trichloroethylene. Mechanics who degrease fabricated metal parts in the automotive industries, however, certainly bear a higher risk of exposure to TCE.

6. The best choice is B. The current OSHA 8-hour TWA for TCE is 100 ppm.

7. The best choice is B. EPA has established a drinking water maximum contaminant level (MCL) for trichloroethylene of 5 ppb.

8. The best choice is D. A relatively small amount of absorbed TCE is exhaled unchanged; most of an absorbed dose is metabolized in the liver and excreted in the urine as trichloroacetic acid and trichloroethanol.

9. The best choice is A. The cytochrome P450 pathway generates tri- and dichloroacetate as metabolites of trichloroethylene, and these are associated with hepatic toxicity and carcinogenicity.

10. The best choice is B. Brain cancer risk has not been reported to be significantly elevated in association with TCE exposure.

11. The best choice is B. Trigeminal abnormalities (abnormal blink reflex and masseter).

12. The best choice is B. Inhalation or oral exposure to high doses of TCE for a prolonged period is likely to induce liver and lung tumors in both animals and humans.

13. The best choice is C. A temporal relationship between onset of symptoms and work or other activity may provide important clues on the cause. If a temporal association between symptoms and exposure to certain products is suspected, an attempt should be made to identify the specific chemical ingredients involved.

14. The best choice is B. Short-term memory impairments gradually clear after exposure to TCE ceases. Patients may be mistakenly diagnosed with various forms of dementia, such as Alzheimer disease or other CNS disorders, when they in fact suffer from a preventable and possibly reversible toxic disorder. The best choice is D. Diarrhea is one of the effects from ingestion of TCE.

15. The best choice is B. If the cause of symptoms is questionable, direct biologic testing, such as measuring TCE level in breath, blood, or urine, may be warranted to confirm TCE exposure.

16. The best choice is D. Supportive care directed to adequate ventilation and circulation should be provided. Patients should be removed from the contaminated environment as soon as possible; begin artificial ventilation, if needed.

17. The best choice is D. There is no antidote for TCE poisoning. Treatment should focus on support of respiratory and cardiovascular functions.

18. The best choice is D. If exposures are occupational, patients should speak to their employer about PPE. Patients should be advised to avoid exposures and conditions that might further increase their risk of disease or worsen their existing condition. In addition, patients should contact their physician if they develop neurological problems or other health changes.