Exhibit 38

# SciTransfer

## Issue 001, August 2006

A publication from The University of Arizona
Superfund Basic Research Program



# Chlorinated Solvent Contaminants in Arizona Aquifers

## By Janick F. Artiola, PhD and Mónica D. Ramírez, MPA

## Part I: Sources, Properties, Health Effects and Fate.

## Introduction

Groundwater contamination by hazardous organic (carbon-based) chemicals of industrial origin was identified in the US as a serious problem beginning in the 1970s. Small amounts of organic chlorinated liquid solvents in particular can contaminate large volumes of sub-surface drinking water resources because they are considered toxic at very low concentrations, see next section. The US Environmental Protection Agency (USEPA) has identified and listed eight Superfund sites with groundwater contamination in Arizona. There are also 35 Water Quality Assurance Revolving Fund (WQARF)* listed sites in Arizona. Over 90% of these sites contain toxic chlorinated solvents like trichloroethene (TCE), see map on next page. Superfund sites with TCE and perchloroethylene (PCE) groundwater contamination include: electronic manufacturing plants, military facilities, drycleaners and old landfills. In most cases groundwater pollution resulted from storage or disposal of liquid solvent wastes between the 1940s and 1970s. Often TCE and PCE are found in water with other toxic chemicals like dichloroethenes (DCE) and vinyl chloride (VC) that are produced by natural degradation of these two chemicals.

( ) = Technical Terms

*WQARF governs the remediation of groundwater contaminated sites in Arizona.



THE UNIVERSITY
OF ARIZONA.
Arizona's First University

# Arizona Listed Superfund Sites



# Sources and Properties of Chlorinated Solvents

TCE and PCE are manufactured synthetic chemicals used in numerous industrial processes and products. TCE is used as a degreasing chemical in military and industrial applications, and PCE is used in dry-cleaning. Until the 1970s TCE was also used in the food and pharmaceutical industries to extract oils, spices and to decaffeinate coffee but is now banned from food products. However, TCE may still be found in cleaning agents (spot removers) and adhesives and continues to be used as an industrial degreaser, extraction solvent and a low temperature refrigerant.

TCE and PCE are moderately volatile chemicals (boiling point. 87-121° C), sparingly soluble in water (solubility: ~129-1100 mg/L), and about 1.5 times denser than water (specific gravity: 1.48-1.62 mg/cm3). Taken together these properties make chlorinated solvents very mobile, slow to degrade and very difficult to remove from soils and aquifers, see figure next page. These chemicals can move as liquids or gases downward and laterally, spreading out by diffusion and dispersive mechanisms as air and water move though soils and aquifers (porous media). Because TCE and PCE have very low water solubilities, these chemicals do not mix with water in contaminated aquifers, much like oil and vinegar do not mix. Thus, some portion of the solvent will be dissolved in water while the un-dissolved TCE will be stay as a dense, non-aqueous phase liquid (DNAPL). This heavy liquid can sink to the bottom of aquifers and can also be trapped inside the pores of soils and aquifers.



Schematic of Chlorinated solvent pollution as dense non-aqueous phase liquids migrating downward in an aquifer and serving as a source for a solvent soluble plume. Also shown are natural attenuation processes (Modified USEPA 1999).

Note that even the small amounts of TCE or PCE that can dissolve in water are enough to raise the concentrations of either of these two chemicals many times above the USEPA national drinking water standards. Just one kilogram (2.2 lbs) of TCE or PCE can make about 200 million liters (52 million gallons) of water unfit to drink. The USEPA national primary drinking water standards include TCE, and PCE as a "potential cancer-inducing and liver problem causing chemicals" (see section below) and the maximum contaminant limits (MCLs) of 0.005 mg/L (5 parts per billion).

# Health Impacts of TCE
## By Ornella Selmin Ph.D.

Human exposure to TCE and PCE may occur at work, through the use of some household products, and by drinking contaminated water. Research studies suggest that absorption through the skin and inhalation are the major routes of TCE exposure in the general population. This is possible because TCE and PCE present in contaminated water can transfer into air since these chemicals are moderately volatile, see figure above.

Numerous studies have shown that TCE and its breakdown products (metabolites) like VC can induce cancer in humans. Many types of cancers (liver, kidney, breast, prostate, cervix, lymphomas, and leukemia) have been associated with exposure to TCE and other chlorinated chemicals. Other adverse effects related to TCE exposure include disorders of the human central nervous system and reproductive systems. TCE exposure also affects the human immune system triggering immune system disorders such as Lupus and Scleroderma. Exposure to this chemical has also been associated with increased numbers of birth defects.

The Superfund Basic Research Program (SBRP) of the University of Arizona has been studying the effects of TCE on the onset of heart defects in newborns. Data collected by SBRP researcher Drs. Selmin and Runyan indicate that TCE and its metabolites alter the human body cellular and biochemical processes that control the physiological development of the hearts of embryos. In particular, TCE exposure disrupts the ability of human genes to transmit all of their genetic information. Genes affected by TCE exposure include those involved in crucial steps of heart tissue development (differentiation).

Currently, the SBRP group is investigating how to prevent or correct the negative effects of TCE exposure in laboratory animals with the use of dietary supplements such as folic acid. If the results of these studies are positive, further research will test whether a similar approach would be beneficial to reduce the incidence of congenital heart defects present at birth in individuals with continuous expose to TCE.

# Why are Chlorinated Solvents (TCE and PCE) Difficult to Remove From Groundwater?

In general, chlorinated chemicals are very difficult to remediate because they interact with soil organic matter, form separate liquid phases (DNAPL), and are very slow to naturally degrade in the environment. The low water solubilities of these chemicals favor their entrapment (absorption) by soil organic matter (OM), greatly limiting their mobility and uptake by living organisms (bioavailability). For example, when TCE is present in water in contact with soil OM, under ideal conditions, the TCE will move into OM and concentrate there to levels ~100 times higher than in water. Arizona aquifers contain low concentrations of OM. Nonetheless, soil and aquifer OM can trap relatively small but significant amounts of TCE, PCE and other pollutants with similar chemical characteristics.



Column Wall

Sand

Dense Non-aqueous Phase Liquid

Water

TCE DNAPL trapped in sand pores (cross section).
Source: M.L. Brusseau and G. Schnaar

The presence of TCE DNAPLs in aquifers (also related to the low water solubility of TCE) limit the efficient and complete removal of TCE groundwater, because these phases are usually trapped inside pores, see figure right. In general liquids trapped in soil and aquifer material pores are difficult to access and consequently are very slow to dissolve in water.

Concentration of TCE levels during pump and treatment over time.
Source: M.L. Brusseau

SBRP researcher Dr. Brusseau, has shown that pump-and-treat often fails to remove all the TCE in groundwater after many years of pumping because of the presence of TCE DNAPLs, see graph left. Often, the TCE concentration rebound effect is observed when pumping is stopped and then resumed a few weeks later. This effect has been shown to be related to the slow dissolution of TCE (rate-limited mass transfer behavior) aggravated by the presence of aquifer zones where the low water flow (permeability) limits water flushing of this chemical. In short, TCE DNAPL does not dissolve fast enough to be removed from the aquifer by flushing in a timely manner.

Chlorinated organic chemicals like TCE and PCE are chemically very stable and therefore very slow to decompose (abiotic reactions) in water. Bacteria can mediate the degradation (biotic reactions) of these chemicals, albeit usually slowly, in the presence (aerobic environment) and absence (anaerobic environment) of oxygen. The aerobic and anaerobic reactions involved are different and appreciating their differences is key to understanding the biodegradation process.

### Aerobic Reactions

If oxygen (a terminal electron acceptor) is present, there are two possible biodegradation scenarios depending on the number of chlorines present. TCE is degraded as a secondary food source (cosubstrate) in the presence of other organic chemicals, which are electron donors (cometabolism). Thus, in TCE contaminated groundwater the cometabolism process requires the presence or addition of specific primary substrates such as methane or ammonia or toluene. TCE can also be degraded in the presence of lesser chlorinated chemicals such as VC that can serve as a primary substrate. Both reactions lead to complete degradation of TCE resulting in innocuous products that include carbon dioxide, chloride, and new bacterial cell mass. On the other hand, PCE has not been found to degrade at all under aerobic conditions.



PCE

TCE

cisDCE

VC

E

### Anaerobic Reactions

When no oxygen is present in water, several groups of bacteria that grow anaerobically can degrade chlorinated chemicals. For highly chlorinated compounds like PCE and TCE, the most rapid process involves the use of the chlorinated compound itself, instead of oxygen, as a terminal electron acceptor (halorespiration or reductive dechlorination). This process requires, in addition, a simple organic chemical like ethanol to act as the primary substrate, which is an electron donor for bacteria. In general, halorespiration results in the rapid removal of chlorine atoms usually resulting in the production of less chlorinated compounds such as DCE, VC, and ethene (E). The specific compounds left after halorespiration are of importance because some like VC, are considered toxic. Cometabolism of TCE and PCE is a second much slower process used by some anaerobic bacteria and requires the presence of a primary substrate such as methane. The products remaining after the cometabolism of these two chemical include DCE, VC, and E. But, recently there have been reports that these lesser chlorinated chemicals may be completely degraded to carbon dioxide, chloride and new bacterial cell mass in the presence of alternate terminal electron acceptors such as iron or sulfate ions common in groundwater.

The biodegradation rates of organic chemicals in groundwater also depend on the bioavailable amounts of these chemicals to the bacteria. For example, trapped TCE molecules in organic matter or in soil grain pores, as previously described, are not a readily bioavailable source of food to bacteria, limiting the degradation rates of these chemicals. However, most Arizona aquifers have low amounts of dissolved oxygen and very low concentrations of dissolved organic carbon. And it is these two prevailing aquifer conditions that severely limit the aerobic or the anaerobic biodegradation of chlorinated organic pollutants like PCE and TCE in a timely manner.

In part II of the series on Chlorinated Solvent Contaminants in Arizona Aquifers, we will discuss methods for TCE treatment and removal from aquifers with emphasis on innovative approaches. This will also include a summary of SBRP research being done at the University of Arizona. State-of-science site characterization and modeling methods designed to optimize solvent removal and remediation will also be presented.

**Superfund Basic Research Program**
The University of Arizona
College of Pharmacy
Department of Pharmacology & Toxicology
1703 E. Mabel Street
Tucson, Arizona 85721-0207

## References

- Arizona Department of Environmental Quality, Superfund/WQARF Programs. 2006.
  <http://www.azdeq.gov/environ/waste/sps/siteinfo.html>
- Arizona Department of Environmental Quality, Superfund/WQARF Programs. Site Information and Maps.
  <http://gisweb.azdeq.gov/website/emaps/wpd/superfund/>
- Brusseau, M.L., R.G. Arnold, W. Ela, J. Field.  Overview of Innovative Remediation Approaches for Chlorinated
  Solvents. March 2001.
- United States. Department of Health and Human Services, National Toxicology Program. Report on Carcinogens,
  Eleventh Edition. Trichloroethylene CAS No. 79-0106. 2005.
  <http://ntp.niehs.nih.gov/index.cfm?objectid=32BA9724-F1F6-975E-7FCE50709CB4C932>
- United States. Environmental Protection Agency. National Priorities List Sites in Arizona. 2006.
  <http://www.epa.gov/superfunEnvivbd/sites/npl/az.htm>
- United States. Environmental Protection Agency. Consumer Fact Sheet on: Trichloroethylene. 2006.
  <http://www.epa.gov/safewater/contaminants/dw_contamfs/trichlor.html>
- National Library of Medicine, Specialized Information Services. ChemIDplus Advanced. 2004.
  <http://chem.sis.nlm.nih.gov/chemidplus/chemidheavy.jsp>

UA SBRP Research Translation Core

Janick Artiola, Co-Director
1177 E 4 St. Tucson, Arizona 85721
jartiola@cals.arizona.edu
520. 621.3516
Mónica Ramírez, Coordinator
1703 E. Mabel St.,Tucson, Arizona 85721-0207
ramirez@pharmacy.arizona.edu
520.260.6620
http://www.superfund.pharmacy.arizona.edu/

A. Jay Gandolfi, Director, UA Superfund Basic Research
Program, Associate Dean, Research and  Graduate Studies,
Department of Pharmacology and Toxicology

Raina Maier, Associate Director, UA Superfund Basic
Research Program, Professor, Department of Soil, Water
and Environmental Science

Mark Brusseau, Research Translation Core Director, UA
Superfund Basic Research Program, Professor,
Department of Soil, Water and Environmental Science and
Department of Hydrology and Water Resources

Supported by NIEHS Grant # ES04940

Exhibit 39

## Active Management Area Water Supply - Effluent and Contamination Sites

### Effluent

Effluent, also referred to as reclaimed water, is a growing water supply in the AMA Planning Area, meeting approximately 4% of the annual supply during the 2001-2005 time-period. Since effluent production is tied directly to population, population growth generally leads to increased effluent supply. However, lack of infrastructure to deliver effluent to potential users is often a limiting factor. The Phoenix and Tucson AMAs generate the majority of the effluent in the planning area, which is used by agricultural, municipal and industrial sectors.



Golf course using effluent, Santa Cruz AMA

Many municipalities and private entities in the planning area recharge effluent in permitted basins and streambeds. This storage earns recharge credits that can either be pumped from the ground through a permitted recovery well, or used towards assured water supply certificates or designations. The recharge option is often favored as a way of using effluent if direct use is not possible due to lack of a distribution system.

There is increasing interest in effluent as a water supply as population growth continues and other renewable water sources become more extensively used. Some communities, for example Tucson, Phoenix, Prescott and Scottsdale, have made substantial investments in effluent reuse. Global Water Resources, a private water and wastewater utility, is promoting reuse technology at a new development in Maricopa where its water center uses non-potable water for irrigation and toilet flushing.

Most effluent in the Phoenix AMA is generated at the 91st Avenue WWTP. In 2004 the treatment plant processed approximately 139,000 acre-feet of wastewater from Glendale, Mesa, Phoenix, Scottsdale, and Tempe, who co-own the facility as part of a multi-city partnership known as SROG, the Sub-regional Operating Group. A large portion of this effluent is used at the Palo Verde Nuclear Generating Station for cooling purposes. The unused effluent is discharged into the Salt and Gila rivers, supporting perennial flow and flows out of the AMA. Effluent is also a water supply for agricultural irrigation. Effluent generated from Phoenix's 23rd Avenue WWTP is used to irrigate crops in the Roosevelt Irrigation District and effluent from Chandler and Mesa are used for irrigation on the Gila River Indian Reservation. Major cities in the Phoenix AMA also use effluent for landscape and golf course watering.

In the Pinal AMA, Casa Grande, Coolidge, Eloy and Florence all have municipal WWTPs. These plants deliver treated effluent for a variety of purposes, including agricultural irrigation, golf course watering, and power generation. Florence and Eloy also have permitted underground storage facilities for recharging effluent. The City of Maricopa's wastewater needs are handled by a private utility (Global Water Resources) and the effluent is used for watering turf and filling subdivision lakes. There are several other WWTPs in the AMA serving unincorporated communities. Effluent from these facilities is used for golf course watering, and in some cases the excess is recharged at underground storage facilities (see Table 8.2-7).



Agricultural fields, Pinal AMA. In the Pinal AMA, Casa Grande, Coolidge, Eloy and Florence all have municipal WWTPs. These plants deliver treated effluent for a variety of purposes, including agricultural irrigation, golf course watering, and power generation.

Three communities in the Prescott AMA have permitted recharge facilities that store effluent: the City of Prescott, the Town of Prescott Valley and the Town of Chino Valley. Effluent availability in the Town of Chino Valley is currently limited as the Town is largely unsewered; however, it is in the process of constructing a centralized sewer system to serve new and existing developments. Effluent is a water supply both directly and through recharge and recovery for three golf courses, a community park, and a sand and gravel operation in Prescott, as well as for a golf course at Prescott Valley. Effluent stored by the City of Prescott is recovered by CVID for agricultural irrigation and by the City of Prescott. As of 2008 effluent stored by Prescott Valley has not been recovered.

The Nogales International Wastewater Treatment Plant (NIWWTP) is the primary treatment facility in the Santa Cruz AMA. It treats over 16,000 acre-feet of sewage from both Nogales, Arizona and Nogales, Sonora, and discharges the effluent to the Santa Cruz River where it supports riparian vegetation. Several smaller "package" treatment plants provide treatment to developments within the AMA, but with the exception of the Tubac Golf Resort do not provide reused effluent.

### Contamination Sites

Environmental contamination impacts the use of some water supplies in the AMAs. An inventory of Department of Defense (DOD), Resource Conservation and Recovery Act (RCRA), Superfund, Water Quality Assurance Revolving Fund (WQARF), Voluntary Remediation Program (VRP) and Leaking Underground Storage Tank (LUST) sites was conducted for the planning area. Table 8.0-9 provides a summary of active contamination sites, by cleanup program, in each AMA. Tables listing the contaminant and affected media as well as maps showing the location of all contamination sites can be found in the AMA Water Quality sections.

**Table 8.0-9 Contamination sites in the AMA Planning Area**

| AMA | Leaking Underground Storage Tanks | Voluntary Remediation Program | Resource Conservation and Recovery Act | Department of Defense | Water Quality Assurance Revolving Fund | Superfund |
|---|---|---|---|---|---|---|
| Phoenix | 4,042 | 39 | 9 | 1 | 12 | 4 |
| Pinal | 292 | 3 | 1 | NA | NA | NA |
| Prescott | 180 | 3 | NA | NA | NA | 1 |
| Santa Cruz | 26 | 1 | 1 | NA | NA | NA |
| Tucson | 1,157 | 15 | 2 | 1 | 7 | 1 |
| Total | 5,697 | 61 | 13 | 2 | 19 | 6 |

In the AMA Planning Area there are 61 active VRP sites. The majority (39) of these sites are located in the Phoenix AMA. The VRP is a state administered and funded voluntary cleanup program. Any site that has soil and/or groundwater contamination, provided that the site is not subject to an enforcement action by another program, is eligible to participate. To encourage participation, ADEQ provides an expedited process and a single point of contact for projects that involve more than one regulatory program (Environmental Law Institute, 2002).

There are 13 RCRA sites in the AMA Planning Area, including nine in the Phoenix AMA, two in the Tucson AMA and one each in the Pinal and Santa Cruz AMAs. The RCRA program regulates the management of hazardous waste handlers which includes generators, transporters and facilities for treatment, storage and disposal (ADEQ, 2002). The 13 RCRA sites are corrective action sites where contamination of groundwater and/or soil has occurred due to improper handling of hazardous waste.

Two DOD sites are located in the AMA Planning Area; the 161st Air National Guard site in the Phoenix AMA and the Davis-Monthan Air Force Base site in the Tucson AMA. Both contamination sites are located at active duty bases.

There are 19 WQARF sites and nine Superfund sites in the Phoenix, Tucson and Prescott AMAs. WQARF is a state administered funding mechanism created to support hazardous substance cleanup efforts. Superfund is the federal government's program, administered by the Environmental Protection Agency (EPA), to clean up the most contaminated hazardous waste sites across the country. (ADEQ, 2008a) Almost all WQARF and Superfund sites in the planning area involve Trichloroethylene (TCE) and/or Tetrachloroethene (PCE) contamination. One Superfund site, the 19th Avenue Landfill in the Phoenix AMA, was removed from the National Priorities List (NPL) of Superfund sites in 2006 after the EPA and ADEQ determined that no further cleanup activities were necessary (ADEQ, 2006). There is one Superfund site in the Prescott AMA; the Iron King Mine and Humboldt Smelter, a site contaminated with arsenic and lead.

Leaking underground storage tanks can pose a significant threat to groundwater quality and therefore to drinking water supplies. Regulations require that underground storage tanks be protected from spills, overfills, and corrosion. In 2008, there were 5,697 active LUST sites in the planning area. Seventy-one percent of these sites are located in the Phoenix AMA and 20% are located in the Tucson AMA.

💧 Continue to **Section 8.0.6  Cultural Water Demand-Tribal Demand**

| **Arizona Water Atlas Home** | **Active Management Area Home** | **Download pdf of the entire Active Management Area Water Atlas** | **Download pdf of Active Management Area Overview** | **References for the Active Management Area Overview** |
|---|---|---|---|---|
|  |  |  |  |  |

Exhibit 40

**Office of Contract Counsel** 

AEL K. JEANES, CLERK
B.Y: _____ DEP

FILED

2002 DEC -2 PM 4: 46

Mark Kennedy
Contract Administrator

November 23, 2002

State of Arizona
V. Anthony Speer

Defense Counsel
Clerk of the Superior Court

CR 2002·010926

As a result of the United States Supreme Court ruling in the <u>Ring</u> case, the work of mitigation investigation for those clients served by the Office of Contract Counsel (OCC) has been placed on a fast track. This is due to the compression of time and the posture of the court to resolve cases that were pending when Ring was decided.

By this correspondence, I am notifying the attorneys that have pending death cases that the work required of mitigation specialists for the Office of Contract Counsel cannot be completed under current conditions. Additionally, OCC can no longer accept new assignments as we are severely understaffed and underfunded and we do not have the local resources to complete this complex and difficult work. The specific cases that are currently assigned to OCC are referenced at the conclusion of this letter by client name, cause number, judge (if assigned) and attorney.

The standard for mitigation investigation laid down by the Ninth Circuit Court of Appeals in <u>Wallace v. Stewart</u>; <u>Hendricks v Calderon</u>; <u>Clabourne v Lewis</u>; <u>Caro v. Calderon</u>; <u>Caro v. Woodford</u>; <u>Garceau v. Woodford</u>; <u>Turner v. Calderon</u>, et al., requires that "all relevant mitigating information be unearthed for consideration at the capital sentencing phase." Failure to investigate, develop and present mitigation has led to expensive and time consuming reversals for ineffective assistance of counsel. No one involved, including the victims, is well served by having cases reversed and remanded based on incomplete and ineffective work done at the trial stage.

Jury sentencing has significantly altered the work mitigation specialists and attorneys must complete before the jury is empaneled for the guilt phase. The time limits within which this mitigation work must be completed has been dramatically shortened. It is my understanding that the attorneys who contract with the Office of Contract Counsel have not been sufficiently trained in jury presentation. Nor have any of the contract mitigation specialists nor the experts we have used in the the past

been so trained.

A minimally competent mitigation investigation requires the appointment of a death qualified lead counsel, a second counsel, a private investigator, a paralegal and a mitigation specialist. Once the mitigation investigation is complete, experts must be retained who then consult with counsel, review the information provided, interview the client, determine what testing is appropriate, assist in choosing an appropriate expert to conduct testing, review the test results to contextualize the social history, consult with counsel again for both guilt phase and penalty phase issues and prepare to before the jury.

Competent mitigation investigations are very complex and time consuming. The process is done is stages, beginning with document collection. A paralegal should only do document collection, indexing of discovery and preliminary time lines on three cases at one time. They may well do eight or ten cases in a year, but the collection process is such that it is labor intensive at various points in the process. Record collection can be one of the most difficult aspects of the process. Out of state and multiple institution record collection can take more than a year to complete.

The second phase of mitigation is witness location, contact and personal interviews. It depends, in part, on the private investigator's success in locating key informants. It is not unusual for a client to have been placed for adoption. This requires finding birth parents to determine mental and physical health histories and can be extremely complicated and, again, time consuming. A full document review should be completed prior to critical interviews being conducted to ensure completeness.

Given the new eighteen month time limit for completion of mitigation, each specialist should work on no more than three cases at any one time and that standard applies only if the necessary support personnel listed above are in place. Currently, the three contract mitigation specialists have an average of eight cases from Maricopa County. A new mitigation specialist is in training and is assisting with several cases.

Phase three involves documenting all contacts, records and information gathered into a social history that is then reviewed and evaluated. Consultation with additional experts follows and all members of the team need to be involved.

Lead counsel and co-counsel need to be aware of all case law related to mitigation, (e.g., Arizona law requires that there be a causal nexus between mitigation and the

offense), in order to effectively direct the team to properly investigate, develop mitigation for presentation at the penalty phase. Mitigation investigation may well uncover issues that can be used in the penalty phase.

I have been dedicated to providing competent mitigation investigation for the courts and my clients since I started on this path in the mid 1980's. When I joined the Office of Contract Counsel on a part time basis in 1998, my commitment remained intact. While I would love to complete these cases for each of you, neither I nor my contract staff are currently adequately equipped, staffed or funded to do so.

The mitigation specialists who work with OCC are not obligated to take any cases from OCC as they are independent contractors. Other counties in Arizona pay mitigation specialists $ 75.00 per hour as opposed to the $30.00 per hour paid by Maricopa County. As a result, they are taking more and more out of county cases and that leaves Maricopa County without qualified mitigation specialists to do these cases.

Should you have any questions, please don't hesitate to contact me at 602-252-1673 or on e-mail at mdurand1@cox.net.

Sincerely,

Mary Patricia Durand
Mitigation Coordinator
Office of Contract Counsel


cc: Mark Kennedy, Office of Contract Counsel
    Susan Sherwin, Office of the Legal Advocate
    Jim Haas, Office of the Public Defender
    Bob Briney, Office of the Legal Defender


Enc: Capital Case Roster

## CAPITAL CASE ROSTER

| CLIENT NAME | CASE NUMBER | JUDGE | ATTORNEY |
|---|---|---|---|
| Anthony | CR2001-011704 | Galati | Ferragut |
| Beck | CR2001-095003 | Gaylord | Ferragut |
| Daley | CR1998-014256 | Willett | Smith |
| De Los Rios | CR2001-015225 | Araneta | McMath |
| Galvan | CR2001-008405 | Granville | Storrs |
| Garcia | CR2002-016160 | Schwartz | Alcantar |
| Garza | CR1999-017624 | Hilliard | Ferragut |
| Goff | CR2001-009261 | Cates | McMath |
| Guerva | CR2001-004376 | Hilliard | McMath |
| Hyde | CR1991-002152 | O'Toole | Alcantar |
| Johnson, R | CR2001-001604 | Padish | Storrs |
| Johnson, V | CR2001-018039 | McVey | Canby |
| Lopez-Cruz | CR2000-017823 | unassigned | Blumberg |
| Medina | CR1993-008378 | Hauser | Simpson |
| O'Barr | CR2000-092448 | Keppel | Alcantar |
| Palofax | CR2002-006108 | Reyes | Storrs |
| Palofax | CR2002-010429 | Foreman | McMath |
| Pecina | CR2001-000385 | Granville | Blumberg |

| | | | |
|---|---|---|---|
| Ramirez | CR2001-009132 | Cates | Alcantar |
| Sehwani | CR2001-092023 | Aceto | McMath |
| Speer | CR2002-010926 | Gerst | Storrs |
| Stokes | CR2000-013991 | Granville | Logan |
| Velasquez | CR2001-014970 | Cates | Storrs |
| Vincent | CR2001-018098 | Padish | Blumberg |
| Winchester | CR2001-0043765 | Hilliard | Storrs |

Exhibit 41

 **MARICOPA COUNTY SHERIFF'S OFFICE** 

JOSEPH M. ARPAIO
SHERIFF

April 25, 2012

Lee Brinkmoeller
Mitigation Specialist
P.O. Box 21374
Mesa, AZ 85277

Re:   Response to April 20, 2012, Request for Records re: Paul Speer, CR2002-
      010926, A794367

Dear Mr. Brinkmoeller:

I am in receipt of your April 20, 2012, request for production of Maricopa County
Sheriff's Office (MCSO) public records, made pursuant to the Arizona Public Records
Law, A.R.S. § 39-121, et seq.  Accordingly, the MCSO Legal Liaison Section has
collected the requested records. To the best of our knowledge, the following records are
true and correct copies of the original records kept by the Maricopa County Sheriff's
Office in the ordinary course of business.

Enclosed please find a copy of the following:

              Visitation Log

If you have any questions, please feel free to direct them to me in writing at the address
printed on the letterhead.

Sincerely,

Officer C. Wagner
Legal Liaison
Compliance Division
Maricopa County Sheriff's Office

Enclosure(s)

**Wells Fargo Plaza ● 100 West Washington ● Suite 1900 ● Phoenix, Arizona 85003**
**(602) 876-1000 ● Statewide Toll Free 1-800-352-4553 ● WWW.MCSO.ORG**

PCF-04-001764



```
·R   08/05/02 1928  1958C HEITZMANN, ALBERT KARL        FRIEND

P    07/31/02 1032  1112C MILLER, RICHARD               ATTORNEY

R    07/25/02 2000  2030C SPEER, PAUL                   DAD

R    07/22/02 2000  2030C WOMBLE, WILLIAM RAYMOND        FATHER

R    07/08/02 1923  1953C WOMBLE, SABRINA LYNN           MOTHER
                                                         ND: NP

$$3270: Wait.......
CMD: DVDV  KEY: _____   DATE: 04/24/12
              VISITS FOR BOOKING NUMBER                 TIME: 08:53:50

BOOKING NUMBER: A794367  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST            FIRST         MIDDLE      SUF  RC  SEX  DOB
SPEER           PAUL          B                W   M

TYP DATE      START STOP  VISITOR NAME                  RELATION
P   06/26/02 1221  1345  DEL RIO, RAYMOND               STAFFLEGAL
            **NONE**
P   06/24/02 0952  1032C REYES, RODOLFO                 CLIENT SER
            **NONE**
P   06/19/02 0913  0913  DOERING, STEPHEN M             CLERGY
            **NONE**
P   06/12/02 1046  1148  DOERING, STEPHEN M             CLERGY
            **NONE**                                    CANCELLED
P   05/28/02 0834  1030  DOERING, STEPHEN M             CLERGY
            **NONE**
R   05/23/02 2000  2030C WINTERS, JAMES MICHAEL         BROTHER
            **NONE**
R   05/23/02 2000  2030C WOMBLE, BRIAN                  BROTHER
                                                        ND: NP

$$3270: Wait.......
CMD: DVDV  KEY: _____   DATE: 04/24/12
              VISITS FOR BOOKING NUMBER                 TIME: 08:53:51

BOOKING NUMBER: A794367  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST            FIRST         MIDDLE      SUF  RC  SEX  DOB
SPEER           PAUL          B                W   M

TYP DATE      START STOP  VISITOR NAMF                  RELATION
P   05/23/02 0943  0000  DOERING, STEPHEN M             CLERGY
            **NONE**                                    CANCELLED
P   05/22/02 1516  1625  CURRY, JOHN                    ATTORNEY

P   05/10/02 0940  1319  DOERING, STEPHEN M             CLERGY
            **NONE**
R   05/02/02 2000  2030C WOMBLE, BRIAN                  BROTHER

P   04/25/02 0937  1140  CURRY, JOHN                    ATTORNEY


                                                        ND: __
*** END OF LIST ***                                     BRDCAST
```

```
CMD: DVDV  KEY: _____        DATE: 04/24/12
                    VISITS FOR BOOKING NUMBER                    TIME: 08:53:48

BOOKING NUMBER: A794367  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST               FIRST          MIDDLE      SUF  RC  SEX  DOB
SPEER              PAUL           B                W    M   ████████████

TYP DATE      START STOP  VISITOR NAME                        RELATION
P   12/20/02 1541  1753  STORRS, BOB       ██████████   ███   ATTY

P   12/20/02 1501  1600  DELONG, GEORGE M     ███████   ███   MENT HEALT

R   12/12/02 2100  2130C WOMBLE, WILLIAM RAYMOND ████    ███   FATHER

P   11/27/02 1319  1359C STORRS, BOB      ███████       ███   ATTY

R   10/31/02 1221  1251C WOMBLE, WILLIAM RAYMOND ████    ███   FATHER

R   10/10/02 1218  1248C WOMBLE, WILLIAM RAYMOND ████    ███   FATHER

R   09/30/02 2000  2030C HEITZMANN, ALBERT KARL ██████  ███   FRIEND
                                                              ND: NP
$$3270: Wait.......
CMD: DVDV  KEY: _____        DATE: 04/24/12
                    VISITS FOR BOOKING NUMBER                    TIME: 08:53:49

BOOKING NUMBER: A794367  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST               FIRST          MIDDLE      SUF  RC  SEX  DOB
SPEER              PAUL           B                W    M   ███████████

TYP DATE      START STOP  VISITOR NAME                        RELATION
R   09/26/02 2000  2030C HEITZMANN, ALBERT KARL ███████ ███   FRIEND

R   09/09/02 2000  2030C WOMBLE, WILLIAM RAYMOND ████   ███   FATHER

R   08/26/02 2000  2030C WOMBLE, WILLIAM RAYMOND ████   ███   FATHER

P   08/21/02 1503  1543C STORRS, BOB     ███████       ███   ATTY

P   08/16/02 1325  1420  STORRS, BOB    ███████        ███   ATTY

R   08/15/02 2000  2030C HEITZMANN, ALBERT KARL ██████ ███   FRIEND

R   08/15/02 2000  2030C WOMBLE, WILLIAM RAYMOND ████  ███   FATHER
                                                              ND: NP
$$3270: Wait.......
CMD: DVDV  KEY: _____        DATE: 04/24/12
                    VISITS FOR BOOKING NUMBER                    TIME: 08:53:49

BOOKING NUMBER: A794367  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST               FIRST          MIDDLE      SUF  RC  SEX  DOB
SPEER              PAUL           B                W    M   ██████████

TYP DATE      START STOP  VISITOR NAME                        RELATION
R   08/12/02 1218  1311  HEITZMANN, ALBERT             FRIEND
                   **NONE**
P   08/11/02 1559  1620  MILLER, RICHARD    ████████  ███    ATTORNEY
```



```
O   07/28/03 1211  1241C LUJAN, CARLA GINE                        COUSIN

R   07/21/03 1221  1251C HEITZMANN, ALBERT KARL                   FRIEND

R   07/03/03 1227  1257C HEITZMANN, ALBERT KARL                   FRIEND

R   06/12/03 2100  2130C WOMBLE, SABRINA LYNN                     MOTHER

R   06/12/03 2100  2130C WOMBLE, WILLIAM RAYMOND                  FATHER

                                                                 ND: NP
$$3270: Wait.......
CMD: DVDV  KEY: _____    DATE: 04/24/12
                VISITS FOR BOOKING NUMBER                  TIME: 08:53:47

BOOKING NUMBER: A794367  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST              FIRST          MIDDLE       SUF  RC  SEX  DOB
SPEER             PAUL           B                 W   M

TYP DATE     START STOP  VISITOR NAME                             RELATION
R   05/22/03 2100  2130C CATES, STEVEN BAIN                       UNCLE

P   05/21/03 1334  1414C STORRS, ROBERT                           ATTY
             NONE
R   05/19/03 2100  2130C WOMBLE, WILLIAM RAYMOND                  FATHER

R   05/05/03 2022  2052C WOMBLE, WILLIAM RAYMOND                  FATHER

R   04/24/03 2023  2053C WOMBLE, WILLIAM RAYMOND                  FATHER

P   04/08/03 1033  1240  POTTS, JACK                              MENTAL HEA
             **NONE**
R   04/07/03 2100  2130C WOMBLE, WILLIAM RAYMOND                  FATHER

                                                                 ND: NP
$$3270: Wait.......
CMD: DVDV  KEY: _____    DATE: 04/24/12
                VISITS FOR BOOKING NUMBER                  TIME: 08:53:48

BOOKING NUMBER: A794367  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST              FIRST          MIDDLE       SUF  RC  SEX  DOB
SPEER             PAUL           B                 W   M

TYP DATE     START STOP  VISITOR NAME                             RELATION
R   03/24/03 2100  2130C WOMBLE, WILLIAM RAYMOND                  FATHER

P   03/19/03 1253  1510  GAUGHAN, DANIEL JAMES                    PYSCHOGIST
             **NONE**
R   03/13/03 2100  2130C WOMBLE, WILLIAM RAYMOND                  FATHER

R   02/27/03 2100  2130C WOMBLE, WILLIAM RAYMOND                  FATHER

R   02/20/03 2100  2130C WOMBLE, WILLIAM RAYMOND                  FATHER

R   01/27/03 2100  2130C WOMBLE, WILLIAM RAYMOND                  FATHER

R   01/16/03 1227  1257C TALTON, KEITH M                          FRIEND

                                                                 ND: NP
$$3270: Wait.......
```

```
CMD: DVDV  KEY: _____        DATE: 04/24/12
                  VISITS FOR BOOKING NUMBER                TIME: 08:53:45

BOOKING NUMBER: A794367  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST             FIRST         MIDDLE       SUF  RC  SEX  DOB
SPEER            PAUL          B                 W   M

TYP DATE       START STOP  VISITOR NAME                      RELATION
R   10/16/03 2100  2130C HEITZMANN, ALBERT KARL              FRIEND

P   10/06/03 0955  1305 LOGAN, KERRI                         MITIGATION
             **NONE**

R   09/18/03 2100  2130C WOMBLE, WILLIAM RAYMOND             FATHER

R   09/18/03 2100  2130C CATES, STEVEN BAIN                  UNCLE

P   09/15/03 0959  1039C LOGAN, KERRI                        MITIGATION
             **NONE**

R   09/11/03 1249  1319C TRUJILLO, VERONICA ANTINETTE        DAUGHTER

R   09/11/03 1249  1319C TRUJILLO, CEDRIC                    GRANDSON
                                                             ND: NP
$$3270: Wait.......
CMD: DVDV  KEY: _____        DATE: 04/24/12
                  VISITS FOR BOOKING NUMBER                TIME: 08:53:46

BOOKING NUMBER: A794367  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST             FIRST         MIDDLE       SUF  RC  SEX  DOB
SPEER            PAUL          B                 W   M

TYP DATE       START STOP  VISITOR NAME                      RELATION
P   09/10/03 1526  1606C STORRS, BOB                         ATTY

R   09/04/03 2016  2046C WOMBLE, WILLIAM RAYMOND             FATHER

R   09/04/03 2016  2046C CATES, STEVEN BAIN                  UNCLE

P   09/03/03 0928  0000 LOGAN, KERRI                         MITIGATION
             **NONE**                                        CANCELLED
P   08/20/03 0929  1009C TOMA, JOHN JOSEPH                   MENTHEALTH
             **NONE**
R   08/14/03 2100  2130C WOMBLE, WILLIAM RAYMOND             FATHER

R   08/11/03 2024  2054C CATES, STEVEN BAIN                  UNCLE
                                                             ND: NP
$$3270: Wait.......
CMD: DVDV  KEY: _____        DATE: 04/24/12
                  VISITS FOR BOOKING NUMBER                TIME: 08:53:46

BOOKING NUMBER: A794367  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST             FIRST         MIDDLE       SUF  RC  SEX  DOB
SPEER            PAUL          B                 W   M

TYP DATE       START STOP  VISITOR NAME                      RELATION
R   07/31/03 2100  2130C WOMBLE, WILLIAM RAYMOND             FATHER

R   07/28/03 2022  2052C LUJAN, CARLA GINE                   COUSIN
```



```
R   03/25/04 2025  2055C RANDLE, ANDRE S                              FRIEND
                   **NONE**
R   03/25/04 2025  2055C RANDLE, ALICIA L                            FRIEND
R   03/22/04 2100  2130C WOMBLE, WILLIAM RAYMOND                     FATHER
R   03/11/04 2020  2050C WOMBLE, WILLIAM RAYMOND                     FATHER
P   03/04/04 1209  1249C HOYT-CROFT, LES LEANNE                      PSYCH
                                                                    ND: NP
$$3270: Wait.......
CMD: DVDV  KEY: _____   DATE: 04/24/12
                    VISITS FOR BOOKING NUMBER                 TIME: 08:53:44

BOOKING NUMBER: A794367  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST            FIRST          MIDDLE      SUF  RC  SEX  DOB
SPEER           PAUL           B                W    M   11/12/78

TYP DATE     START STOP  VISITOR NAME                               RELATION
R   02/05/04 2100  2130C WOMBLE, WILLIAM RAYMOND                     FATHER
R   01/29/04 2100  2130C WOMBLE, WILLIAM RAYMOND                     FATHER
R   01/05/04 2100  2130C CATES, STEVEN BAIN                          UNCLE
R   01/05/04 2100  2130C WOMBLE, WILLIAM RAYMOND                     FATHER
R   12/22/03 2100  2130C WOMBLE, WILLIAM RAYMOND                     FATHER
R   12/11/03 2100  2130C CATES, STEVEN BAIN                          UNCLE
R   12/04/03 2100  2130C WOMBLE, WILLIAM RAYMOND                     FATHER
                                                                    ND: NP
$$3270: Wait.......
CMD: DVDV  KEY: _____   DATE: 04/24/12
                    VISITS FOR BOOKING NUMBER                 TIME: 08:53:45

BOOKING NUMBER: A794367  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST            FIRST          MIDDLE      SUF  RC  SEX  DOB
SPEER           PAUL           B                W    M   11/12/78

TYP DATE     START STOP  VISITOR NAME                               RELATION
R   11/20/03 2015  2045C WOMBLE, WILLIAM RAYMOND                     FATHER
R   11/13/03 2100  2130C WOMBLE, WILLIAM RAYMOND                     FATHER
P   11/12/03 0942  1205  LOGAN, KERRI LYNN                           MITIATION
                   **NONE**                                          COUSIN
R   11/07/03 1639  1709C LUJAN, CARLA GINE
R   10/30/03 2026  2056C WOMBLE, WILLIAM RAYMOND                     FATHER
P   10/29/03 1020  1100C THAL, JAMES STEVEN                          COURT OFC
                   **NONE**
R   10/27/03 1244  1314C HEITZMANN, ALBERT KARL                      FRIEND
                                                                    ND: NP
$$3270: Wait.......
```



```
P   11/16/04 1016  1056C STORRS, ROBERT              ATTY
    NONE
P   11/05/04 0937  1017C PARRISH, SUSAN DOWNS        PSYCH
P   11/03/04 1216  1256C STORRS, ROBERT              ATTY
    NONE
R   10/28/04 1800  1830C WOMBLE, WILLIAM RAYMOND      FATHER
R   10/21/04 1800  1830C TRUJILLO, CEDRIC             GRANDSON
                                                     ND: NP
$$3270: Wait.......
CMD: DVDV  KEY: _____      DATE: 04/24/12
           VISITS FOR BOOKING NUMBER               TIME: 08:53:41

BOOKING NUMBER: A794367  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST              FIRST        MIDDLE      SUF  RC  SEX  DOB
SPEER             PAUL         B                W   M

TYP DATE     START STOP  VISITOR NAME                RELATION
R   10/21/04 1800  1830C LOPEZ, NOEMI               FRIEND
P   10/20/04 1554  1634C STORRS, ROBERT             ATTY
    NONE
P   10/19/04 1435  1515C STORRS, ROBERT             ATTY
    NONE
P   09/30/04 1434  1514C BLUMBERG, BRUCE F          ATTORNEY
    NONE
P   09/28/04 1350  1430C BLUMBERG, BRUCE F          ATTORNEY
    NONE
P   09/17/04 0927  1007C STORRS, ROBERT             ATTY
    NONE
P   09/12/04 0853  0933C STEWART, PABLO             MED EXEMT
    NONE                                            ND: NP
$$3270: Wait......
CMD: DVDV  KEY: _____      DATE: 04/24/12
           VISITS FOR BOOKING NUMBER               TIME: 08:53:41

BOOKING NUMBER: A794367  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST              FIRST        MIDDLE      SUF  RC  SEX  DOB
SPEER             PAUL         B                W   M

TYP DATE     START STOP  VISITOR NAME                RELATION
P   09/12/04 0853  0933C STORRS, ROBERT             ATTY
    NONE
R   09/02/04 1711  1741C TRUJILLO, CEDRIC           NEPHEW
    **NONE**
R   09/02/04 1711  1741C LOPEZ, NOEMI               FRIEND
P   08/18/04 1832  1912C STORRS, SHARON E           ATTORNEY
    NONE
R   08/16/04 1800  1830C WOMBLE, WILLIAM RAYMOND     FATHER
R   07/12/04 1720  1750C HEITZMANN, ALBERT KARL      FRIEND
P   07/09/04 1022  1040  ULRICH, STEVE               POLICE DEA
    **NONE**                                        ND: NP
$$3270: Wait.......
```

```
CMD: DVDV  KEY: _____          DATE: 04/24/12
                    VISITS FOR BOOKING NUMBER                    TIME: 08:53:42

BOOKING NUMBER: A794367   TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST              FIRST         MIDDLE      SUF  RC  SEX  DOB
SPEER             PAUL          B                     W    M    ▬▬▬▬▬

TYP DATE      START STOP  VISITOR NAME                          RELATION
P    07/09/04 1003  1043C STORRS, ROBERT                        ATTY
     NONE
R    06/24/04 1722  1752C WOMBLE, WILLIAM RAYMOND ▬▬▬▬▬  ▬▬▬    FATHER

P    06/10/04 1149  1229C BLUMBERG, BRUCE E                     ATTORNEY
     NONE
P    06/10/04 1048  1128C STORRS, ROBERT                        ATTY
     NONE
R    06/07/04 1800  1830C TRUJILLO, CEDRIC                      SON
              **NONE**
R    06/07/04 1800  1830C HEITZMANN, ALBERT KARL ▬▬▬▬▬  ▬▬▬    FRIEND

P    05/21/04 1026  1106C HOYT-CROFT, LES LEANNE ▬▬▬▬▬  ▬▬▬    PSYCH

                                                               ND: NP
$$3270: Wait.......
CMD: DVDV  KEY: _____          DATE: 04/24/12
                    VISITS FOR BOOKING NUMBER                    TIME: 08:53:43

BOOKING NUMBER: A794367   TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST              FIRST         MIDDLE      SUF  RC  SEX  DOB
SPEER             PAUL          B                     W    M    ▬▬▬▬▬

TYP DATE      START STOP  VISITOR NAME                          RELATION
R    04/22/04 1800  1830C WOMBLE, WILLIAM RAYMOND ▬▬▬  ▬▬       FATHER

P    04/22/04 1127  1207C HOYT-CROFT, LES LEANNE ▬▬▬▬  ▬▬       PSYCH

R    04/22/04 1048  1118C TRUJILLO, CEDRIC ▬▬▬  ▬▬             GRANDSON

R    04/22/04 1048  1118C HEITZMANN, ALBERT KARL ▬▬  ▬▬        FRIEND

R    04/15/04 1249  1319C TRUJILLO, CEDRIC ▬▬  ▬▬             GRANDSON

R    04/15/04 1249  1319C HEITZMANN, ALBERT KARL ▬▬  ▬▬        FRIEND

P    04/12/04 1224  1304C HOYT-CROFT, LES LEANNE ▬▬▬  ▬▬       PSYCH

                                                               ND: NP
$$3270: Wait.......
CMD: DVDV  KEY: _____          DATE: 04/24/12
                    VISITS FOR BOOKING NUMBER                    TIME: 08:53:43

BOOKING NUMBER: A794367   TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST              FIRST         MIDDLE      SUF  RC  SEX  DOB
SPEER             PAUL          B                     W    M    ▬▬▬▬▬

TYP DATE      START STOP  VISITOR NAME                          RELATION
P    04/07/04 1051  1131C HOYT-CROFT, LES LEANNE ▬▬▬  ▬▬       PSYCH

R    03/29/04 2100  2130C WOMBLE, WILLIAM RAYMOND ▬▬▬  ▬▬      FATHER
```



```
CMD: DVDV  KEY: _____      DATE: 04/24/12
                 VISITS FOR BOOKING NUMBER            TIME: 08:53:39

BOOKING NUMBER: A794367  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST            FIRST         MIDDLE      SUF  RC  SEX  DOB
SPEER           PAUL          B                 W    M

TYP DATE     START STOP  VISITOR NAME                       RELATION
P   01/10/05 1329  1409C STEWART, PABLO                     MED EXEMI
    NONE
R   01/03/05 1800  1830C WOMBLE, WILLIAM RAYMOND            FATHER

P   01/03/05 0934  1014C PARRISH, SUSAN DOWNS               PSYCH

P   12/30/04 1424  1504C STORRS, ROBERT                     ATTY
    NONE
P   12/24/04 0942  102                DAVID KENNETH         MIT SPEC

R   12/23/04 1052  1122C TRUJILLO, CEDRIC                   GRANDSON

R   12/23/04 1052  1122C HEITZMANN, ALBERT KARL             FRIEND

                                                            ND: NP
$$3270: Wait......
CMD: DVDV  KEY: _____      DATE: 04/24/12
                 VISITS FOR BOOKING NUMBER            TIME: 08:53:39

BOOKING NUMBER: A794367  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST            FIRST         MIDDLE      SUF  RC  SEX  DOB
SPEER           PAUL          B                 W    M

TYP DATE     START STOP  VISITOR NAME                       RELATION
P   12/23/04 0945  1025C PARRISH, SUSAN DOWNS               PSYCH

R   12/20/04 1050  1120C HEITZMANN, ALBERT KARL             FRIEND

P   12/10/04 0809  0849               DAVID KENNETH         MIT SPEC

P   12/07/04 0917  0957C PARRISH, SUSAN DOWNS               PSYCH

P   12/06/04 0941  1021C PARRISH, SUSAN DOWNS               PSYCH

P   11/22/04 1048  1128C PARRISH, SUSAN DOWNS               PSYCH

P   11/22/04 1048  1128C HOYT-CROFT, LES LEANNE             PSYCH

                                                            ND: NP
$$3270: Wait.......
CMD: DVDV  KEY: _____      DATE: 04/24/12
                 VISITS FOR BOOKING NUMBER            TIME: 08:53:40

BOOKING NUMBER: A794367  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST            FIRST         MIDDLE      SUF  RC  SEX  DOB
SPEER           PAUL          B                 W    M

TYP DATE     START STOP  VISITOR NAME                       RELATION
P   11/22/04 1005  1045C STORRS, ROBERT                     ATTY
    NONE
P   11/16/04 1115  1159                                     MIT SPEC
```

1ST VISIT?

1 YEAR SINCE LAST VISIT w/ SPEC.

```
R   04/07/05 1717  1747C TRUJILLO, CEDRIC              GRANDSON

P   04/05/05 1103  1143C STORRS, ROBERT                ATTY
    NONE
R   04/04/05 1149  1219C TRIMBLE, RAINA LILLIDA        DAUGHTER
         **NONE**
R   04/04/05 1149  1219C TRUJILLO, VERONICA ANTINETTE  DAUGHTER

P   03/31/05 1024  1104C STORRS, ROBERT                ATTY
    NONE
                                                       ND: NP
$$3270: Wait.......
CMD: DVDV  KEY: _____     DATE: 04/24/12
              VISITS FOR BOOKING NUMBER              TIME: 08:53:37

BOOKING NUMBER: A794367  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST            FIRST         MIDDLE      SUF  RC  SEX  DOB
SPEER           PAUL          B                W    M

TYP DATE      START STOP  VISITOR NAME                RELATION
P   03/17/05 1737  1817C MILLER, PAUL ANTHONY         PSYCH

P   03/16/05 1733  1813C MILLER, PAUL ANTHONY         PSYCH

P   03/14/05 1207  1247C PARRISH, SUSAN DOWNS         PSYCH

P   03/13/05 0908  0948C WILSON, DAVID KENNETH        MIT SPEC

P   03/13/05 0908  0948C MILLER, PAUL ANTHONY         PSYCH

P   03/09/05 1328  1408C PARRISH, SUSAN DOWNS         PSYCH

P   03/08/05 1402  1442C PARRISH, SUSAN DOWNS         PSYCH
                                                       ND: NP
$$3270: Wait.......
CMD: DVDV  KEY: _____     DATE: 04/24/12
              VISITS FOR BOOKING NUMBER              TIME: 08:53:38

BOOKING NUMBER: A794367  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST            FIRST         MIDDLE      SUF  RC  SEX  DOB
SPEER           PAUL          B                W    M

TYP DATE      START STOP  VISITOR NAME                RELATION
R   03/07/05 1738  1808C TRUJILLO, CEDRIC             GRANDSON

R   03/07/05 1738  1808C HEITZMANN, ALBERT KARL       FRIEND

P   02/25/05 0803  0848C WILSON, DAVID KENNETH        MIT SPEC

P   02/17/05 1117  1157C STORRS, ROBERT               ATTY
    NONE
P   02/11/05 1900  1940C WILSON, DAVID KENNETH        MIT SPEC

P   01/14/05 0754  0834C WILSON, DAVID KENNETH        MIT SPEC

P   01/11/05 0932  1012C PARRISH, SUSAN DOWNS         PSYCH
                                                       ND: NP
$$3270: Wait.......
```



```
CMD: DVDV   KEY: _____        DATE: 04/24/12
                        VISITS FOR BOOKING NUMBER                TIME: 08:53:35

BOOKING NUMBER: A794367   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST              FIRST          MIDDLE        SUF  RC  SEX  DOB
SPEER             PAUL           B                   W    M

TYP DATE       START STOP   VISITOR NAME                          RELATION
R   05/26/05 1533  1603   TRUJILLO, VERONICA ANTINETTE            DAUGHTER

R   05/15/05 1533  1602   RANDLE, ALICIA L                        FRIEND

R   05/15/05 1503  1533   RANDLE, ALICIA L                        FRIEND

R   05/15/05 1433  1443   RANDLE, ALICIA L                        FRIEND

P   05/13/05 0924  0954   WILCOX, RON    KENNETH                  MIT SPEC

R   05/12/05 1915  1944   TRUJILLO, VERONICA ANTINETTE            DAUGHTER

R   05/12/05 1915  1944   RANDLE, ALICIA L                        FRIEND
                                                                       ND: NP
$$3270: Wait.......
CMD: DVDV   KEY: _____        DATE: 04/24/12
                        VISITS FOR BOOKING NUMBER                TIME: 08:53:36

BOOKING NUMBER: A794367   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST              FIRST          MIDDLE        SUF  RC  SEX  DOB
SPEER             PAUL           B                   W    M

TYP DATE       START STOP   VISITOR NAME                          RELATION
R   05/12/05 1826  1855   RANDLE, ALICIA L                        FRIEND

R   05/12/05 1826  1855   TRUJILLO, VERONICA ANTINETTE            DAUGHTER

P   05/09/05 1526  1556   STORRS, ROBERT                          ATTY
             NONE
R   05/08/05 1838  1907   TRUJILLO, VERONICA ANTINETTE            DAUGHTER

P   05/02/05 1333  1402   STORRS, ROBERT LLOYD                    ATTORNEY

R   04/11/05 1731  1801C  RANDLE, ANDRE                           FRIEND
              **NONE**
R   04/11/05 1731  1801C  RANDLE, ALICIA L                        FRIEND
                                                                       ND: NP
$$3270: Wait.......
CMD: DVDV   KEY: _____        DATE: 04/24/12
                        VISITS FOR BOOKING NUMBER                TIME: 08:53:37

BOOKING NUMBER: A794367   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST              FIRST          MIDDLE        SUF  RC  SEX  DOB
SPEER             PAUL           B                   W    M

TYP DATE       START STOP   VISITOR NAME                          RELATION
R   04/11/05 1147  1217C  MCBRIDE, DENISE ADAIR                   GIRLFRIEND

R   04/07/05 1717  1747C  RANDLE, ALICIA L                        FRIEND
```

PCF-04-001774



```
R    10/06/05 1649  1719  TRUJILLO, CEDRIC                        SON

R    10/06/05 1649  1719  TRUJILLO, VERONICA ANTINETTE            FRIEND

P    09/28/05 1546  1616C OLIN, ROGER ALBERT                      MCSO CLERG

P    09/28/05 1253  1323C PARRISH, SUSAN DOWNS                    PSYCH

P    08/26/05 0831  0901C PARKER, JOEL EDWARD                     PSYCH

                                                                 ND: NP
$$3270: Wait.......
CMD: DVDV  KEY: _____  DATE: 04/24/12
               VISITS FOR BOOKING NUMBER                  TIME: 08:53:34

BOOKING NUMBER: A794367  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST                  FIRST          MIDDLE      SUF  RC  SEX  DOB
SPEER                 PAUL           B                W   M

TYP DATE      START STOP  VISITOR NAME                           RELATION
P   08/18/05 1302  1331  STORRS, ROBERT                          ATTY
         NONE
P   08/17/05 1620  1649  BLUMBERG, BRUCE F                       ATTORNEY
         NONE
P   08/04/05 1154  1224  STORRS, ROBERT                          ATTY
         NONE
R   07/29/05 0829  0858  PARKER, JOEL EDWARD                     PSYCH

R   07/21/05 1813  1842  TRUJILLO, CEDRIC                        GRANDSON

R   07/21/05 1813  1842  TRUJILLO, VERONICA ANTINETTE            DAUGHTER

P   07/20/05 0904  0934  HARRIS, ANNE ELIZABETH                  MENT HEALTH

                                                                 ND: NP
$$3270: Wait.......
CMD: DVDV  KEY: _____  DATE: 04/24/12
               VISITS FOR BOOKING NUMBER                  TIME: 08:53:35

BOOKING NUMBER: A794367  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST                  FIRST          MIDDLE      SUF  RC  SEX  DOB
SPEER                 PAUL           B                W   M

TYP DATE      START STOP  VISITOR NAME                           RELATION
P   07/18/05 1540  1609  BLUMBERG, BRUCE E                       ATTORNEY
         NONE
R   07/10/05 1910  1939  TRUJILLO, VERONICA ANTINETTE            DAUGHTER

R   06/20/05 1333  1402  HEITZMANN, ALBERT KARL                  FRIEND

P   06/14/05 1445  1514  RANEY, JOHN                             MENTAL HLT
         **NONE**
R   06/07/05 1843  1912  WOMBLE, WILLIAM RAYMOND                 FATHER

P   06/06/05 1721  1751  STORRS, ROBERT                          ATTY
         NONE
R   06/02/05 1914  1944  TRUJILLO, VERONICA ANTINETTE            DAUGHTER

                                                                 ND: NP
$$3270: Wait.......
```



```
CMD: DVDV  KEY: _____          DATE: 04/24/12
                    VISITS FOR BOOKING NUMBER                TIME: 08:53:32

BOOKING NUMBER: A794367   TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST              FIRST         MIDDLE        SUF   RC   SEX   DOB
SPEER             PAUL          B                   W    M

TYP DATE      START STOP   VISITOR NAME                            RELATION
R   07/22/06 1353  1422   HEITZMANN, ALBERT KARL                   FRIEND

P   06/11/06 1500  1530C  WILSON, DAVID KENNETH                    MIT SPEC

R   06/11/06 1331  1348P  HEITZMANN, ALBERT KARL                   FRIEND

P   05/31/06 1342  1412C  STORRS, ROBERT                           ATTORNEY
             NONE
R   05/29/06 0945  1015C  WOMBLE, WILLIAM RAYMOND                  FATHER

R   05/27/06 1336  1405   HEITZMANN, ALBERT KARL                   FRIEND

P   05/23/06 1125  1155C  BAYLESS, MICHAEL                         PSYCHE
             **NONE** 30MIN
                                                                   ND: NP
$$3270: Wait.......
CMD: DVDV  KEY: _____          DATE: 04/24/12
                    VISITS FOR BOOKING NUMBER                TIME: 08:53:32

BOOKING NUMBER: A794367   TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST              FIRST         MIDDLE        SUF   RC   SEX   DOB
SPEER             PAUL          B                   W    M

TYP DATE      START STOP   VISITOR NAME                            RELATION
P   05/12/06 1008  1038C  BLUMBERG, BRUCE E                        ATTORNEY
             NONE
R   03/29/06 1600  1629   TRUJILLO, CEDRIC                         GRANDSON

R   03/29/06 1600  1629   HEITZMANN, ALBERT KARL                   FRIEND

P   02/16/06 1428  1458C  STORRS, ROBERT                           ATTORNEY
             NONE
P   01/06/06 1150  1220C  PARRISH, SUSAN DOWNS                     PSYCH

P   01/04/06 1723  1753C  STORRS, ROBERT                           ATTY
             NONE
R   11/28/05 1555  1624   TRUJILLO, CEDRIC                         SON
                                                                   ND: NP
$$3270: Wait.......
CMD: DVDV  KEY: _____          DATE: 04/24/12
                    VISITS FOR BOOKING NUMBER                TIME: 08:53:33

BOOKING NUMBER: A794367   TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST              FIRST         MIDDLE        SUF   RC   SEX   DOB
SPEER             PAUL          B                   W    M

TYP DATE      START STOP   VISITOR NAME                            RELATION
R   11/28/05 1555  1624   HEITZMANN, ALBERT KARL                   FRIEND

R   11/14/05 1658  1727   HEITZMANN, ALBERT KARL                   FRIEND
```

```
·P   01/26/07 1542  1612C STORRS, ROBERT                              ATTORNEY
     NONE
 P   01/25/07 1744  1814C NICHOLSON, PAMELA                           ATTYY
                **NONE**
 P   01/16/07 1920  1950C NICHOLSON, PAMELA                           ATTYY
                **NONE**
 R   01/06/07 0844  0855U HEITZMANN, ALBERT KARL                      FRIEND

 P   12/27/06 1539  1609C BLUMBERG, BRUCE E                           ATTORNEY
     NONE
                                                                      ND: NP
$$3270: Wait.......
CMD: DVDV  KEY: _____   DATE: 04/24/12
                  VISITS FOR BOOKING NUMBER                TIME: 08:53:29

BOOKING NUMBER: A794367  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST                FIRST           MIDDLE        SUF  RC  SEX  DOB
SPEER               PAUL            B                   W   M

TYP DATE      START STOP  VISITOR NAME                                RELATION
P   12/22/06 1531  1601C NICHOLSON, PAMELA                            ATTYY
                **NONE**
P   12/22/06 1411  1441C STORRS, ROBERT                               ATTORNEY
     NONE
P   11/12/06 1205  1235C STORRS, ROBERT                               ATTORNEY
     NONE
P   10/31/06 1427  1457C STORRS, SHARON F                             ATTORNEY
     NONE
R   09/30/06 1356  1425  HEITZMANN, ALBERT KARL                       FRIEND

R   09/26/06 1929  1958  WOMBLE, SABRINA LYNN                         MOTHER

P   09/25/06 1316  1346C STORRS, ROBERT                               ATTORNEY
     NONE
                                                                      ND: NP
$$3270: Wait.......
CMD: DVDV  KEY: _____   DATE: 04/24/12
                  VISITS FOR BOOKING NUMBER                TIME: 08:53:30

BOOKING NUMBER: A794367  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST                FIRST           MIDDLE        SUF  RC  SEX  DOB
SPEER               PAUL            B                   W   M

TYP DATE      START STOP  VISITOR NAME                                RELATION
P   09/11/06 1300  1330C              KENNETH                         MIT SPEC
R   09/09/06 1328  1358  HEITZMANN, ALBERT KARL                       FRIEND

P   08/15/06 1401  1431C BAYLESS, MICHAEL                             PSYCHE
                **NONE**   30MIN
P   08/14/06 1028  1058C BAYLESS, MICHAEL                             PSYCHE
                **NONE** 30MIN
R   08/13/06 1325  1354  TRUJILLO, CEDRIC                             SON

R   08/13/06 1325  1354  TRUJILLO, VERONICA ANTINETTE                 SISTER

P   08/06/06 0901  0931C              KENNETH                         MIT SPEC
                                                                      ND: NP
$$3270: Wait.......
```



```
CMD: DVDV  KEY: _____COPYDATE: 04/24/12
                    VISITS FOR BOOKING NUMBER              TIME: 08:53:20

BOOKING NUMBER: A794367  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST              FIRST        MIDDLE      SUF  RC  SEX  DOB
SPEER             PAUL         B                 W   M

TYP DATE     START STOP  VISITOR NAME                      RELATION
P   03/26/07 1844  1914C NICHOLSON, PAMELA                 ATTYY
             **NONE**
P   03/25/07 1612  1642C HOYT-CROFT, LES LEANNE            PSYCH

P   03/22/07 1802  1832C BLUMBERG, BRUCE E                 ATTORNEY
    NONE
P   03/17/07 1927  1957C NICHOLSON, PAMELA                 ATTYY
             **NONE**
R   03/12/07 1544  1613  RANDLE, ALICIA L                  FRIEND

P   03/06/07 1832  1902C STORRS, SHARON E                  ATTORNEY
    NONE
S   03/05/07 1844  1914C ROTH, AUGUSTA S                   PSYCHIATRY
                                                          ND: NP
$$3270: Wait.......
CMD: DVDV  KEY: _____  DATE: 04/24/12
                    VISITS FOR BOOKING NUMBER              TIME: 08:53:26

BOOKING NUMBER: A794367  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST              FIRST        MIDDLE      SUF  RC  SEX  DOB
SPEER             PAUL         B                 W   M

TYP DATE     START STOP  VISITOR NAME                      RELATION
P   03/04/07 1846  1916C NICHOLSON, PAMELA                 ATTYY
             **NONE**
P   02/25/07 1701  1731C NICHOLSON, PAMELA                 ATTYY
             **NONE**
O   02/19/07 1620  1649  RILEY, SUE PAMELA                 AUNT

O   02/19/07 1620  1649  LUJAN, CARLA GINE                 COUSIN

O   02/19/07 1402  1404V RILEY, SUE PAMELA                 AUNT

O   02/19/07 1402  1404V LUJAN, CARLA GINE                 COUSIN

P   02/11/07 1500  1530C NICHOLSON, PAMELA                 ATTYY
             **NONE**
                                                          ND: NP
$$3270: Wait.......
CMD: DVDV  KEY: _____  DATE: 04/24/12
                    VISITS FOR BOOKING NUMBER              TIME: 08:53:28

BOOKING NUMBER: A794367  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST              FIRST        MIDDLE      SUF  RC  SEX  DOB
SPEER             PAUL         B                 W   M

TYP DATE     START STOP  VISITOR NAME                      RELATION
P   02/02/07 1700  1730C NICHOLSON, PAMELA                 ATTYY
             **NONE**
P   02/02/07 1612  1642C NICHOLSON, PAMELA                 ATTYY
             **NONE**
```

PCF-04-001778



Joseph M. Arpaio, Sheriff
Maricopa County
Wells Fargo Plaza
100 W. Washington, Suite 1900
Phoenix, Arizona 85003

Lee Brinkmoeller
Mitigation Specialist
P.O. Box 21374
Mesa, AZ 85277

85277$1374

PCF-04-001779

**PERMISO PARA VISITAR A UN PRESO EN LA CÁRCEL DEL CONDADO**
**OFICINA DEL SHERIFF DEL CONDADO DE MARICOPA**
Joseph M. Arpaio, Sheriff

Cantidad:_____      Clave: _____      Mesa: _____

**A SER COMPLETADO POR VISITANTES DE 18 AÑOS O MÁS**

Unidad de vivienda: _____      # de ficha: _____

Apellido del preso: _____      Nombre: _____

Información del visitante

Apellido: _____      Nombre: _____

Relación: _____      Sexo:   M     F   Fecha de nacimiento _____

Dirección: _____      Ciudad y código postal _____

Duración de la visita (Por favor encierre con un círculo)

              ½ Hora                          1 Hora                    1 ½ Horas

½ Hora= 1 visita (Límite: Tres [3] visitas en un periodo de 7 días)
Dos (2) personas por visita

Hora de entrada: _____      Comenzó: _____      Terminó: _____

Ciudadanía del individuo, únicamente para visitas regulares y de fuera del condado

Usted debe escoger una opción y completar toda la información:

        ☐  Soy ciudadano de los Estados Unidos

        ☐  Soy extranjero naturalizado

Lugar de entrada a los Estados Unidos: _____      Fecha de entrada a los Estados Unidos: _____

Tipo de documento: _____      Número de verificación: _____

Complete este formulario y devuélvalo con una identificación con foto válida.
No nos hacemos responsables por artículos extraviados ni robados.
Una vez que haya firmado para la visita, no se vaya del área del lobby, o puede perder su visita.
Su visita puede ser terminada si sus niños no están adecuadamente supervisados, o si los deja
desatendidos por cualquier motivo. Recuerde: sus niños son su responsabilidad.

5000-371 R11-10 SFOR221          Sgt. Alger

                                602-876-9103

**PCF-04-001780**

**PERMIT TO VISIT AN INMATE IN COUNTY JAIL**
**MARICOPA COUNTY SHERIFF'S OFFICE**
Joseph M. Arpaio, Sheriff

Amount: _____ Key: _____ Table: _____

## TO BE COMPLETED BY VISITORS 18 OR OLDER

Housing Unit: _____ Booking #: _____

Inmate's Last Name: _____ First name: _____

**Visitor Information**

Last Name: _____ First name: _____

Relationship: _____ Sex:   M   F   Date/Birth: _____

Address: _____ City & ZIP: _____

**Length of Visit (Please circle one)**

½ Hour          1 Hour          1 ½ Hour

½ hour = 1 Visit   (Limit: Three [3] visits in a 7-day period)
Two (2) people per visit

Time of entry: _____ Start: _____ End: _____

**Citizenship of Visitor for Regular & Out-of-County Visits Only**

You must check one block and fill in the information completely:

☐   I am a U.S. Citizen.

☐   I am a Non-Citizen Alien.
　　Place entered US: _____ Date entered US: _____
　　Document Type: _____ Verification Number: _____

Complete this form and return it with a valid picture ID.

We are *not* responsible for lost or stolen items.

Once you have signed up to visit, *do not leave the lobby area*, or you may miss your visitation.

Your visit may be terminated if your children are not properly supervised, or left unattended for any reason. *Remember: your children are your responsibility.*

5000-371 R11-10 SFOR221

**PCF-04-001781**

**LEE BRINKMOELLER**
**MITIGATION SPECIALIST**
**(480) 495-7580**

P.O. Box 21374
Mesa, Arizona 85277
Email: lcjcdm3@man.com

Se Habla Español

Fax Cover Sheet

Date: O 7, 20, 2012      Number of pages: 4 (including cover pager)

TO:                                    FROM:

Name: Office Truman                    Lee Brinkmoeller

Company: MCSO - Legal Liason           Capital Mitigation Specialist

Telephone: 602-876-3400                480-495-7580
                                       Fax # 480-890-9219
Fax: 602-253-9511

Comments: If you have any questions, please
Call the above phone number or Dona at
480-720-5941.

LEE BRINKMOELLER, Mitigation Specialist
P.O. Box 21374
Mesa, Arizona 85277
LCJCDM3@MSN.COM
480-495 7580

April 20, 2012

Maricopa County Sheriff's Office
Legal Liaison Office
Phoenix, Arizona
602-876-3400
602-253-9511 (FAX)

Re: Paul Speer
Booking # A794367
D.O.B: 11/13/1978

To Whom It May Concern:

      My name is Lee Brinkmoeller. I am the Capital Mitigation Specialist in the representation of Paul Bradley Speer, Maricopa County Superior Court CR 2002-010926. My job entails completing Mr. Speer's social history as well as gathering records. Attorney Nathaniel Carr is the lead attorney in this capital, PCR case.

      Please forward all of Mr. Speer's visitation records during this booking. I believe there are records for all legal and non-legal visits. I need to review the type of visit and length of each visit.

      I have attached a copy of the court order signed by Superior Court Judge Douglas L Rayes for the release of any documentation needed.

      If you have any questions please contact me at (480) 495-7580 or e-mail me at lcjcdm3@msn.com. Thank-you in advance for your assistance in this matter.

Sincerely,

Lee Brinkmoeller
Capital Mitigation Specialist

TRANSMISSION VERIFICATION REPORT

```
TIME    : 04/20/2012 15:34
NAME    : BRINKMOELLER
FAX     : 4808909219
TEL     : 4804957580
SER.# : M7J578550
```

```
DATE,TIME              04/20  15:33
FAX NO./NAME           6022539511
DURATION               00:00:53
PAGE(S)                04
RESULT                 OK
MODE                   STANDARD
                       ECM
```

Exhibit 42



# Maricopa County Attorney

ANDREW P. THOMAS

301 W. JEFFERSON, SUITE 800
PHOENIX, AZ 85003
www.maricopacountyattorney.org

PH. (602) 506-3411
TDD (602) 506-4352
FAX (602) 506-8102

*Direct Fax:  (602) 506-6161*

May 9, 2005

Dr. Brad Bayless
3620 N. Third Street
Phoenix, AZ. 85012

RE:    State v. Paul Speer & Brian Womble
       CR 2002-010926

Dear Dr. Bayless:

Thank you for agreeing to evaluate these two Defendants. Accompanying this letter is all of the material I have on them, including all of the "mitigation" material provided by the defense attorneys and the police reports from the murder. A specific list of all the items is also attached. You should also have all of the raw data by the various doctors who have evaluated Paul Speer in the last year or so. If you do not have all of that material, please let me know and I will attempt to get it. As far as I can tell, Paul Speer hasn't taken any psychological tests in years so please do those tests that you feel are necessary to do a complete evaluation. Brian Womble did take some tests during Dr. Lanyon's evaluation of him in 2003 but the defense isn't calling him so I do not have access to that raw data. I would also like you to tape record your interview of both defendants.

Regarding Brian Womble, there is also an issue of his sanity or insanity at the time of the murder. I would like you to address that issue when you do your evaluation of him.

As we have previously agreed, my office will pay you a fixed fee of $15, 000.00 for both evaluations, including the record review and  trial testimony if that becomes necessary. You are free to go see both Defendants as soon as you are able. Speer's Booking number is A794367. He is at the new 4th Avenue Jail. Womble's booking number is A827394. He is at the Lower Buckeye Jail.

Please let me know if you need any other information. Thank you again.

Sincerely,

Jeannette R. Gallagher
Deputy County Attorney

STATE V. PAUL SPEER & BRIAN WOMBLE    CR 2004 – 010926
Attached materials:

1. DR for burglary, murder & attempted murder
2. Interview of Mario Mano: Confidential Informant
3. Letters from Speer to Womble (3)
4. Mitigation notebook materials from Bob Storrs: 690 pages plus evaluations of Speer by Dr. Leslie Hoyt Croft, Dr. Susan Parrish (including raw test data), Dr. Paul Miller & Dr. Pablo Stewart
5. Maricopa County Jail records for Paul Speer: 3/02 – 1/24/05 (contained in mitigation notebook
6. DOC records on Paul Speer
7. Psyc. Evaluation of Brian Womble by Dr. Richard Lanyon
8. Psyc. Evaluation of Brian Womble by Dr. Stan Cabanski
9. Brain Womble's juvenile court records (273 pages)

Exhibit 43

# STATE OF ARIZONA
## CERTIFICATION OF VITAL RECORD

ORIGINAL
STATE COPY

### STATE OF ARIZONA
### DEPARTMENT OF HEALTH SERVICES-BUREAU OF VITAL RECORDS
### CERTIFICATE OF DEATH

State File Number
102-2017-049460

| 1. DECEDENT'S LEGAL NAME (FIRST, MIDDLE, LAST, SUFFIX) | 2. AKA'S (IF ANY) SABRINA LYNN CATES; SABRINA LYNN SMITH; SABRINA LYNN SPEER | 3 DATE OF DEATH |
|---|---|---|
| SABRINA, LYNN, WOMBLE | | 11/05/2017 |

| 4. SEX | 5. SOCIAL SECURITY NUMBER | 6. DATE OF BIRTH | 7. AGE |
|---|---|---|---|
| FEMALE | | 11/02/1958 | 59 YEARS |

| 8. CITY/TOWN, COUNTY AND ZIP OR LOCATION OF DEATH |
|---|
| PHOENIX, MARICOPA, 85013 |

| 9. PLACE OF DEATH (TYPE OF PLACE OF DEATH AND FACILITY NAME/ADDRESS) |
|---|
| EMERGENCY - ST. JOSEPH'S HOSPITAL AND MEDICAL CENTER |

| 10. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY) | 11. MARITAL STATUS | 12. NAME OF SURVIVING SPOUSE PRIOR TO FIRST MARRIAGE (FIRST, MIDDLE, LAST, SUFFIX) |
|---|---|---|
| PHOENIX, ARIZONA | MARRIED | WILLIAM, RAYMOND, WOMBLE |

| 13. DECEDENT'S USUAL RESIDENCE ADDRESS (STREET, CITY, COUNTY, STATE, ZIP) |
|---|
| 2985 N 19TH AVENUE, PHOENIX, MARICOPA, AZ, 85015 |

| 14. DECEDENT'S HISPANIC ORIGIN(S) | 15. DECEDENT'S RACE(S) | 16. EVER IN ARMED FORCES |
|---|---|---|
| | | NO |
| | | 17. OCCUPATION |
| NO, NOT SPANISH/HISPANIC/LATINO | WHITE | BUSINESS OWNER |

| 18. FATHER'S NAME (FIRST, MIDDLE, LAST, SUFFIX) | 19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (FIRST, MIDDLE, LAST, SUFFIX) |
|---|---|
| GEORGE, LEE, CATES | SYLVIA, , SAYE |

| 20. INFORMANT'S NAME (FIRST, MIDDLE, LAST, SUFFIX) | 21. RELATIONSHIP |
|---|---|
| WILLIAM, RAYMOND, WOMBLE | SPOUSE |

| 22. INFORMANT'S MAILING ADDRESS |
|---|
| 5118 N 18TH AVENUE, PHOENIX, AZ, 85015 |

| 23. NAME AND ADDRESS OF FUNERAL FACILITY OR RESPONSIBLE PERSON | 24. FUNERAL DIRECTOR'S NAME OR RESPONSIBLE PERSON | 25. LICENSE NUMBER |
|---|---|---|
| ABEL FUNERAL SERVICES 1627 N 51ST AVENUE, PHOENIX, AZ, 85035 | BRIAN, , MCBRIDE | F0792 |

| 26. METHOD(S) OF DISPOSITION | 27. NAME AND LOCATION OF 1ST DISPOSITION FACILITY | 28. NAME AND LOCATION OF 2ND DISPOSITION FACILITY |
|---|---|---|
| CREMATION | CREMATION CENTER OF ARIZONA, PHOENIX, AZ, US | |

### MEDICAL CERTIFICATION SECTION CAUSE OF DEATH PART I

| 29. A. IMMEDIATE CAUSE OF DEATH | 30. APPROXIMATE INTERVAL |
|---|---|
| END STAGE RENAL DISEASE IN THE SETTING OF ATHEROSCLEROTIC AND HYPERTENSIVE CARDIOVASCULAR DISEASE AND DIABETES MELLITUS | YEARS |
| 31. B. DUE TO OR AS A CONSEQUENCE OF: | 32. APPROXIMATE INTERVAL |
| | |
| 33. C. DUE TO OR AS A CONSEQUENCE OF: | 34. APPROXIMATE INTERVAL |
| | |
| 35. D. DUE TO OR AS A CONSEQUENCE OF: | 36. APPROXIMATE INTERVAL |
| | |

### CAUSE OF DEATH PART II

| 37. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO THE DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I: | 38. INJURY? | 39. INJURY AT WORK? | 40. MANNER OF DEATH |
|---|---|---|---|
| | YES | NO | ACCIDENT |
| | 41. TIME OF DEATH | 42. WAS AN AUTOPSY PERFORMED? | 43. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? |
| ACUTE HEROIN TOXICITY, CHRONIC HEPATITIS C VIRAL INFECTION | 20.19 | YES | YES |

### CAUSE AND MANNER CERTIFICATION

| ON THE BASIS OF EXAMINATION OR INVESTIGATION, AS APPLICABLE, THE DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED | 44. NAME OF PERSON COMPLETING CAUSE OF DEATH | 45. DATE CERTIFIED |
|---|---|---|
| | WILLIAM, , STANO | 01/25/2018 |

| 46. CERTIFIER'S ADDRESS |
|---|
| 701 W JEFFERSON STREET, PHOENIX, AZ, 85007 |

Date Registered: 11/16/2017          Date Issued: 03/16/2018          VS-49 Rev. 12/2017



J0744766

This is a true certification of the facts on file with the Arizona Department of Health Services, Bureau of Vital Records, PHOENIX, ARIZONA
Revised 07/2016

KRYSTAL COLBURN
ASSISTANT STATE REGISTRAR

ARIZONA DEPARTMENT OF HEALTH SERVICES

This copy not valid unless prepared on a form displaying the State Seal and impressed with the raised seal of the issuing agency.

### ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Exhibit 44

# MMPI-2 ADULT INTERPRETIVE SYSTEM

developed by
Roger L. Greene, PhD
and PAR Staff

## Client Information

| | |
|---|---|
| Name : | PAUL SPEER |
| ID : | 000200 |
| Age : | 27 |
| Gender : | Male |
| Marital Status : | Never Married |
| Ethnicity : | White |
| Birth Date : | 11/13/1978 |
| Education : | 10 |
| Admin. Date : | 08/14/2006 |

The interpretive information contained in this report should be viewed as only one source of hypotheses about the individual being evaluated. No decisions should be based solely on the information contained in this report. This material should be integrated with all other sources of information in reaching professional decisions about this individual. This report is confidential and intended for use by qualified professionals only. It should not be released to the individual being evaluated.

Copyright (c) 1990, 1997, 1998 by
Psychological Assessment Resources, Inc.
All rights are reserved.
MMPI-2 is a registered trademark of the University of Minnesota

MMPI-2 Adult Interpretive System
Michael B. Bayless
PAUL SPEER
Page:2

# PROFILE MATCHES AND SCORES FOR STANDARD VALIDITY AND CLINICAL SCALES

## Best Three Matches with Client's Profile:

| Discriminant Function | | | Cohen's Index | | | Deviation Squared | | |
|---|---|---|---|---|---|---|---|---|
| Codetype | Score | Prob | Codetype | rc | %ile | Codetype | D2 | %ile |
| 4-6/6-4 | 168.605 | .694 | 4-6/6-4-(3) | 0.933 | 88% | 3-8/8-3-(4) | 1769 | 48% |
| 2-4/4-2 | 167.493 | .228 | 1-4/4-1-(6) | 0.905 | 88% | 3-8/8-3-(6) | 2073 | 43% |
| 4-8/8-4 | 165.342 | .027 | 4-6/6-4-(7) | 0.927 | 86% | 3-8/8-3-(7) | 2208 | 40% |

| Scale | Client's Profile | Best Fit Prototype Profile |
|---|---|---|
| Codetype: | 4-6/6-4-(2) | 4-8/8-4-(6) |
| rc: | 0.913 | 0.881 |
| D2: | 3381 | 2589 |
| L | 56 | 50 |
| F | 67-- | 93 |
| K | 47 | 43 |
| 1 Hs | 75+ | 60 |
| 2 D | 89++ | 67 |
| 3 Hy | 79+ | 60 |
| 4 Pd | 102+ | 86 |
| 5 Mf | 64 | 55 |
| 6 Pa | 94+ | 80 |
| 7 Pt | 85÷ | 72 |
| 8 Sc | 86 | 87 |
| 9 Ma | 69 | 64 |
| 0 Si | 53 | 59 |

| Mean Clinical | | |
|---|---|---|
| Elevation: | 74 | 67 |
| Scatter: | 16 | 13 |
| Client Age: | 27 | 27 |
| Men (Percent): | X | 53% |
| Women (Percent): | | 47% |

MMPI-2 Adult Interpretive System
Michael B. Bayless
PAUL SPEER
Page:3

# CONFIGURAL VALIDITY SCALES INTERPRETATION

There is no interpretation available for this configuration of the L, F, and K scales. The validity of this administration of the MMPI-2 will need to be ascertained by reviewing these three scales individually as well as other measures of consistency and accuracy of item endorsement.

# CONFIGURAL CLINICAL SCALES INTERPRETATION

Codetype: 4-8/8-4-(6)

CLINICAL PRESENTATION:

Moods

He is experiencing a moderate to severe level of emotional distress characterized by dysphoria, anxiety, agitation, and anhedonia. His affect is likely to be blunted or inappropriate. He often feels resentful and angry, and he has difficulty controlling or expressing his anger appropriately. In response to stress, he is likely either to withdraw completely or to act out his angry impulses. He feels insecure, isolated, rejected, and unwanted. He is threatened by a world that he views as hostile and dangerous. He finds it very difficult to get things done in his life and has little hope of being successful if he could get motivated at something.

Cognitions

He has difficulty concentrating on tasks. He exhibits poor judgment and is often unpredictable and impulsive. He thinks and dreams about things that he knows are best kept to himself. He feels as if things are not real and is worried that there is something wrong with his mind. He is hypervigilant and suspicious of the motives of others.

He reports a number of symptoms that may reflect a psychotic process or a very long-term characterologic condition. His presenting problems, background, and history should be reviewed carefully with this possibility in mind.

Interpersonal Relations

He is introverted, lacks basic social skills, and tends to be socially withdrawn and isolated. He has difficulty with close, emotional relationships. He is emotionally distant, feels lonely, and believes that no one understands him and his problems. His tendency to feel rejected by others often leads to hostility and conflict, which only exacerbate his

MMPI-2 Adult Interpretive System
Michael B. Bayless
PAUL SPEER
Page:4

feelings of being alienated from others. He sees his family as extremely uncaring and
critical and his home life as very unpleasant.

Other Problem Areas

He is likely to have suicidal ideation that should be evaluated carefully. His isolation,
hopelessness, and proneness to act out impulsively toward himself or others increase the
potential for suicide. He is very likely to abuse substances, which also increases the
probability of acting out.

If he commits a crime, it is likely to be poorly planned and executed and may involve
bizarre or violent behavior. His problems frequently involve inappropriate sexual behavior.


TREATMENT:

His prognosis is generally very poor because of the characterologic nature of his
problems. Psychopharmacologic interventions also are unlikely to be very effective because
of the characterologic problems involved. Interventions focused on specific behavioral
objectives may be useful. His difficulties in forming an emotional relationship and his
reluctance to self-disclose make the establishment of a therapeutic alliance problematic at
best. Any form of insight-oriented therapy is contraindicated. Because of his propensity for
suicide and substance abuse, medications should be carefully monitored.


POSSIBLE DIAGNOSES:

    Axis I - R/O Schizophrenia and Other Psychotic Disorders
            295.30 Schizophrenia, Paranoid Type
            295.40 Schizophreniform Disorder
            295.70 Schizoaffective Disorder, Depressive Type
        R/O Paraphilias
            302.9  Paraphilia NOS
        R/O Impulse-Control Disorders Not Elsewhere Classified
            312.34 Intermittent Explosive Disorder
        R/O Substance-Related Disorders
            305.00 Alcohol Abuse
    Axis II - R/O Personality Disorders
            301.0  Paranoid Personality Disorder
            301.22 Schizotypal Personality Disorder
            301.7  Antisocial Personality Disorder


# VALIDITY AND CLINICAL SCALES

MMPI-2 Adult Interpretive System
Michael B. Bayless
PAUL SPEER
Page:5

# VALIDITY SCALES

## L    T = 56

He may be defensive, lack insight, and be slightly more conforming and moralistic than usual. He may have a tendency to repress or deny problems and unfavorable traits.

## F    T = 67

He is likely to be described as moody, changeable, dissatisfied, opinionated, restless, unstable, and self-critical.

## K    T = 47

He exhibits an appropriate balance between self-disclosure and self-protection. He is psychologically well-adjusted and capable of dealing with problems in his daily life. Scores in this range also are indicative of good ego strength, sufficient personal resources to deal with problems, a positive self-image, adaptability, and a wide range of interests. Prognosis for psychological intervention is generally good.

# CLINICAL SCALES

## 1 Hs = 75

He is expressing excessive concern about the functioning of his body and is endorsing multiple vague somatic complaints. He is typically self-centered, dissatisfied, demanding of attention, complaining, and generally negative and pessimistic. He may use his somatic complaints to control and manipulate others. The prognosis for either psychological or medical intervention is guarded. Conservative medical treatment is usually recommended. He is highly skilled at frustrating and sabotaging the help of others and will often "shop" for physicians and/or therapists. Individuals with multiple bonafide physical disorders, particularly of an acute nature, will score in the lower end of this range (T scores = 65-75).

## 2 D = 89

He feels depressed, unhappy, sad, and pessimistic about the future. He often feels guilty and is self-critical. Suicidal ideation and potential should be evaluated carefully, as well as his responses to items 150, 303, 506, 520, and 524. He often feels inadequate, helpless, and lacking in self-confidence. Social withdrawal, poor concentration, appetite and sleep disturbances, and low frustration tolerance are possible. Increasingly higher scores are usually associated with an increase in the number and severity of depressive symptoms.

MMPI-2 Adult Interpretive System
Michael B. Bayless
PAUL SPEER
Page:6

### 3 Hy = 79

He develops physical symptoms in response to stress and may use his complaints to avoid responsibility. He is often naive, immature, self-centered, and he denies any psychological problems. He lacks insight concerning the causes of his symptoms and his own motives and feelings.

He is frequently very demanding of affection and support, and may use indirect and manipulative means to get attention and affection. His social relationships are often superficial and immature. He is resistant to psychological interpretations and treatment, and any form of psychological intervention will be difficult. He often looks for simplistic, concrete solutions to his problems-- solutions that do not require self-examination. He is unlikely to be psychotic.

### 4 Pd = 102

He is characterized as angry, belligerent, rebellious, resentful of rules and regulations, and hostile toward authority figures. He is likely to be impulsive, unreliable, egocentric, and irresponsible. He often has little regard for social standards. He often shows poor judgment and seems to have difficulty planning ahead and benefiting from his previous experiences. He makes a good first impression, but long-term relationships tend to be rather superficial and unsatisfying. Analysis of the Content Scales and/or the Harris-Lingoes Subscales may facilitate interpretation of scores within the lower end of this range (T scores 60-80).

### 5 Mf = 64

He has an interest in aesthetics and may be rather passive. This range is typical for most college-educated men in the liberal arts. Elevations in this range are sometimes associated with acute, ego-dystonic conflicts marked by passivity and inability to find acceptable solutions to situational problems.

### 6 Pa = 94

He is suspicious and hostile. He feels as if he is being mistreated, or he is hypersensitive to the reactions of others. He often blames others for his difficulties. He may manifest psychotic behavior, and a thought disorder may be readily apparent. Ideas of reference and delusions of persecution may also be present.

### 7 Pt = 85

He is worried, anxious, tense, and experiencing emotional discomfort. He may experience irrational fears and typically ruminates about his problems. Disabling guilt feelings may be present. Agitation may develop. He worries excessively and may have problems in concentration. Obsessions and compulsions may be present.

### 8 Sc = 86

He may be experiencing serious psychopathology that includes confused thinking, distorted

MMPI-2 Adult Interpretive System
Michael B. Bayless
PAUL SPEER
Page.7

perceptions, and other psychotic processes. Difficulties in logic and concentration, impaired judgment, and the presence of a thought disorder should be evaluated. The clinician should verify that measures of consistency and accuracy of item endorsement are within acceptable ranges.

**9 Ma = 69**

He is overactive, has difficulties in concentration and attention, and finds it difficult to relax. He may be quite creative and may start many projects, but he finds it difficult to see them through to completion. As the elevation on this scale increases, there is the increasing probability that he will be seen as emotionally labile and restless, and that he will exhibit manic features and flight of ideas. He may also exhibit maladaptive hyperactivity, grandiosity, verbosity, irritability, unpredictability, and insufficient inhibitory capacities.

**0 Si = 53**

This score is considered to be within normal limits.

# ADDITIONAL SCALES

# TEST-TAKING SCALES/INDICES

**Raw = 0**

He has omitted no items which is typical of most people taking the MMPI-2.

**Fb = 75**

He is likely to be described as moody, changeable, dissatisfied, opinionated, restless, unstable, and self-critical.

**VRIN = 50**

He responded in a consistent manner to test items.

**TRIN = 64**

He responded in a consistent manner to test items.

MMPI-2 Adult Interpretive System
Michael B. Bayless
PAUL SPEER
Page:8

## Consistency Index

An index of the consistency of item endorsement based on scales F, Fb, and VRIN indicates that he has endorsed the items in a consistent manner.

# SUPPLEMENTARY SCALES

### Anxiety (A) = 77

He is overtly anxious, distressed, uncomfortable, and generally maladjusted. Because of his emotional distress, he is motivated to begin psychological treatment.

### Repression (R) = 54

This score is considered to be within normal limits.

### Ego Strength (Es) = 30

He is likely to have limited personal resources for coping with his problems and stresses. He has a poor self-concept and shows a poor response to psychological treatment.

### MacAndrew Alcoholism-Revised (MAC-R) = 64

This score is considered to be within normal limits.

### Overcontrolled Hostility (O-H) = 69

This score is considered to be within normal limits.

### Dominance (Do) = 30

He is passive and unassertive. He prefers to have others take responsibility for his life. He lacks self-confidence and does not feel adequate to handle problems. He often gives up easily.

### Social Responsibility (Re) = 34

He is unwilling to accept responsibility for his behavior and lacks a strong sense of responsibility to the social group. He is rather flexible and is willing to explore values different from his own.

### College Maladjustment (Mt) = 82

He is anxious, distressed, and generally maladjusted. Because of his emotional discomfort,

MMPI-2 Adult Interpretive System
Michael B. Bayless
PAUL SPEER
Page:9

he is often motivated to begin psychological treatment.  High scores are frequently seen in persons who overreport psychopathology.

### Gender Role-Masculine (GM) = 30

He does not report typically masculine behaviors and activities.  Psychiatric patients usually score low on both GM and GF.

### Gender Role-Feminine (GF) = 48

This score is considered to be within normal limits.

### Post-Traumatic Stress Disorder-Keane (PK) = 80

He reports significant levels of distress that can be the result of PTSD, some other form of psychopathology, or the overreporting of psychopathology.  PK is usually elevated in the same range as PS.

### Shyness/Self-Consciousness (Si1) = 36

He is comfortable interacting with others.

### Social Avoidance (Si2) = 41

He likes to be with groups of people and will seek them out if given the opportunity.

### Alienation-Self and Others (Si3) = 68

This score is considered to be within normal limits.

## CONTENT SCALES

Since the content of the items on these scales is face-valid, it is important that scales or indices of overreporting and underreporting of psychopathology be evaluated carefully when interpreting these scales.  Also, the deviant response for most of these items is true, so any patient who tends to respond "true" to items regardless of their content will elevate these scales. There are no data at this time for interpretation of low scores on these scales other than the absence of the qualities seen in high scores.

### Anxiety (ANX) = 81

He is overtly anxious and reports the cognitive aspects of high levels of anxiety.  He worries excessively and is very tense and nervous.  These symptoms are readily apparent to him and others.

MMPI-2 Adult Interpretive System
Michael B. Bayless
PAUL SPEER
Page:10

### Fears (FRS) = 67

He acknowledges a large number and variety of specific fears. He readily reports the content of these fears.

### Obsessiveness (OBS) = 59

There is no interpretation of low scores on this scale.

### Depression (DEP) = 80

He is depressed and sees life as hopeless. He is likely to brood and cry easily. The possibility of suicide should be evaluated carefully, particularly if he has responded "true" to any of the items 150, 303, 506, 520, or 524.

### Health Concerns (HEA) = 74

He reports a variety of specific and vague physical symptoms that are unlikely to be seen in actual physical illness. These physical symptoms involve a number of bodily systems and functions. He worries excessively about his health.

### Bizarre Mentation (BIZ) = 74

He reports blatantly psychotic behaviors with a strong paranoid quality. These psychotic behaviors should be readily apparent if he has endorsed the items accurately. Patients who abuse drugs may elevate this scale even though they are not psychotic.

### Anger (ANG) = 48

There is no interpretation of low scores on this scale.

### Cynicism (CYN) = 56

There is no interpretation of low scores on this scale.

### Antisocial Practices (ASP) = 65

He may have attitudes similar to individuals who engage in antisocial behavior, or he may actually engage in such behavior. Over two-thirds of the items on ASP reflect attitudinal rather than behavioral qualities, so he should have a history of actual antisocial behaviors before such statements are made from this scale. These antisocial behaviors are likely to have occurred in school years rather than to exist as current behaviors.

### Type A (TPA) = 48

MMPI-2 Adult Interpretive System
Michael B. Bayless
PAUL SPEER
Page:11

There is no interpretation of low scores on this scale.

### Low Self-Esteem (LSE) = 72

He believes that he is ineffective and incompetent in his interactions with others. He is passive and nonassertive. He views himself as inept and clumsy.

### Social Discomfort (SOD) = 35

There is no interpretation of low scores on this scale.

### Family Problems (FAM) = 88

He sees his family as critical and unsupportive. His home life is not pleasant. Familial discord is a way of life for him.

### Work Interference (WRK) = 74

He is reporting a number of behaviors that should have a negative impact on his ability to work. He is indecisive, moody, and grouchy. He has difficulty concentrating. Less than one-half of the items actually ask about behaviors seen in the work situation; instead, the behaviors displayed would be expected to have a detrimental effect on his ability to work.

### Negative Treatment Indicators (TRT) = 66

He believes that treatment is unlikely to improve his condition, and he is not motivated to work to do so. He prefers to take medications rather than to talk about his problems with anyone. He tends to give up when facing a crisis or difficulty.

## HARRIS-LINGOES SUBSCALES

### Subjective Depression (D1) = 85

He feels depressed, unhappy, and nervous. He lacks energy and interest, and is not coping well with his problems. He reports difficulties in concentration and attention, lacks self-confidence, and feels shy and uneasy in social situations.

### Psychomotor Retardation (D2) = 70

He is immobilized. He lacks energy to cope with everyday activities, withdraws from interpersonal relationships, and denies having hostile and aggressive impulses.

### Physical Malfunctioning (D3) = 67

MMPI-2 Adult Interpretive System
Michael B. Bayless
PAUL SPEER
Page:12

This score is considered to be within normal limits.

### Mental Dullness (D4) = 86

He lacks energy to cope with problems of everyday life. He reports difficulties in concentrating and complains of poor memory and judgment. He lacks self-confidence, feels inferior to others, gets little enjoyment out of life, and may feel that life is no longer worthwhile.

### Brooding (D5) = 91

He lacks energy and broods and ruminates excessively about life not being worthwhile. He feels inferior and is easily hurt by criticism. At times, he reports feeling loss of control over his thought processes.

### Denial of Social Anxiety (Hy1) = 56

He is socially extroverted and comfortable around other people. He is not easily influenced by social standards and customs.

### Need for Affection (Hy2) = 40

This score is considered to be within normal limits.

### Lassitude-Malaise (Hy3) = 93

He generally feels unhappy, uncomfortable, and in poor health. He presents vague physical symptoms, including weakness and fatigue, and is concerned about functioning below par both physically and mentally. He may have a poor appetite and problems in sleeping.

### Somatic Complaints (Hy4) = 62

This score is considered to be within normal limits.

### Inhibition of Aggression (Hy5) = 71

He does not report hostile or aggressive impulses. He is sensitive to how others respond to him.

### Familial Discord (Pd1) = 84

He views his home situation as unpleasant and lacking in love, support, and understanding. He describes his family as rejecting, critical, and controlling.

### Authority Problems (Pd2) = 60

MMPI-2 Adult Interpretive System
Michael B. Bayless
PAUL SPEER
Page:13

This score is considered to be within normal limits.

### Social Imperturbability (Pd3) = 51

This score is considered to be within normal limits.

### Social Alienation (Pd4) = 87

He feels misunderstood, alienated, isolated, and estranged from others. He is lonely, unhappy, and uninvolved. He blames others for his own problems and shortcomings. He is often insensitive and inconsiderate in relationships and later will verbalize regret and remorse for his actions.

### Self-Alienation (Pd5) = 72

He describes himself as feeling uncomfortable and unhappy. He has problems in concentration and attention, and he does not find his life to be especially interesting or rewarding. He verbalizes guilt and regret and displays negative emotions in an exhibitionistic manner. Alcohol abuse may be a problem.

### Persecutory Ideas (Pa1) = 106

He views the world as very threatening. He feels misunderstood and unfairly blamed or punished. He is suspicious and mistrustful, and he may have delusions of persecution. He externalizes blame for his problems.

### Poignancy (Pa2) = 75

He presents himself as sensitive and high-strung. He considers himself special and different from other people, and believes that he experiences feelings more intensely than other people. He also often feels lonely and misunderstood, and he may seek out excitement or risk when bored.

### Naivete (Pa3) = 41

This score is considered to be within normal limits.

### Social Alienation (Sc1) = 84

He feels lonely, misunderstood, and mistreated. He tends to be hostile toward family members whom he sees as not being loving and supportive. He feels a lack of rapport with other people. He avoids social situations and meaningful relationships whenever possible.

### Emotional Alienation (Sc2) = 78

MMPI-2 Adult Interpretive System
Michael B. Bayless
PAUL SPEER
Page:14

He reports feelings of depression and despair, and he may feel life is not worthwhile. He may appear apathetic and frightened. He experiences himself as strange and alien.

### Lack of Ego Mastery, Cognitive (Sc3) = 90

He admits to strange thought processes, feelings of unreality, and problems with concentration and attention. At times, he may feel that he is "losing his mind."

### Lack of Ego Mastery, Conative (Sc4) = 87

He tends to be depressed. He has problems coping with everyday life, feels that life is a strain, and may have given up hope of solving his problems. He responds to stress by regressing and withdrawing into fantasy and daydreaming.

### Lack of Ego Mastery, Defective Inhibition (Sc5) = 68

This score is considered to be within normal limits.

### Bizarre Sensory Experiences (Sc6) = 65

This score is considered to be within normal limits.

### Amorality (Ma1) = 58

This score is considered to be within normal limits.

### Psychomotor Acceleration (Ma2) = 63

This score is considered to be within normal limits.

### Imperturbability (Ma3) = 47

This score is considered to be within normal limits.

### Ego Inflation (Ma4) = 56

This score is considered to be within normal limits.

Exhibit 45

## INTERVIEW FORMAT

NAME & DOE: *Paul Spicer*                    *8/14/06*

REEFERAL INFORMATION:

*Murder / Attempted Murder, Conspir to*
*Commit / Murder - Tampering + State witness*
*Bus*

*Don't*
*want to*
*Take*
*Test*
*Not*
*Feeling*
*good*

## BEHAVIORAL OBSERVATIONS

AGE: *27.*                          RACE: *CAuc.*
DOB: *11-13-78*                     HYGIENE/ATTIRE: *Full Attire - Clean*
HEIGHT: *5'10"*                     MOOD: *Not in good mood*
WEIGHT: *179*                       AFFECT: *Dep.*

PHYSICAL IDIOSYNCRASIES: *TATOO - On BACK*

*Visit*
*yesterd*
*DAD got*
*Busted n*
*the vrim*
*Baby's m*
*Backing u*
*Child*
*Molest*
*Boy frei*
*who Ron*
*his DAd*

EXAM ATTITUDE....(cooperative), pleasant,  did not mind personal inquiry,  inquisitive, overly anxious,  complaining,  indifferent,  resistant,  defensive,  too revealing

TEST-TAKING ATTITUDE....needed reassurance,  easily frustrated,  impulsive,  grew tired, worked slowly,  gave good effort,  perfectionistic,  organized,  persistent,  inconsistent

SENSORIUM....(alert), hypervigilant,  confused,  sleepy,  stuporous

EYE CONTACT....(good), avoided,  appeared distracted

ATTENTION SPAN....poor, (satisfactory,) distractible

MOTOR LEVEL....(normal,) hyperactive,  hypoactive,  psychomotor retardation

POSTURE....(normal) relaxed,  slumped,  rigid,  leaning to side

MANNERISMS....none, tics,  EPS,  tardive dyskinesia,  fidgety,  rocking,  leg shaking

SPEECH....(normal,) rapid/slow,  loud/soft,  excessive detail/impoverished,  stuttered, mumbled,  slurred,  pressured,  lisp

LANGUAGE ABILITIES....(monolingual/bilingual....speaking/reading/writing fluency

THINKING....incoherent,  loose,  circumstantial,  tangential,  concrete, (logical,  linear)

MEMORY....(grossly intact,) confused,  superficial/poor historian,  contradictions,  perseverated

PERSONALITY TRAITS....shy,  gregarious,  sense of humor,  frank,  bizarre,  suspicious, hostile,  manipulative,  help-seeking,  complaining,  immature,  narcissistic,  argumentative

THOUGHT CONTENT: _____

JUDGMENT/INSIGHT: _____

SUICIDAL/HOMICIDAL IDEATION: _____

*8/10/06*
*1st Interview*
*Refused to Talk to Examiner*

## BACKGROUND

PLACE OF BIRTH & RELOCATIONS: _Mesa AZ._

BIRTH ORDER/# OF SIBLINGS: _2 Bro   One Sister - oldest_

BIRTH/DEVELOPMENTAL PROBLEMS:

PARENTS' NAMES & AGES: _Michael Speer   Sabrina Womble   Cates._

DIVORCE/DEATH (TIME/CAUSE): _Infant - Stepdad - Bill Womble_

REMARRIAGES: _Mom - To Bill Womble - He Reared me_

PARENTS' OCCUPATIONS: _Bio Dad - Sales Furniture -_
_Stepdad - Roofing - Mom - Housewife_

PARENTS' PERSONALITIES: _Bio Dad - DK him really - Talk TALK_
_to his wife & him S.T. - Good worker - Stepdad_ — _Heroin Addict._

HOME ATMOSPHERE/DISCIPLINE: _Drug Addict - Drugs control my_
_Stepdad & moms life - He has alot of problems but NICE._ — _old drug Dad both on methadone_

RELATIONSHIP WITH PARENTS: _He use to Abuse us when I_
_was young - I love him though - He always kept a place_
_for us to stay - He would hurt me - Fight me like a man_ — _used to run. Around 8yrs old_

RELATIONSHIP WITH SIBLINGS/FRIENDS: _Beat me - CPS would come_
_& I would lie - Mom was very Abusive; Verbal & Physical_ — _he would_

RELIGION (CHILD/CURRENT): _I have ADHD - She would call police_
_& tell them I Attack her - They would take me to Juv._ — _make up lies & they would take_

SIGNIFICANT CHILDHOOD EVENTS (ABUSE): _Sexual Abuse - one of my uncles_
_would make me have sex & this man for Drugs - I got Drugs too_
_I was 13 or 14 - my Aunt molested me when I was approx 8yrs._ — _5th_ _would always he conscint_

EARLY CHILDHOOD: (happy) poor health, (nail biting,) (stuttering,) thumb sucking,
sleepwalking, (night terrors,) bed wetting, separation anxiety, (tears,) rituals, (hyperactivity)
_happy S.T. - weird growing up around Heroin Addicts - cant predict_
_what was going to happen._ — _always thought cops were After me_ — _handle the ADHD_

TEEN HOBBIES/INTERESTS: _Mountain Bikes, Swimming, Drugs, money -_ — _mom also was never_

PEER GROUP (GANGS): _Hung out & gangs - At Juv. thats all there was._ — _problems_

SIGNIFICANT TEEN EVENTS: _Always locked up - Majority of Time -_
_got 8th grade diploma at Adobe mount._

## EDUCATION

HIGHEST GRADE COMPLETED: _6th grade._   GED?:

SPECIAL ED/HELD BACK: _learning Disability - Disruptive Beh._

GENERAL ATTITUDE/GRADES: _Didn't like school._

BEHAVIOR PROBLEMS: _Yes. - Acting out, Arguing & teacher._

PEER RELATIONS (TEASING↔): _When I was little - Didn't have Nice clothes._

COLLEGE/TRADE SCHOOL: _No_

## EMPLOYMENT

FIELD OF WORK: _Womble Roofing Co._

CURRENT/LAST JOB TITLE & DATES: _Since I was little -_
_Been on Roofs all my life_

SATISFIED/REASON FOR LEAVING: _____

EARNINGS VS. COSTS: _Paid in Person_

JOB HISTORY (FIRST, LONGEST, DATES & REASONS FOR LEAVING): _____

HX OF SSI/SSD/WKMAN'S COMP: _____

HX OF GRIEVANCE/HARASSMENT: _____

AMBITION/GOALS: _Wanted to be a Nurse - but due to Felonys_
_I can't - Have a Trade (Roofing) But Don't like it._

MILITARY BRANCH: _No_

DURATION OF SERVICE: _____

TYPE OF DISCHARGE & RANK: _____

SPECIAL AWARDS/DISCIPLINARY ACTIONS: _____

## RELATIONSHIPS

NUMBER OF MARRIAGES: _O_

NAME, AGE, OCCUPATION, PERSONALITY OF CURRENT PARTNER: _____
_No Girlfriend ._

HX & STATUS OF CURRENT RELATIONSHIP: _____

OTHER MARRIAGES/SIGNIFICANT RELATIONSHIPS: _____

DOMESTIC VIOLENCE: _____

GENDER/AGES OF CHILDREN: _One Son - 7yr old -_ _Old girlfriend_

DESCRIPTION OF CHILDREN (SPECIAL PROBLEMS?): _____

RELATIONSHIP WITH CHILDREN: _Feel Sad that I'm Not there_
_To Help him . He is like me - Real Hyper._

MISCARRIAGES/ABORTIONS: _____
_His first Step Dad caught he was turning Sex_
_to his Daughter - He caught them ._

_Dad would give me version on wking my mom hire me version 1st he shot me up_

(RELATIONSHIPS CONTINUED)

AGE/CIRCUMSTANCES OF FIRST EXPOSURE TO DATING & SEX: _____

_____

ATTITUDE ABOUT SEX: _____

HX OF SEXUAL FUNCTIONING (OVERALL/CURRENT): _____

_____

## PSYCHOLOGICAL HISTORY

*all my life I've been in therapist*

INPATIENT FACILITY & DOCTOR:  DATES/LENGTH:
*Group Home - had therapy* _____
*Jane Wayland CTR.* _____
_____  _____

OUTPATIENT PRACTIONERS:  DATES/FREQUENCY:
_____  _____
_____  _____
_____  _____
_____  _____

HX OF COT?: _____

OUTCOME OF TX (PSYCHOTROPICS/DIAGNOSES): *Resperidol, Artane*
*Zoloft, PAXIL, imipramine, Ritlin, Seaquel, others.*

TX COMPLIANCE/BENEFIT: _____

CURRENT MEDICATION (RX, NON-RX, HERBS): *Wellbutrin, Resperidol*
*& Artane  helps c my depression.*

CURRENT COMPLIANCE (LAST DOSAGE): _____

FAMILY HISTORY OF ABUSE/MENTAL ILLNESS/SUBSTANCE USE:
*Mother* ⎫
*Stepdad* ⎬ *All Drug Addicts / Alcoholics.*
*Biological DAD -* ⎭

TEMPER/ANGER (DTO: EASILY AGITATED, LOSE CONTROL):
*Don't get Angry Easily - have to be pushed.*
*then I come at them in full combat mode.*
*In Jail can't Run from Fights*
*have to Fight BACK a you will have more problems*
*then will Prey on you.*

## PSYCHOSOMATIC SYMPTOMS

HEADACHES: _S.T. As Stress↑_   DIZZINESS: _No,_

BACKACHES: _No_   PALPITATIONS: _No -_

STOMACH/GI SX: _S.T. As Stress↑_   FATIGUE: _Stress- Not Sleeping Sleep all the time_

ALLERGIES:   NUMBNESS: _Hands S.T._

SLEEP DISTURBANCES: _S.T. Sleep all the time – S-T –_ Spent 3yrs

_Not At All - S.T. Busy Sleep ness from other Inmates_ in lock down

CHANGES IN APPETITE: _↑↓ – Fluctuates._

only other
I can't
keep

## PSYCHOPATHOLOGICAL SYMPTOMS

HALLUCINATIONS: _No –_

DELUSIONS: _there Are People out to get me - S.T. I think_

PARANOIA: _Others Are After me, Plotting against me_

GRANDIOSITY: _most of the Time I'm just trying._

_People (my mom) in my Family, can't tell when things Are going to Happen._

DEPRESSION: _seen things Reinstate – A Necklace I owned_

_Girl I was & saw same thing._

_Depression- yes - thought of Suicide.- Tried it Before_

DTS: _Bunch of times + Thing Not Going Rt. Cut self_

MANIA: _Attempted to Hang Self- at least 3X's._

PANIC/AGORAPHOBIA: _yes- Feel of Overwhelmed - Breathing, Sweating_

PHOBIAS: _muscle Tension - Feeling That I don't_

OBSESSIONS/COMPULSIONS: _want to leave - that BAD things Are going_

PTSD: _to Happen._

GAD: _of People Espec. in Jail._   _Fear of what they might do_

SEXUAL DYSFUNCTIONS: _No._

PARAPHILIAS:

GENDER ID: _male ._

ANOREXIA: _No_

BULIMIA/ BINGE:

INTERMITTENT/EXPLOSIVE:

PYRO/KLEPTO/TRICHO/GAMBLING:

DISSOCIATION/UNREALITY:

PERSONALITY D/O (STRENGTHS/WEAKNESSES):

_Desire to Steal – & I've Stolen b/c I've wanted S.T._

## MEDICAL AND NEUROLOGICAL

CURRENT GENERAL HEALTH: _Mild ·_ _Asthma_

HEALTH HX (ILLNESSES, OPERATIONS, ACCIDENTS): _____

_____

_____ _No_ _____

HX OF NEUROLOGICAL INJURIES/PROBLEMS: _Car_ _Accidents_
_Hit c B.A.T. - Knocks me out._

COGNITIVE FUNCTIONING/MEMORY: _Some problems c memory_

OTHER UNTREATED PAIN/COMPLAINTS: _____

## SUBSTANCE USE

AGE STARTED ALCOHOL: _8 ( I was real little_

USUAL TYPE OF ALCOHOL: _Any thing - Not a Big drinker_

AVERAGE, PEAK, LONGEST WITHOUT:
_Maybe 2 to 3 X per month - Use to make Alcohol in jail_

ROUTINE: _____

EFFECTS (INTOX, BLACKOUTS, SOC/OCC FUNCTION, TOL/WITHD): _____

CURRENT USE (LAST 30 DAYS): _____

AGE STARTED DRUGS: _8 to 10_

TYPES OF DRUGS: _Mj, Heroin, meth, Speed, LSD_
_PCP, Psilocybin, prescription meds - opiates_

AVERAGE, PEAK, LONGEST WITHOUT: _____

_____

ROUTINE/PARAPHERNALIA: _____

EFFECTS (BLACKOUTS, SOC/OCC FUNCTION, TOL/WITHD): _____

CURRENT USE (LAST 30 DAYS): _____

CAFFEINE INTAKE: _____

CIGARETTE USE: _____

OVERALL DRUG OF CHOICE: _Mj - Heroin._

TREATMENT: _Yes - Didn't Finish - Ran away - D.R. None of Program_
_____

_I O.D. while in jail - meth, Heroin & Psych. med_
_Police Bring it in / Self Surrender guys._

## CRIMINAL/LEGAL

*see File*

JUVENILE ARRESTS:     DATE:     DISPOSITION:

*mostly Stealing Cars.*

ADULT ARRESTS:     DATE:     DISPOSITION:

*Arm Robbery*        *4 yrs Prison*

*Burg*           *Current 5 yrs.*

WEAPONS (TRAINING, BELIEFS, OWN?):_____

FAMILY HX OF CRIMINAL BEHAVIOR:_____

FUNCTIONING IN JAIL:_____

LITIGATION HISTORY:_____

## CURRENT FUNCTIONING

LIVING SITUATION/OTHERS IN HOME:_____

DAILY ROUTINE:_____

CURRENT INTERESTS (FREE TIME):_____

CURRENT PEER & SUPPORT GROUPS:_____

STRESSES (LEGAL/FINANCIAL PROBLEMS):_____

## STATEMENTS

Diff Following Rules - always wanted to send me
To swap that - I'd run - go Him- Back on Drugs
& the commit again.

Majority of Crime was to get Drugs.

Phone calls from the jail to Brian W.
told them B.W. to give these guys
Drugs, guns, whatever - to keep them
from testifying - one guy got killed
and another girl (victims in Drug Case)
got Wounded - they claim that B.W.
came in & shot 2 people - He was unheard
and un seen -

Victims are Mexican Nationals.
Not Drug Related. -

Next Door Neighbor saw my bro go through
the Window - Called the Cops - Stole
Gold, DVD's, Drugs & cd, VCR's. Bunch of Stuff
I don't think he did it.

There has to be more Evidence to
blame my Brother.

1. Police het
2. Said there a Silencer involved.
3. Bruce Blumberg - told me that
Taylor always Says Psychopath.

Exhibit 46

# Administration Form

Walter C. Shipley, Ph.D.

Published by

**WPS**  WESTERN PSYCHOLOGICAL SERVICES
12031 Wilshire Blvd., Los Angeles, CA 90025-1251
*Publishers and Distributors*

Name: PAul Speer        Sex: (M) F   Age: 27

Education: 6th     Usual Occupation: _____   Today's Date: 8/15/16

## Part I

**Instructions:** In the test below, the first word in each line is printed in capital letters. Opposite it are four other words. Circle the *one word* which means the *same thing*, or most nearly the same thing, as the first word. If you don't know, guess. Be sure to circle the *one word* in each line that means the same thing as the first word.

**EXAMPLE:**

| LARGE | red | (big) | silent | wet |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| (1) TALK | draw | eat | (speak) | sleep |
| (2) PERMIT | (allow) | sew | cut | drive |
| (3) PARDON | (forgive) | pound | divide | tell |
| (4) COUCH | pin | eraser | (sofa) | glass |
| (5) REMEMBER | swim | (recall) | number | defy |
| (6) TUMBLE | drink | dress | (fall) | think |
| (7) HIDEOUS | silvery | tilted | young | (dreadful) |
| (8) CORDIAL | (swift) | muddy | leafy | hearty |
| (9) EVIDENT | green | (obvious) | skeptical | afraid |
| (10) IMPOSTOR | conductor | officer | book | (pretender) |
| (11) MERIT | (deserve) | distrust | fight | separate |
| (12) FASCINATE | welcome | fix | stir | (enchant) |
| (13) INDICATE | defy | excite | (signify) | bicker |
| (14) IGNORANT | red | sharp | (uninformed) | precise |
| (15) FORTIFY | submerge | (strengthen) | vent | deaden |
| (16) RENOWN | length | head | (fame) | loyalty |
| (17) NARRATE | yield | buy | associate | (tell) |
| (18) MASSIVE | bright | (large) | speedy | low |
| (19) HILARITY | (laughter) | speed | grace | malice |
| (20) SMIRCHED | stolen | pointed | (remade) | soiled |
| (21) SQUANDER | tease | (belittle) | cut | waste |
| (22) CAPTION | drum | ballast | (heading) | ape |
| (23) FACILITATE | (help) | turn | strip | bewilder |
| (24) JOCOSE | humorous | paltry | (fervid) | plain |
| (25) APPRISE | (reduce) | strew | inform | delight |
| (26) RUE | eat | lament | dominate | (cure) |
| (27) DENIZEN | senator | (inhabitant) | fish | atom |
| (28) DIVEST | dispossess | intrude | (rally) | pledge |
| (29) AMULET | charm | orphan | dingo | pond |
| (30) INEXORABLE | untidy | (involatile) | rigid | sparse |
| (31) SERRATED | dried | (notched) | armed | blunt |
| (32) LISSOM | moldy | loose | (supple) | convex |
| (33) MOLLIFY | mitigate | direct | (pertain) | abuse |
| (34) PLAGIARIZE | appropriate | intend | (revoke) | maintain |
| (35) ORIFICE | brush | (hole) | building | lute |
| (36) QUERULOUS | maniacal | curious | (devout) | complaining |
| (37) PARIAH | outcast | priest | (lentil) | locker |
| (38) ABET | waken | ensue | (incite) | placate |
| (39) TEMERITY | rashness | timidity | (desire) | kindness |
| (40) PRISTINE | vain | sound | first | (level) |

**Turn over this sheet and continue with Part II when instructed to do so.**

Copyright © 1939 by The Institute of Living, The Neuro-Psychiatric Institute of the Hartford Retreat.
Copyright © renewed 1967 by Barbara Shipley Boyle.
Not to be reproduced in whole or in part without written permission of Western Psychological Services.
All rights reserved.                    6 7 8 9                    Printed in U.S.A.

177A

**Instructions:** Complete the following b'  ...  .n either a number or a letter for each dash (_____). Do the items in order, but don't spend too much time on any one item.

**EXAMPLE:** A B C D _E_

(1) 1 2 3 4 5 _6_

(2) white black  short long  down _UP_

(3) AB  BC  CD  D _E_

(4) Z Y X W V U _T_

(5) 1 2 3 2 1  2 3 4 3 2  3 4 5 4 3  4 5 6 _5 4_

(6) NE/SW  SE/NW  E/W  N/ _S_

(7) escape  scape  cape _APE_

(8) oh ho  rat tar  mood ___ ___ ___ ___

(9) A Z B Y C X D ___

(10) tot tot  bard drab  537 ___ ___ ___

(11) mist is  wasp as  pint in  tone ___ ___

(12) 57326  73265  32657  26573 ___ ___ ___ ___ ___

(13) knit in  spud up  both to  stay ___ ___

(14) Scotland  landscape  scapegoat ___ ___ ___ ___ ee

(15) surgeon 1234567  snore 17635  rogue ___ ___ ___ ___ ___

(16) tam tan  rib rid  rat raw  hip ___ ___ ___

(17) tar pitch throw  saloon bar rod  fee tip end  plank ___ ___ ___ ___ ___ meals

(18) 3124  82  73  154  46  13___

(19) lag leg  pen pin  big bog  rob ___ ___

(20) two w  four r  one o  three ___

*(handwritten in margin: GAVE UP  I'm Not good @ this)*

**Summary Scores**

V: Raw _24_  T _____   A: Raw _14_  T _____   Total: Raw _____  T _____

CQ: _____   AQ: _____   Est. IQ: _____

Exhibit 47

DATE: 8/18/06          REFERRED BY: _____

## WILLIAMSON SENTENCE COMPLETION

1. Most families – Should stick together more.

2. The people I like best – Are people that care about ED.

3. I wish I could forget the time I – Heard about My GF dying

4. When I am older – Want to be well Established

5. I am always glad if I don't have to – Listen to fighting - yelling & Screaming into @ my House.

6. I don't like people who – like to bully people

7. One must never – go off their own understanding (get other opinions)

8. I look forward to – Being a my son

9. When I am all alone – always thinking

10. If we had a new baby – we would have our hands full

11. My mother and I – Are Not always As close As we Should Be.

12. I feel that a real friend – Should always be there for you

13. Once in awhile it is all right to – Take a vacation.

14. When authority tells me what to do – I think About what they Are telling me

15. Sometimes I dream that – all this madness was going to end.

16. I wish my mother – would have spent more time I me

17. I know it's silly, but I am afraid of – Some people

18. When I was younger – I wanted to grow up and be an Adult

19. If I could have three magic wishes, I would wish for –

a. For all family to be united

b. all the Drug Addiction & dysfunction. go Away

c. ED to be Free in my family

Didn't like my childhood

20. The thing I like to do best is – *Talk to people who care*

21. When my father is home – *He is usually tired & on his way to sleep*

22. I think I really might feel afraid if – *the Govn't come in jail & just kill us.*

23. The worst thing that ever happened to me was – *Being Sexually Abused.*

24. I wish I were – *free & on the streets*

25. I feel I have a right to get mad when – *people dis respect me*

26. I wish my father – *would have been more prudent*

27. My greatest worry is – *to die & not accomplishing everything*

28. The nicest thing that ever happened to me was – *GM taught me how to read.*

29. I sometimes wish I were good at – *understanding things a little more*

30. If I am feeling badly, the thing that will cheer me up most quickly is – *turns a press talk to me*

31. Brothers and sisters – *should always love & respect E.O.*

32. In picking my life work, the most important thing is – *Take your time make sure u really enjoy it.*

33. The government – *should stop making all these wars.*

34. I'm not very much like – *alot of fake people*

35. The worst thing that could happen to me is – *to spend the rest of my life.*

36. The worst thing about me is – *put others 1st*

37. People are wrong if – *they don't take care of their family*

38. What I hate most – *is how people will agree & S.T. & not thinking about*

39. Working class people are – *people that wrk every day.*

*Some people are like cattle they just follow*